UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
WEST FELICIANA DIVISION

| | | |
|---|---|---|
| ELZIE BALL, NATHANIEL CODE, AND JAMES MAGEE, | * * * | CIVIL ACTION NO. 13-368 |
| PLAINTIFFS | * * | |
| VS. | * * | |
| JAMES M. LEBLANC, SECRETARY OF THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, BURL CAIN, WARDEN OF THE LOUISIANA STATE PENITENTIARY, ANGELA NORWOOD, WARDEN OF DEATH ROW, AND THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, | * * * * * * * * * * * | JUDGE: BAJ MAGISTRATE: SCR |
| DEFENDANTS | * | |

**MOTION FOR A PRELIMINARY INJUNCTION**

The Plaintiffs move this Court for a Preliminary Injunction, pursuant to the Court's power pursuant to Fed. R. Civ. Pr. 65 (a), enjoining the Defendants from continuing to deny the Plaintiffs' constitutional and statutory right to a safe environment free from Cruel and Unusual Punishment and to be provided with reasonable accommodations of their disabilities under the Americans with Disabilities Act and related statutes.

Without a preliminary injunction, it is likely that the plaintiffs will suffer irreparable harm in the form of serious injury or death due to the intolerably hot conditions on Death Row at

the Louisiana State Penitentiary at Angola. Plaintiffs are very likely to succeed on the merits of this matter.

This *Motion* is based on the Plaintiffs' original complaint as well as the attached the *Memorandum in Support of the Motion for a Preliminary Injunction*, in addition to all exhibits and papers filed in this action, and any evidence that may be admitted at the hearing.

Respectfully submitted this 18th day of June, 2013

ATTORNEYS FOR PLAINTIFFS ELZIE BALL, NATHANIEL CODE and JAMES MAGEE


/s/ Mercedes Montagnes
Mercedes Montagnes, La. Bar No. 33287 (Lead Counsel)
Elizabeth Compa, La. Bar No. 35004
The Promise of Justice Initiative
636 Baronne Street
New Orleans, LA 70113
Tel. (504) 529-5955
Fax (504) 558-0378
Email: mmontagnes@thejusticecenter.org


Mitchell A. Kamin, Ca. Bar No. 202788
Jessica C. Kornberg, Ca. Bar No. 264490
Nilay U. Vora, Ca. Bar No. 268339
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks & Lincenberg, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Tel. (310) 201- 2100
Fax (310) 201- 2110

Steven Scheckman, La. Bar No. 08472
Schiff, Scheckman, & White LLP
829 Baronne Street
New Orleans, Louisiana 70113
Tel. (504)581-9322
Fax (504)581-7651
Email: steve@sswethicslaw.com

CERTIFICATE OF SERVICE

    I do hereby certify that on June 18, 2013 I electronically filed the foregoing with the Clerk of the Court using the CM/EF system which will send a notice of electronic filing to all CM/ECF participants.

                                          <u>/s/ Mercedes Montagnes</u>
                                          MERCEDES MONTAGNES, LSBA #33287
                                          Attorney at Law
                                          636 Baronne Street
                                          New Orleans, LA 70113
                                          (504) 529-5955