# DECLARATION OF SUSI VASSALLO, M.D., F.A.C.E.P., F.A.C.M.T.
JUNE 10, 2013

My name is Susi Vassallo, MD. I am board certified in Emergency Medicine and Medical Toxicology and have been on the Faculty of the New York School of Medicine / Bellevue Hospital Center since 1987. I am a specialist on the effects of drugs and illness on thermoregulation. I am frequently asked to provide assistance to journalists and reporters writing on heatstroke and the prevention of heatstroke. I have twenty-five years of experience in caring for prisoners and victims of heat illness and heatstroke. Bellevue Hospital Emergency Department is the primary receiving hospital for the male prisoners of New York City.

I have been retained by Mercedes Montagnes, the Promise of Justice Initiative, to render an opinion concerning the risks of heat-related illness and access to medical care for Death Row inmates confined to Death Row at the Louisiana State Penitentiary at Angola ("Angola").

I reviewed several documents in connection with this case: Requests for Administrative Remedy ("ARP requests") from Elzie Ball, Nathaniel Code, James McGee (collectively, "Plaintiffs"), and Dustin Dressner, Michael Weary, Terrence Carter and Tracey Lee. These requests were submitted to Angola in 2012, regarding excessive heat on Death Row. I reviewed summaries prepared by the Promise of Justice Initiative of Angola's Death Row tier temperature logs, including relative humidity and heat index calculations, for the months of May to August 2011 and May to August 2012.

I visited the Death Row unit in September 2012, and I talked with the prisoners there and observed the conditions. I reviewed data regarding temperatures and humidity along the tiers, which allows objective evaluation of absolute temperatures and from which we can calculate the heat index by factoring in the humidity. I was able to observe access to cooling measures such as showers, water, ice, and fans. For the purpose of this

1

declaration, I will assume that the descriptions provided in the Plaintiffs' ARP requests regarding conditions on Death Row are essentially accurate.

Heat-related illnesses occur when the body's temperature control system is overloaded. The risk for heat-related illnesses soars when air temperatures exceed 88 degrees, especially with high relative humidity. Persistent heat stress may lead to heat stroke, a severe medical emergency. In heat stroke, the body's temperature rises rapidly. Very high body temperatures damage the brain and other vital organs. Heat stroke can cause death or permanent disability if emergency treatment is not provided.

Although heat stroke is the best known illness that results from a hot environment, death from all causes increases during prolonged heat stress. In several studies, the mortality from heatstroke is 30-80%. Survivors of heatstroke may have significant heat-related morbidity, such as inability to walk and talk. Permanent neurological damage occurs in up to 17 % of survivors. Individuals with illnesses such as coronary artery disease and hypertension, or pulmonary diseases such as asthma, are much more likely to succumb to these conditions when under heat stress.

Heat-related illness is a preventable disease, and the risks are well known. Classical heat stroke is most common among those who have no access to air-conditioning during heat waves. Simple measures such as increasing fluid intake and access to air conditioning can reduce heat-related mortality. During a heat wave, air conditioning is not a luxury but a lifesaver, especially for individuals at heightened risk for heat-related illness. Having a working air conditioner was associated with an 80% reduction in the risk of death due to heat and cardiovascular disease and a 66% reduction in mortality due to cardiovascular disease. In one study it was estimated that 50% of the deaths related to a heat wave could have been prevented with a working air conditioner. The CDC recommends that people who cannot afford air conditioning in their homes should spend at least some time each day during hot weather in an air conditioned environment: exposure to air conditioning for even a few hours a day will reduce the risk of heat-related illness. The CDC also recommends frequent cool showers if exposure to heat cannot be avoided. Electric fans

2

may provide some degree of comfort. However, fans alone do not prevent heat stroke when heat and humidity become extreme.

Published studies describe several precipitating factors in heatstroke: fatigue associated with a recent deficit in sleep; poor physical conditioning; a recent febrile illness; recent heat-related symptoms such as thirst or weakness and dehydration, and obesity. It is well accepted that being frail or elderly, confined or socially isolated, or having a preexisting medical condition such as heart or kidney disease, predispose to heat induced illness and heatstroke. Skin conditions also impair the ability of the body to lose heat through the skin.

Medications that impair the ability of the body to lose heat, or interfere with salt and water balance are important risks for heat related illness. Loss of heat through the skin by sweating, and vasodilation (the process by which blood vessels widen and allow more heat exchange at the skin) are the two primary ways the body cools. Interference with these important physiologic responses may lead to dangerous elevation of the body temperature. Medications that depress cardiac function and reduce cardiac filling, impair cardiac output. Medications used to prevent or treat cardiovascular disease fall into this category and include beta-blockers, calcium channel blockers, and diuretics. These medications are commonly used to treat hypertension. The heart cannot increase the amount of blood circulating to the skin to maintain normal body temperature. In normal conditions, 0.5 liters of blood circulate to the skin per minute. In heat stress conditions, 8-10 liters of blood must circulate per minute in order for the body to cool. Diuretics, by reducing the amount of blood volume circulating in the body, cause decreased cardiac output. Some drugs cause vasoconstriction (narrowing of the blood vessels), and this causes less blood flow to the skin and inhibits loss of heat through the skin. Common decongestants and over the counter cold remedies have been associated with heat stroke in numerous reports. Sweat glands work because of the neurotransmitter called acetylcholine; sweat gland dysfunction is caused by drugs which have an "anti-acetylcholine" also known as "anticholinergic" effect. This includes antihistamines, cyclic antidepressants, phenothiazines (i.e. Thorazine) and butyrophenones (i.e. Haldol).

3

Phenothiazines and butyrophenones are also called neuroleptics or tranquilizers, and many mentally ill people are taking them. These two classes of drugs interfere with part of the brain that regulates temperature, called the hypothalamus. This results in further disruption of signals from the brain, impairing sweating and vasodilation, as well as other heat loss responses.

An individual free to respond to the stress created by a hot environment would normally take steps to cool his body. If no air conditioning were available, he would at least respond by seeking a cooler location, blocking out radiant heat from the sun by positioning himself in the shade or screening himself from the sun, maximizing evaporation by wetting his body and clothes with water and using fans to create cross-ventilation, and moving away from physical structures which absorb and radiate heat. The ARP requests, however, indicate that these natural survival-responses to excessive heat are scarcely and unreliably available to them. There is one fan for every two cells, set up along the tiers, but cells do not have cross-ventilation. Plaintiffs' cell bars are hot to the touch. Plaintiffs try to lie on the floor in their boxers because it is slightly cooler; fire ants bite them on the floor. Access to showers is limited and water is scalding hot, so much so that Plaintiffs describe sweating in the shower and having to stand to the side of the stream of water; drinking water is also hot and access to ice is limited; both drinking water and ice contain insects and debris and smell bad; and there is extremely limited access to outside exercise areas.

1. ONGOING RISKS. It is my opinion, based on my training, experience, and familiarity with the extensive body of medical literature on the subject of thermoregulation, my knowledge of the temperatures, observations of the Death Row unit and my conversations with the prisoners; that Plaintiffs are in danger of heatstroke and heat-related illness. In the extremely hot environment reflected in the temperature and humidity measurements at and near the prison, even individuals without any underlying medical conditions would be expected to suffer heat- related illness. However, the Plaintiffs in this action each have particularly heightened risks of serious heat-related illness and permanent injury:

4

a. Elzie Ball has diabetes and cardiovascular disease, conditions that put him at risk of heat illness and heatstroke. He takes an assortment of medications to treat his high blood pressure, high cholesterol and diabetes. Mr. Ball takes insulin, metformin, and glyburide (Diabeta). For high blood pressure, Mr. Ball takes Cozaar, an angiotensin receptor blocker; furosemide (Lasix), a diuretic; atenolol (Tenormin), a beta blocker; amlodipine (Norvasc), a calcium channel blocker; and clonidine (Catapres). For high cholesterol, Mr. Ball takes simvastatin (Zocor). He takes potassium chloride to replete potassium losses caused by the diuretic. He loratidine (Claritin) for allergies. During periods of extreme heat, it becomes difficult for him to breathe, his heart beats harder, he sweats uncontrollably, and he feels dizzy – all signs of heat illness. It is hotter in his cell than where the thermometer is located at the end of the tier. Mr. Ball described to me "heaven and hell", contrasting the heat on Death Row with the cold that leaks under the tier door from the officers' pod. He can feels this air when he is out of his cell on the tier for one hour per day. He described how the "ice runs out" and is frequently not available. He sleeps on the floor where it is cooler, or on a wet towel. He described to me how he tries to stay cool by "sleeping with towels in bunches" underneath his body and by wetting the sheet. He described how his blood pressure was out of control at 210/140 and the temperature on the tier was $105^0$ F. Mr. Ball also told me that an Emergency Room visit cost eleven dollars, implying the cost of seeking care for a heat induced emergency was prohibitive.

b. Nathaniel Code takes medications to treat his high blood pressure. Mr. Code takes Cozaar, an angiotensin receptor blocker; HydroDiuril, a diuretic; and Amlodipine (Norvasc), a calcium channel blocker. These medical conditions and medications increase his risk for heatstroke. His cardiovascular disease is worsened by the hot environmental conditions. During periods of extreme heat, he has difficulty breathing, suffers headaches and sweats uncontrollably – all signs of heat illness. He described how the television broadcasting Baton Rouge temperatures correlated with the thermometer on the tier.

c. James Magee described to me and in his ARP how the ice machines break down or run out of ice. Ice is not available at night when it is still very hot. When ice is

5

available, the prisoners on the row are dependent on each other for the delivery of ice. Mr. Magee stated he is on medication that makes him more susceptible to the heat. These include amlodipine (Norvasc), Mirtazapine (Remeron) and fluoxetine (Prozac). I have not had the opportunity to review any of the medical records.

   d. Tracey Lee described how the "bricks heat up" in the cells due to the ambient heat.

   e. Tracey Carter described how the showers are hot. He described to me the black spots in the water.

   f. I did not talk with James Baldwin, an inmate with end stage kidney disease; other inmates speculated that he was away from his cell at the hospital receiving dialysis. I

   g. Michael Weary described how the tier "smells like sweat" in the hot conditions. I talked with him on the F Tier and he told me the "A Tier is worse" with regards to the heat. He described how in the afternoons, the ice is "empty and they have to refill it"

   h. Dacarius Holliday described that it is so hot the "walls sweat".

2. FORESEEABILITY OF RISK. It is predictable that dangerous conditions on Death Row such as those described will result in illness, permanent disabilities, and premature death to prisoners incarcerated in such conditions. Not only people with medical problems are at risk; healthy individuals incarcerated at these temperatures are at risk for heat illness and heatstroke. Prisoners like Plaintiffs are likely to become critically ill with conditions that would never have progressed in an individual allowed reasonable health measures.

3. RECOMMENDATIONS: COOL AIR. The hot temperatures on Death Row are simply unconscionable. In fact, Plaintiffs' medical conditions or age, as discussed above, put them at especially high risk for heat related illness and exacerbation of underlying medical conditions. Any individual, not only those with medical conditions, subjected to these extreme temperatures are at risk for heat illnesses and heat illness. Plaintiffs should be housed in a cool environment whenever the ambient temperature reaches $88^0$ F.

4. Medical Records: I would like to read the medical records of the prisoners on death row.

5. RECOMMENDATIONS: OTHER REMEDIES. The temperatures on death row are inhumane. It is astounding that a civilized society holds prisoners in these conditions. The temperatures on death row are dangerous for the prisoners and must be corrected. (see attached graphs) Additionally, the extreme temperatures are a health risk to staff. Common sense dictates that the heat should be viewed as a security risk too. Until these temperatures are rectified, the prisoners should have access to an air-conditioned area during their one hour out of cell time per day. There are many potential fixes for the problem of extreme temperatures and these include use of the air conditioning units from the officers' pod to divert cool air into the tiers, swamp coolers and air conditioning of the tiers. Short of providing air conditioning, which should be viewed as a medical necessity for inmates at especially high-risk for heatstroke, Plaintiffs must be allowed access to cool showers at least once a day; the CDC recommends frequent cool showers, if exposure to heat cannot be avoided. Prisoners must be provided an ample supply of cold drinking water at all times; during hot times, the inmates should be provided ice several times a day. Additional ice machines should be installed so that ice does not "run out". Ice should be provided in individual containers to each individual so that ice is freely available.

Individual fans should be provided to make the heat more bearable. I observed the fans on Death Row and how small adjustments to the position of the fan either increased or decreased airflow into an individual cell. Although fans do not lessen the risk from such extreme temperatures, they provide some level of comfort.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of June 2013.

Susi Vassallo, MD   *S. Vassallo, MD*