156

OFFICER NAME: Sgt Norman Clark        SHIFT: C

DATE: 06-26-12        Tuesday        D/R B/C Tiers

| TIME | OFFICER ENTRY |
|---|---|
| 5:20 pm | relieved Sgt Butler of all duties, Equipment, made rounds counted B/Tier 5 w/ B-(16)-C- Tier (3) w/ (7) B-(10)-Total (26) A/S - recieved keys Tag # D/R B/C HC 12, (3) small, (1) handcuff, Beeper #22, C/D ACD 0318, Case #20 Control room, (1) pair shears D/R #2, Radio D/R B/C, Trans Frisker # ACD 0332, Log book (2) D/R Shower Sheet, Post orders & Policies read & understood - Sgt Norman Clark |
| 5:30 pm | Call for beeper it good |
| 5:35 pm | While inventory restraints - Handcuff # D&LG #37 missing, No long on inventory |
| 5:54 pm | [illegible] |
| 5:55 pm | made rounds counted (26) A/S |
| 6:25 pm | made rounds counted (26) A/S, Temp 94°/104° Offender J. Allen taking a shower |
| 6:55 pm | made rounds counted B/16-C/10 Total (26) A/S |
| 7:25 pm | made rounds counted (26) A/S - Offender J. Allen sitting on bed |
| 7:50 pm | MSgt Harris on B/C Tiers with pill call |
| 8:00 pm | made rounds counted B/16-C/10 Total (26) A/S |
| 8:30 pm | made rounds counted (26) A/S - Offender J. Allen in bed sleep |
| 8:35 pm | Shookdown cell #9 C/Tier K. Brumfield found Ø |
| 9:00 pm | made rounds counted B/16-C/10 Total (26) A/S |
| 9:40 pm | made rounds counted (26) A/S - Offender J. Allen standing at bars, Talking Temp 94°/98° |
| 9:53 pm | [illegible] |
| 9:42 pm | Notify J. Clark #110365 that he have a Court trip on Wednesday morning 06-27-12 |
| 10:10 pm | made rounds counted B/16-C/10 Total (26) A/S |
| 10:40 pm | made rounds counted (26) A/S Offender J. Allen in bed sleep |

Next Page

OFFICER NAME: Sgt Norman Clark          SHIFT: C

DATE: 06-26-12  Tuesday  D/R B/C Tiers

| TIME | OFFICER ENTRY |
|---|---|
| 11:10 pm | made rounds Counted B/16-C/10 Total (26) A/S |
| 11:45 pm | made rounds Counted (26) A/S - offender J. Allen in bed sleep |
| 11:50 pm | offender D. Martin on B/C Tiers Cleaning Shower |
| 12:15 Am | made rounds Counted B/16-C/10 Total (26) A/S - Temp 94° - 98° |
| 12:45 Am | made rounds Counted (26) A/S - offender J. Allen in bed sleep |
| 1:15 Am | made rounds Counted (26) A/S |
| 1:45 Am | made rounds Counted B/16-C/10 Total (26) A/S offender J. Allen in bed sleep |
| 2:30 Am | made rounds Counted (26) A/S - Temp 90° - 96° |
| 3:00 Am | made rounds Counted B/16-C/10 Total (26) A/S offender J. Allen in bed sleep |
| 3:30 Am | made rounds Counted (26) A/S |
| 4:00 Am | made rounds Counted B/16-C/10 Total (26) A/S offender J. Allen in bed sleep |
| 4:05 Am | offender J. Clark is up Taking Shower |
| 4:15 Am | Food Tray on Tier for offender J. Clark |
| 4:30 Am | made rounds Counted (26) A/S |
| 5:00 Am | made rounds Counted B/Tier (5)W (11)B-(16) C/Tier (3)W (7)B-(10) - Total (26) A/S - Temp 90° 96° offender J. Allen in bed sleep |
| 5:20 Am | relieved of all duties, Equipment by B- Team officer Sgt Norman Clark |

158.

OFFICER NAME: Richard Thompson M. Sgt.     SHIFT: B-TEAM

DATE: 6-27-2012

| TIME | OFFICER ENTRY |
|---|---|
| 5:18 am | B-Tier = 90° & C-Tier = 91° Made round on Both Tiers with C-Team officer, Counted, All secure. |
| 5:20 am | Relieved C-Team officer of 1-beeper #22, 1-pair Shears, 1-Trashticker, 1-Midland 2-Way Radio, 1-log Book, 1-set of Post Policies, 1-set of Post orders. I have read and understand Post orders to the best of my abilities. Richard Thompson M.Sgt |
| 5:22 am | Turn in count to Control Room of B-Tier = 3W + 11B = 16 & C-Tier = 3W + 7B = 10 for total count of 26, Count is Good. |
| 5:25 am | Inventoried Restraint Cabinet, 1 Large Cuff BRLG-37 is missing on offender D. Brown #293387 at Camp-J. |
| 5:30 am | Beeper check with Control Room, Beeper is Good. |
| 6:00 am | made round on tiers; orderlies feeding on tiers; All secure. |
| 6:15 am | Sgt. Thompson on Both Tiers; holding Pill Call at this time. |
| 6:40 am | made rounds on Both Tiers; orderly picking up Trays; All secure. |
| 0715 | S/L Cust [illegible] |
| 7:15 am | made rounds on Both Tiers w/ Cuff [illegible] Sick call; All secure. |
| 7:31 am | [illegible] Round |
| 8:00 am | made rounds on Both Tiers; also B-Tier Shut down in order for orderly to Clean Tier. |
| 8:20 am | made round on Both Tiers; C-Tier Shut down in order for orderly to Clean Tier. [illegible signatures] A. Vittorio Class, Lt. Hunt, Capt. Thompson Rounds |
| 9:00 am | made rounds on Both Tiers; Cpt. Thompson with trusty round sitters. |
| 9:20 am | Major Varner & Lt. Anthony off of C-Tier with offender J. Clark #10365 for court order TPO. |
| 9:45 am | made round on Both Tiers; Shook #6 w/ offender J. Clark #10365 C-5 / Nothing Found. |
| 10:30 am | made round on Both Tiers; check all cells; check Back Door; All secure. [signatures] |
| 10:50 am | made round on C-Tier; Canteen officer on Tier; All secure. |
| 11:10 am | made round on B-Tier; Canteen officer on tier; All secure. |
| 11:30 am | made round on Both Tiers; orderlies feeding on tier; All secure. |
| 12:00 pm | made round on Both Tiers, orderlies picking up Trays; All secure. |
| 12:30 pm | Notified by Lt. Hunt Yard-Call is Cancelled due to Personnel shortage; also placed offender D. Blanks #416437 in US Trip booth for Attorney call out. |
| 12:40 pm | made round on B-Tier; check all cells; check Back Door; All secure. |

"Continue on Next Page"

OFFICER NAME: Richard Thompson M.Sgt.     SHIFT: B-TEAM

DATE: 6-27-2012

| TIME | OFFICER ENTRY |
|---|---|
| 12:50 am | made round on B-Tier; also M.Sgt. Michaels holding Pill Call on Tier; All secure |
| 1:05 | made round on C-Tier; check all cells; check Back Door; All secure. |
| 1:20 | made round on C-Tier; off Ander. J. Clate #10365 return back to C-Tier. |
| 1:30 | made round on B-Tier with Sgt. McCoy passing out Store Shortages; All secure |
| 2:00 | made round on Both Tiers; check all cells; check Back Door; All secure. |
| 2:30 | made round on C-Tier; also off Ander D. Blanks #40437 return back to Tier. |
| 2:45 | made round on B-Tier; pulling Yards on B-Tier at this time; All secure |
| 3:00 pm | [illegible] |
| 3:30 | made round on Both Tiers; also shakedown off Ander E. Taylor #31859 B-5 |
| 4:10 | made round on B-Tier; Yards coming IN at this time; All secure. |
| 4:15 | made round on C-Tier; check all cells; check Back Door; All secure. |
| 4:25 | made round on Both Tiers; orderlies feeding on Tiers; All secure. |
| 4:45 | made round on Both Tiers; orderlies picking up Trays; All secure. |
| 5:00 | made round on B-Tier; check all cells; check Back Door; All secure |
| 5:20 pm | made rounds on Both Tiers with D-Team officer; counted; All secure. |
| 5:25 pm | Relieved by D-Team officer of all equipment + Duties at this time. |
|  | Richard Thompson M.Sgt. |
| 5:30 pm | I Sgt R Beams relieved B-Team of [illegible] duties and equipment received (1) [illegible] (1) fog [illegible] (1) brown sheet (1) shears (4) [illegible] keys (1) radio (1) fully charged [illegible] [illegible] old [illegible] and understand |
| 6:00 pm | Made round on [illegible] Counted 16-B and C-10  96 B and 97 C |
| 6:30 pm | Made round on [illegible] Lt. K[illegible] [illegible] counted 16-10 [illegible] |
| 7:00 pm | Made round on [illegible] |
| 7:30 pm | Made round on [illegible] |
| 8:00 pm | Made round on [illegible] Counted 16-B and 10-C  95 B and 9[illegible] |
| 8:30 pm | Made round on [illegible] |
| 9:00 pm | Made round on [illegible] Counted 16-B and 10-C |

160

OFFICER NAME: Sgt R Bearron    SHIFT: D-Team

DATE: 6-27-12    Both row B + C

| TIME | OFFICER ENTRY |
|---|---|
| 9:30 pm | Made round a seace |
| 10:00 pm | Made round a sea |
| — | Count 16-B an 10-C |
| 10:30 pm | Made round a sea |
| 11:00 pm | Made round a sea |
| 11:30 pm | Made round a sea / Lt Kim round by |
| 12:30 am | Made round a sea |
| 1:00 am | Made round a sea |
| — | Count 16-B and 10-C  9SB an 9/C |
| 1:30 am | Made round a sea |
| 2:00 am | Made round a sea |
| — | Count 16-B an 10-C |
| 2:30 am | Made round a sea / Lt Kim Rand Calurted 16-10 |
| 3:30 | Made round a sea |
| 4:00 | Made round a sea |
| — | Count 16-B an 10-C |
| 4:30 | Made round a sea |
| 5:00 am | Made round a sea |
| 5:21 am | Relieved of a duty on |
| — | Equpment Sgt R Bearron |
| | |
| | 6-28-2012   B-TEAM   Thursday |
| 5:18 am | Made round on Both Tiers with D-Team officer; Counted All sleep. B-7,w=9B  C-7,w=9S |
| 5:20 am | Relieved D-TEAM officer of 1 beeper #22; 1-pair Shears; 1- Transfristor; 1-Midland 2-Way Radio; 1-Toy Booty, 1-set of Post Policies; 1-set of Post orders; I have read and understand Post orders to the best of my abilities; Rada Kim Nos, |
| 5:22 am | Turn in count to Control Room of B-7,w= 5w+11B=16 + C-7,w= 3w+7B=(10) for total count of (26); count is Good. |
| 5:25 am | Inventoried Restrants Cabinet; 1-Leg o Cuff DR-6-37 is missing at Cap-J. |
| 5:30 am | Beeper check with Control Room; Beeper is Good. |
| | "Continue on Next Page" |

OFFICER NAME: Richard Thompson M.Sgt.    SHIFT: B-TEAM
DATE: 6-28-2012

| TIME | OFFICER ENTRY |
|---|---|
| 6:20 am | made round on Both Tiers; checked all cells; check Back Door; All secure. |
| 6:35 am | made round on Both Tiers; orderlies feeding on Tiers; All secure. |
| 6:50 am | made round on Both Tiers; orderlies picking up Trays; All secure. |
| 7:00 am | C-Tier held up due to orderly cleaning up Tier; At this time. |
| 7:25 am | B45=93° C-tier=96° made round on Both Tiers; orderly cleaning up on B-Tier; All secure. |
| 8:05 am | made rounds on Both Tiers; check all cells; Check Back Door; All secure. |
| 08:15 | S/C Capt. Jim Serra |
| 8:50 am | made round on Both Tiers; check all cells; check Back Door; All secure. |
| 9:20 am | made round on C-Tier; offender G. Brown #293455 return back to Tier from Hospital |
| 9:30 am | made round on B-Tier; check all cells; check Back Door; All secure. |
| 9:41 am | L Hr Mental Rounds |
| 10:00 am | made round on Both Tiers; check Back Door; All secure. |
| 10:45 am | made round on Both Tiers; check Back Door; All secure. |
| 11:30 am | made round on Both Tiers; Water Coady; Major Booker & Lt Hutchison keys. |
| 11:45 am | made round on Both Tiers; Yards coming IN on B-Tier; All secure. |
| 12:15 pm | made round on B-Tier; orderlies feeding on tier; All secure. |
| 12:30 pm | B-tier=93° C-tier=94° made round on C-Tier; orderlies picking up Trays; All secure. |
| 1:00 pm | made rounds on Both Tiers; orderlies picking up Trays; All secure. |
| 1:20 pm | Received A. El Mumit #109229 back on C-Tier cell-5. |
| 1:30 pm | made round on C-Tier; check all cells; check Back Door; All secure. |
| 2:15 pm | made round on Both Tiers; check all cells; check Back Door; All secure. |
| 2:25 pm | Major Hooten & Capt. Thompson on B-Tier with Tour at this time; All secure. |
| 2:45 pm | made round on C-Tier; check all cells; check Back Door; All secure. |
| 3:00 pm | L Hr Mental Rounds |
| 3:15 pm | made rounds on Both Tiers; orderlies feeding on tier; All secure. |
| 4:15 pm | B-tier=96° C-tier=99° made rounds on Both Tiers; orderly picking up Trays; All secure. |
| 4:50 pm | made rounds on Both Tiers; checked all cells; check Back Door; All secure. |
| 5:15 pm | made round on Both Tiers; with D-Team officer; Counted; All secure. |
| 5:30 pm | Relieved by D-Team officer of all equipment & duties at this time. |
|  | Richard Thompson M.Sgt. |

OFFICER NAME: Sgt. Clarence Roberts    SHIFT: N

DATE: 6/28/12

B & C Tiers

| TIME | OFFICER ENTRY |
|---|---|
| 5:19/p | Made round & counted (B) 5W + (1)B - 16 + (C) 9W + 8B - 10 Total 26 all secure. Relieved officer of all duties & equipment (1) keeper, (1) pair of shears, (1) two-way radio, (1) trans fader, (4) small keys (HC-12) (5) fire extinguishers (fully charged), policies, and post orders read & understood. CR |
| 5:34/p | Count cleared & keeper checked (coded w/ central room) CR |
| 5:56/p | Made round all secure CR Temp. 96° 100° CR |
| 6:27/p | Made round all secure CR |
| 6:35/p | Shakedown cell #9(B) Chad Louviere #388374. O Ford CR |
| | Lt. Km ___ counts 16-10 ___ |
| 7:29/p | Made round all secure CR |
| 8:01/p | Made round & counted 26 all secure. Temp. 95° 100° CR |
| 8:33/p | Made round all secure CR |
| 8:40/p | Shakedown pipe chase between C&B Tiers. O Ford CR |
| 9:03/p | Made round & counted 26 all secure. Temp. 95° 99° CR |
| 9:15/p | Shakedown cell #9(C) K. Brumfield #316981. O Ford CR |
| 9:35/p | Made round all secure CR |
| 10:07/p | Made round & counted 26 all secure. Temp. 94° 98° CR |
| 10:36/p | Made round all secure CR |
| 11:06/p | Made round & counted 26 all secure. Temp. 94° 98° CR |
| 11:36/p | Made round all secure CR |
| | Lt. Km ___ |
| 12:35/A | Made round all secure. CR |
| 1:05/A | Made round & counted 26 all secure. Temp. 93° 97° CR |
| 1:35/A | Made round all secure. CR |
| 2:05/A | Made round & counted 26 all secure. Temp. 93° 97° CR |
| 2:35/A | Made round all secure CR |
| | Lt. Km ___ Counts 16-10 ___ |
| 3:28/A | Made round all secure CR |
| 3:58/A | Made round & counted 26 all secure. Temp. 92° 96° CR |
| 4:28/A | Made round all secure CR |
| 4:58/A | Made round all secure CR |
| 5:31/A | Relieved off all duties & equipment by A Team officer. CR |

Sgt. C R