PARISH OF WEST FELICIANA
STATE OF LOUISIANA

## AFFIDAVIT OF ELZIE BALL

BEFORE ME, the undersigned Notary, personally came and appeared ELZIE BALL, who being duly sworn deposed and said that:

1. My name is Elzie Ball. I am an inmate on death row at the Louisiana State Penitentiary at Angola.

2. It is extremely hot on death row during the summer months.

3. To get to sleep I usually have to sleep on the floor where it is cooler, or on a wet towel. I cannot wear any extra clothing because it is so hot and I spend all day wearing my boxers. I still sweat uncontrollably all of the time.

4. The heat gives me headaches and severe cramps too.

5. I do not stop sweating until midnight most nights during the summer. When it is also very humid I sweat the entire night.

6. I also often feel dizzy, and like I am going to faint. I have to lie on the floor to keep from feeling sick.

7. I have high blood pressure and it has been as high as 190/140 and 220/180. In the past the doctor has given me extra medication to try to bring it down. The heat makes my blood pressure worse.

8. I also have diabetes and arthritis. I don't get arthritis medication anymore even though I still have pain in my hands. When it is really humid on the tier the pain in my hands flares up. I try to massage my hands when this happens but doing so is often too painful.

9. I am scared that I may have a stroke from the heat. When the heat is bad I have trouble breathing and my heart beats very hard.

10. I also sometimes get a bad rash which is also made worse by the heat. I had a rash like this in the summer of 2012. I never had skin problems before I came here.

11. It is hotter in my cell than where the thermometer is located.

12. The fans on the tier are not evenly spaced and some cells don't get enough air from them. Some do not get any air at all. When the fans do blow air into the cells it is only more hot air. There is no relief from the heat except the cells up front where cold air leaks onto the tier from the lobby.

13. Taking a shower does not help relieve the heat. The showers are not well ventilated and it gets so hot that I start sweating while I am still in the shower.

14. The water in the cells smells bad and is barely drinkable. We are not allowed to keep ice in our cells any more so we are dependent on our fellow prisoners to give us ice when they are allowed out of their cell for their hour out. Otherwise we would not have access to the ice. The ice machine often breaks and when it does the ice is kept in coolers. It takes hours to refill the cooler and sometimes it won't get done until the next day. Drinking ice water is one of the only ways I have to cool down but the ice is dirty and there are a lot of insects and pieces of trash in the ice.

Further affiant sayeth naught.

_/s/ Elzie Ball_
Elzie Ball

Sworn to and subscribed before me on this 6th day of June, 2013, at Angola, Louisiana.

_/s/ Elizabeth C_
NOTARY PUBLIC
Elizabeth Compa
Notary ID #134870
My commission is for life.