PARISH OF WEST FELICIANA
STATE OF LOUISIANA

## AFFIDAVIT OF NATHANIEL CODE

BEFORE ME, the undersigned Notary, personally came and appeared NATHANIEL CODE, who being duly sworn deposed and said that:

1. My name is Nathaniel Code. I am an inmate on death row at the Louisiana State Penitentiary at Angola.

2. It is extremely hot on death row during the summer and the conditions here are awful.

3. I sweat uncontrollably during the summer heat.

4. I also experience headaches as a result of the heat.

5. The doctor has warned me that the side effects and dangers of my medication would be worse when it is hot. I have hypertension and one of the pills I take makes me diuretic.

6. The heat makes me dizzy and lightheaded. I have to hold onto the bars to steady myself. The bars and bricks are often hot when I grab them. This only happens when it is hot. I have not ever felt dizzy in the winter.

7. It is hotter in my cell than where the thermometer is located. And the thermometer only checks the temperature. It does not check the humidity, which makes the temperature much worse. The humidity is why the fans do not help. They only blow around more hot air.

8. The only shower available to me is very hot and gives me no relief from the heat.

9. Ice is the thing that helps the most but the ice machine breaks all the time. When it is broken the ice is kept in coolers and it can take hours before the coolers are refilled with more ice. The only ones who provide us with ice are my fellow prisoners when they are allowed out of their cell for their hour out. I worry about this too because I caught strep throat from a fellow inmate when he brought me ice in his cup. I avoid ice because of this. Sometimes, the ice is not available from 10:30 pm to 7:00 am anyway because the tier is closed.

10. The water is contaminated and smells bad. The ice smells bad too when it melts. They started selling bottled water because the water is contaminated. I cannot boil water to decontaminate it because everyone else is trying to do it too. Sometimes I

can drink tea, but most times I have to drink the tap water. I worry that it makes me sick.

11. The heat makes it a lot harder to sleep. ~~We used to have tiles in the cells, and sometimes those would be cooler to sleep on. They have been removed, so now the floor is not as cool.~~ N.C. N.C. N.C. N.C. The lights on my tier are also very bright and shine into my cell. They come on every morning at 5 am, and they are not turned off until 10:30 pm. I made a blindfold so that the lights would not shine in my eyes, but I cannot wear it when it is very hot. The blindfold makes me really hot, so I have to choose between that and not getting enough sleep.

N.C. 12. On June 4, 2013, at 11 pm, the guard came to read the thermometer outside my cell. I asked him what the reading was and he said 96 degrees. On June 5, 2013, at 11 pm, I asked again and the reading was 91 degrees. N.C.

Further affiant sayeth naught.


_Nathaniel Code_
Nathaniel Code


Sworn to and subscribed before me on this 6th day of June, 2013, at Angola, Louisiana.


_Elizabeth_
NOTARY PUBLIC
Elizabeth Compa
Notary ID #134870
My commission is for life