PARISH OF WEST FELICIANA
STATE OF LOUISIANA

## AFFIDAVIT OF JAMES MAGEE

BEFORE ME, the undersigned Notary, personally came and appeared JAMES MAGEE, who being duly sworn deposed and said that:

1. My name is James Magee. I am an inmate on death row at the Louisiana State Penitentiary at Angola.

2. It extremely hot on death row for long stretches of the summer. I spend all day lying on the floor of my cell, which is the coolest area, but I still sweat uncontrollably all the time. It is even harder to cope with the heat by lying on the floor because there are a lot of bugs on the floor of my cell, including a lot of red ants that bite.

3. High blood pressure and high cholesterol run in my family and the heat makes them much worse for me. I am also on medications which make me more susceptible to the heat.

4. It is hotter in my cell than where the thermometer is located. I can see the thermometer from my cell and I have seen it reach as high as 100 degrees.

5. The fans on the tier are not evenly spaced and some cells don't get enough air from them. Some do not get any air at all. One fan per cell would make it much better. But when it is really hot out like it has been recently, the fans only blow hot air into the cells and are no relief from the heat because they feel like a hair dryer blowing on me.

6. Taking a shower does not help relieve the heat. The showers are not well ventilated and it gets so hot that I start sweating while I am still in the shower. The water temperature is so hot that I have to stand to the side when I shower.

7. When the water in my cell comes out of the faucet it is already hot and you have to put ice in the water to make it drinkable. Drinking ice water is one of the only ways I have to cool down but the ice is dirty and there are a lot of insects in the ice. We are not allowed to keep ice in our cells any more so we are dependent on our fellow prisoners to give us ice when they are allowed out of their cell for their hour out. Otherwise we would not have any ice at all. The ice machine breaks all the time. It is still very hot during the night, but I cannot get ice between 11:00pm and 7:00am because the tier is closed.

Further affiant sayeth naught.

_____
James Magee

Sworn to and subscribed before me on this 6th day of June, 2013, at Angola, Louisiana.

_____
NOTARY PUBLIC
Elizabeth C. Compa
Notary ID #134870
My commission is for life.