PARISH OF WEST FELICIANA
STATE OF LOUISIANA

AFFIDAVIT OF JAMES MAGEE

BEFORE ME, the undersigned Notary, personally came and appeared JAMES MAGEE, who being duly sworn deposed and said that:

1. My name is James Magee. I am an inmate on death row at the Louisiana State Penitentiary at Angola.

2. On or about June 4, 2013, I was in my cell and noticed the water, was Scalding hot. The person in the cell, noticed the same thing and commented on it.    next to mine

3. I then went to take a shower and noticed the water was still hot and was turning my skin red.

4. I asked one of the guards, to please turn down the water temperature.    as well as the maintenance man

5. The guard went back to where the water controls are, and when he came back out, commented that the water had been at 160 degrees. He had turned it down.

6. Since then, the water has returned to being scalding hot.

Further affiant sayeth naught.

_James Magee_                              6/6/13
James Magee

Sworn to and subscribed before me on this 6th day of June, 2013, at Angola, Louisiana.

_Elizabeth C_
NOTARY PUBLIC

Elizabeth Compa
Notary ID # 134870
My Commission is for Life.