| February 1, 2010 | CHAPTER:<br>HEALTH CARE SERVICES | DIRECTIVE NO.<br>13.067 |
|---|---|---|
| LOUISIANA STATE PENITENTIARY | SUBJECT:<br>PSYCHOTROPIC MEDICATION AND HEAT PATHOLOGY | ACA STANDARD: |
| | REFERENCE:<br>Department Regulation No. B-06-001, HC-45 | |

PURPOSE: To establish the standard of care for the reduction of psychotropic medication heat pathology and photosensitivity.

APPLICABILITY: To the Louisiana State Penitentiary Security Staff, Medical Staff, Psychiatric Nurses and Psychiatrists.

DEFINITION:

Antipsychotic Medication: A class of medications used to treat psychotic symptoms, such as delusions or hallucinations, in which patients are unable to distinguish fantasy from reality.

Heat Pathology: Heat induced syndromes such as heat stroke, muscle cramps and heat exhaustion due to a failure of the heat regulating mechanisms of the body.

Heat Alert: A designation for when the temperature has exceeded 90 degrees Fahrenheit indoors and special provisions are required.

Photosensitivity: Exhibiting abnormally heightened sensitivity to sunlight.

Psychotropic Medication: Any medication prescribed for the purpose of affecting the mind, emotions or behavior.

POLICY: It is the policy of Louisiana State Penitentiary that offenders prescribed psychotropic medication will be educated, monitored and evaluated for potential adverse reactions concerning heat or photosensitivity related pathology. Implementation of appropriate measures will be taken, if indicated, to reduce the risk of heat or photosensitivity related complications.

Penitentiary Directive No. 13.067
February 1, 2010
Page 2 of 4

PROCEDURE:

A. CLINICAL ENCOUNTERS

1. During clinical encounters, the prescribing practitioner will inform offenders taking psychotropic medication of the risk of developing heat related illnesses and/or photosensitivity.

2. Education will be provided by psychiatric nursing staff to offenders prescribed psychiatric medication that will stress:

    a. Increased consumption of liquids

    b. Avoidance of undue exposure to the sun

    c. Signs and symptoms of dehydration.

    d. Signs and symptoms of dermatological conditions secondary to photosensitivity including sunburn and rashes.

    e. Signs and symptoms of medication toxicity.

    f. Avoid excessive exhausting activities in high temperatures

3. The prescribing of an antipsychotic medication is an indication for a heat related indoor duty status that specifies the offender must be brought indoors when outside ambient temperature reaches or exceeds 90° F. A provision for no sports will also be included. These offenders should not be assigned jobs in the environments that are typically hotter than normal indoor temperatures, i.e., kitchens, welding shops, etc.

    If a heat related duty status is not ordered, the rationale for the decision and additional offender education concerning heat pathology risks will be documented in the medical record.

4. At the beginning of each week from May 15th to October 15th, a list identifying all offenders with a heat related duty status will be generated and distributed to all Unit Wardens.

B. HEAT ALERT

1. The Assistant Warden at each housing area will have the dorm Correctional Officers check inside temperatures every 2 hours from 10 a.m. to 6 p.m. beginning May 15th through October 15th.

Penitentiary Directive No. 13.067
February 1, 2010
Page 3 of 4

>  Outdoor Temperature Logs: EMS will record the outdoor temperature every 2 hours from 10 a.m. to 6 p.m. from May 15th through October 15th.

2. The temperature will be recorded in the officer's logbook.

3. If the indoor or outdoor temperature reaches or exceeds 90° F, the officer is to notify the Lieutenant who will then notify Control Center within 10 minutes to declare a heat alert.

4. After a heat alert has been declared for the prison, the Control Center does not need verbal notification of housing areas exceeding 90° F. Correctional Officers in housing units do not need to continue recording the temperature after a heat alert has been declared for the duration of heat alert. EMS will continue to monitor outdoor temperatures as indicated in E, 1 above.

5. If a heat alert has been declared, the following measures must be instituted and documented for those offenders with a heat related duty status by the Unit Warden:

    a. Ensure that all offenders who have a heat related duty status are returned to the housing unit or go inside into a cooler place.

    b. Provisions of increased fluids and ice;

    c. Allowance of additional showers and/or cold, wet towels and

    d. Increase ventilation to the area as much as possible.

6. If an offender shows signs or symptoms of heat pathology, Emergency Medical Services will be notified (see Section C for further details). Offenders have the right to request to see medical or declare self a medical emergency if they suspect a heat related illness.

7. The heat alert will be in effect from the time Control Center declares until 7 p.m. unless reversed by the Medical Director or designee.

8. The Medical Director or designee may reverse the heat alert if the temperature decreases below 90° F and it is reasonable to assume that no area of the prison will exceed 90 degrees by 6 p.m.

C. HEALTH CARE

Offenders who show signs of heat related pathology (e.g., nausea, fatigue, headache, muscle cramps, dry flushed skin, alteration in consciousness) must be immediately

Penitentiary Directive No. 13.067
February 1, 2010
Page 4 of 4

referred to the Medical Department for evaluation and treatment. Any significant heat related illness will be reported to the Departmental Medical/Mental Health Director by the LSP Medical Director.

Burl Cain, CCE
Warden

This policy supersedes Penitentiary Directive No. 13.067 dated June 15, 2009.