STATE OF LOUISIANA
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

Health Care Policy
No. HC-45



14 August 2009

## PSYCHOTROPIC MEDICATION AND HEAT PATHOLOGY

1. **PURPOSE:** To establish the standard of care for the reduction of psychotropic medication related heat pathology and photosensitivity.

2. **DEFINITIONS:**

    A.  Psychotropic Medication: Any medication prescribed for the purpose of affecting the mind, emotions or behavior.

    B.  Antipsychotic Medication: A class of medications used to treat psychotic symptoms, such as delusions or hallucinations, in which patients are unable to distinguish fantasy from reality.

    C.  Heat Pathology: Heat induced syndromes such as heat stroke, muscle cramps and heat exhaustion due to a failure of the heat regulating mechanisms of the body.

    D.  Photosensitivity: Exhibiting abnormally heightened sensitivity to sunlight.

    E.  Heat Alert: A designation for when the temperature has exceeded 90 degrees Fahrenheit indoors and special provisions are required.

3. **POLICY:** It is the Secretary's policy that each Warden is responsible for ensuring that appropriate unit written policy and procedures are in place to comply with the provisions of this policy.

4. **PROCEDURES:** Offenders prescribed psychotropic medication will be educated, monitored and evaluated for potential adverse reactions concerning heat or photosensitivity related pathology. Implementation of appropriate measures will be taken, if indicated, to reduce the risk of heat or photosensitivity related complications. The process will include the following:

    A.  During clinical encounters, the prescribing practitioner will inform offenders taking psychotropic medication of the risk of developing heat related illnesses and/or photosensitivity.

Health Care Policy No. HC-45
14 August 2009
Page Two

- B. Education will be provided to those offenders prescribed psychotropic medication that will stress:

    1) Increased consumption of liquids;

    2) Avoidance of undue exposure to the sun;

    3) Signs and symptoms of dehydration;

    4) Signs and symptoms of dermatological conditions secondary to photosensitivity including sunburn and rashes;

    5) Signs and symptoms of medication toxicity;

    6) Avoidance of excessive exhausting activities in high temperatures.

- C. The prescribing of an antipsychotic medication is an indication for a heat related indoor duty status that specifies the offender must be brought indoors when outside ambient temperature reaches or exceeds 90 degrees Fahrenheit. A provision for no sports will also be included. In addition, these offenders should not be assigned jobs in environments that are typically hotter than normal indoor temperatures. Should the prescribing practitioner decide not to order a heat related duty status in exceptional cases, the rationale for the decision and additional offender education concerning heat pathology risks will be documented in the medical record.

- D. Each unit shall include a mechanism in its policy to announce when outside ambient temperature reaches or exceeds 90 degrees.

- E. From May 15th through October 15th the following practices will be instituted:

    1) A list identifying all offenders with a heat related duty status will be regularly updated and provided to staff responsible for their care and custody.

    2) Temperatures inside each housing unit, as well as outside temperatures, will be monitored and recorded every two hours from 10 a.m. until 6 p.m.

    3) If the indoor temperature reaches or exceeds 90 degrees, a heat alert will be declared for the institution and the following measures

Health Care Policy No. HC-45
14 August 2009
Page Three

will be instituted and documented for those offenders with a heat related duty status:

    a.    Provisions for increased fluids and ice;

    b.    Allowance for additional showers and/or issuance of cold, wet towels;

    c.    Increase ventilation to the area as much as possible.

4) The heat alert will remain in effect until 7:00 p.m., unless reversed by the Warden or designee in conjunction with the Medical Director or designee. The Warden or designee shall reverse the heat alert by notifying the Control Center if the temperature decreases below 90 degrees Fahrenheit and it is reasonable to assume that no area of the prison will exceed 90 degrees Fahrenheit by 6 p.m.

5) Offenders exhibiting signs of heat related pathology will be immediately referred to the medical department for evaluation and treatment. Any significant heat related illness will be reported to the Departmental Medical/Mental Health Director.

s/James M. Le Blanc
Secretary