LOUISIANA STATE PENITENTIARY

DIRECTIVE # 12.005

DATE: 05/09/05

CHAPTER: SANITATION AND HYGIENE

SUBJECT: LIVING AND WORK AREA TEMPERATURE CHECKS

REFERENCES:
ACA STANDARDS: 4-4139, 4-4153

**PURPOSE:** To establish procedures for the measurement of temperatures in inmate housing **living and work** areas.

**APPLICABILITY:** All Louisiana State Penitentiary Security Supervisors and Officers.

**POLICY:** It is the policy of Louisiana State Penitentiary to ensure **that temperatures in indoor living and work areas are appropriate to the summer and winter comfort zones and to assure** the safety of inmates and to promote hygienic practices through thermostatically controlled shower water ranging from 100 degrees Fahrenheit to 120 degrees Fahrenheit.

**PROCEDURE:**

A. TEMPERATURE CHECKS

   1. **Indoor** living **and work** area and shower water temperature checks shall be conducted at a minimum of once weekly. **Living and water temperature checks will be conducted** on Saturdays, on the night shift. **Work area temperature checks will be conducted on Mondays, at the beginning of the workday.**

   2. Temperature checks shall be taken by a metal, stem-type numerically scaled indicating thermometer.

      a. When recording shower water temperatures, the thermometer should remain in drawn water for 15 - 30 seconds to obtain an accurate reading.

      b. Indoor room temperature checks shall be recorded at levels appropriate to summer and winter comfort zones.

B. DOCUMENTATION

LSP - 12.005
May 9, 2005
Page 2

1. Unit Officers shall record all readings in the unit logbook.

2. Unit Supervisors shall make periodic inspections of logbooks to assure compliance.

_____        _____
Burl Cain, **CCE** - Warden                 Effective Date

This policy supersedes Penitentiary Directive No. 12.005 dated **May 8, 1998**.

Signed Directive: