# THE CAPITAL APPEALS PROJECT
A Non-Profit Law Office

www.TheJusticeCenter.org
636 Baronne Street, New Orleans, LA 70113-1004
(Ph.) (504) 529-5955 • (504) 558-0378 (Fx.)

EXECUTIVE DIRECTOR
SARAH OTTINGER

BOARD OF DIRECTORS
JUDGE CALVIN JOHNSON, (RETIRED) CHAIRMAN
ANDREA ARMSTRONG, TREASURER
STEVEN SCHECKMAN, SECRETARY
CHIEF JUSTICE PASCAL CALOGERO (RETIRED)
JOHN HOLDRIDGE
DENISE LEBOEUF
JULIAN MURRAY
WILBERT RIDEAU
MARTIN STERN

April 30, 2012

COPY

Warden Burl Cain
Louisiana State Penitentiary
Angola, LA 70712

RE:     Death Row Temperature

Dear Warden Cain:

Over the past several years, attorneys at the Capital Appeals Project ("CAP") have received several complaints concerning the heat on Death Row. The excessive heat, particularly during the summer months, poses significant concerns not only for the well-being of all of our clients on Death Row, but particularly for those clients with certain health problems. In advance of the summer months, I want to open a dialogue about the extreme heat on Death Row and find a solution which will satisfy everyone.

The extreme heat at Louisiana State Penitentiary ("LSP") has been a long standing problem. The Department of Justice included it in its 1991 Civil Right of Institutionalized Persons Act ("CRIPA") letter on the problems facing LSP. Specifically, the letter stated that "[t]he temperatures in the majority of cells and dormitories at LSP was well over 90 degrees when we toured the prison in early September 1990." [1] It went on to describe the conditions: "Bars were hot to the touch and inmates were observed lying nude on the concrete floor, ostensibly to stay cool." The letter concluded that "[s]uch conditions put the inmates at risk for any number of heat-related maladies. In particular, excessive heat poses a danger to those LSP inmates on psychotropic medication whose high body temperatures can cause serious and life

---

[1] September is typically cooler than July and August, the hottest months of the summer.

Page 1

threatening side effects." The men on Death Row, who are all on extended lockdown, continue to experience these conditions and risks.[2]

Upon review of Unit, Air and Water Temperatures Logs for 2011[3], temperatures on the Death Row tiers are consistently over 80 degrees from July through September. Throughout July and August the temperatures consistently ranged from 88 or 89 to 100 degrees. The American Correctional Association's ("ACA") list of appropriate conditions states in 4-153 that "Temperatures in indoor living and work areas are appropriate to summer and winter comfort zones. *Comment*: Temperature and humidity should be capable of being mechanically raised or lowered to an acceptable comfort level." *See* American Correctional Association, 2010 Standards Supplement, Adult Correctional Institutions standard 4-4153. Our observations of the conditions, as well as statements from our clients indicate that conditions have not remained comfortable or even tolerable.

Some men have described watching the thermometer mercury rise to 105 or 108 degrees Fahrenheit during the hottest part of the day. The majority of men on Death Row have described having to sleep on the floor because of the extreme heat, even at night. In addition, almost all of our clients have described certain cells where fans are not placed to allow breeze from a fan. These "dead cells" are identifiable to most of the men held on the tier.

Interviews of clients, examination of LSP's tier logs, and review of the policies regarding heat indicate that LSP has made some attempts to deal with the problem by providing ice, water, access to showers, and fans. We understand that an additional fan was added to each tier last summer, bringing the total number of fans in each tier up to eight. These measures are commendable, and demonstrate your concern for the well-being of the men in your care being held on Death Row. However, the men being held on Death Row continue to experience extreme heat and remain at grave risk for heat related ailments.

We are particularly concerned about the danger extreme heat poses to men on psychotropic medication, men with diabetes, as well as those with pulmonary and cardiovascular illnesses. These medications and medical conditions impede the body's ability to regulate temperature through sweating. Psychotropic medications and some medications given to treat chronic cardiac diseases can cause severe dehydration, increasing the potential for heat related illness and severe heart problems. A heat index over 90 requires a reduction in activity for healthy people and poses a significant health risk to the men taking psychotropic medications or with these underlying health problems. *See Technical Bulletin 507, Heat Stress and Heat*

---

[2] We recognize that DOJ made its observations prior to the construction of the new Death Row facility, but unfortunately, conditions are no better on the new Death Row.

[3] In accordance with LSP directive # 12.005, LSP Security Supervisors and Officers are responsible for documenting the air and water temperature in living areas in unit logbooks. The directive instructs, "Indoor room temperature check shall be recorded at levels appropriate to summer and winter comfort zones." LSP directive #12.005 A.2.b. The directive references American Correctional Association (ACA) standard 4-153.

Page 2

*Casualty Management*, Headquarters Department of Army and Air Force, March 7, 2003, p.18; *Heat: A Major Killer*, National Oceanic and Atmospheric Administration (NOAA), National Weather Service Heat Safety *accessed at* http://www.nws.noaa.gov/om/heat/index.shtml.[4]

Our review of LSP's policies and procedures indicates that LSP is aware of the dangers heat poses to people taking psychotropic medication. However, our interviews of clients revealed that none of them had been educated on the dangers posed by the heat while on psychotropic medication, or how to decrease the risk of life threatening complications that may arise from taking psychotropic medications in high temperatures. In addition, some who require psychotropic medications may not be fully restored to competency by the medications, raising the question of whether they would be able to follow medical directives for self-care in warmer temperatures even if such directives are given. Several people currently housed on Death Row would likely meet this description, raising serious concerns for their safety in the summer months.

The problems posed by the heat are of particular concern to diabetics. Diabetes can cause organ and nerve damage in all areas of the body, including sweat glands. Studies have quantified the decrease in sweat and cooling ability in diabetics and have found that diabetics' core temperature was generally raised at least one degree Celsius above those in a control group. As a result, diabetics frequently have more adverse health outcomes, i.e., hospital room visits or death, in high external temperatures. *See Heat Tolerance in Patients with Type I and Type II Diabetes*, Scott Petrofksy, Ph.D., Journal of Applied Research; *Managing Diabetes in the Heat: Potential Issues and Concerns*, Sydney Westphal, Mayo Clinic, Scottsdale, AZ.

For those with cardiovascular or pulmonary diseases, the effects of elevated temperatures and high humidity can also be fatal. The heart experiences increased strain because blood is pooled under the skin to increase cooling. However, this pooling reduces the efficiency of each heartbeat, requiring the heart to work harder in order to allow blood to pool near the skin and maintain normal operations of the body. *See Technical Bulletin 507, Heat Stress and Heat Casualty Management*, Headquarters Department of Army and Air Force, March 7, 2003, p.7. Anyone with compromised cardiac function will be more likely to feel adverse effects of heat in part because of the stresses placed on the heart when the body is attempting to cool itself. "Effects of Heat Stress on Thermoregulatory Responses in Congestive Heart Failure Patients", Jian Cui, et al, *Circulation: Journal of the American Heart Association*, 2005; "Heat stress in older individuals and patients with common chronic diseases", Glenn P. Kennedy, et al, CMAJ, July 13, 2010.

A review of the medication lists and underlying chronic health conditions of many of the men held on Death Row indicates that much of the population is at risk for heat related illness. Indeed, the medical records indicate that this risk for heat related illness had been realized. In the past two years, several men held on Death Row who have underlying chronic health

---

[4] According to NOAA's Heat Index chart the heat index can reach 90 degrees when air temperature is as low as eighty-four degrees Fahrenheit (84 F) and relative humidity is seventy percent (70%).

problems have required hospitalization and intensive care during the summer months, when temperatures are consistently dangerously high and high humidity impedes the body's natural cooling mechanisms.

In fact, our staff has noticed an increase in health crises and disciplinary infractions from our clients during the summer months; these infractions require more medical attention and resources from the prison in order to maintain a safe environment. The incidents often involve long hospital stays, extensive disciplinary investigation, or general unrest on the row which leads to still more problems.

We ask that you consider these considerable health risks, the use of prison resources, along with the psychological impact of these sustained high temperatures on the men in considering methods to take further steps to ameliorate the high temperatures on Death Row:

1)    We request that you complete the small amount of remaining ducting work that we understand would be necessary to provide air conditioning to the men on Death Row.

2)    We request that at a minimum you provide air conditioning to those prisoners whose medical conditions and medication regimens leave them particularly vulnerable to heat exhaustion and heat stroke.  We have undertaken a partial survey of the men on Death Row and there are a sufficient number of people whose underlying physical or mental health conditions leave them particularly vulnerable to heat exhaustion and heat stroke.  These men could comprise a medical tier that could be air conditioned.  For those who do not qualify for a medical tier, the other tiers on Death Row should be provided with at least one fan for each cell with a working, screened window or proper ventilation to provide circulation to reduce the temperature on the tiers during the summer months.[5]

3)    We request a complete inspection of Death Row's ventilation system conducted by a third party, including measurements of air movement per cubic feet of air in each cell, as well as a physical inspection of the ventilation system to ensure its proper functioning.  Several clients have reported that the ventilation system seems to be blocked or malfunctioning because the air does not seem to circulate, and becomes quite stale and stuffy.  In addition, several clients have reported natural gas smells in their cells and on the tier, which they report to be coming from the ventilation system.

Please acknowledge receipt of this letter and please inform us by May 15, 2012 of what corrective action you will be taking to ensure the safety of men on the tier.  Please feel free to contact Mercedes Montagnes if you have any questions or to further discuss our concerns.

---

[5] In fact, this exact remedy was ordered by the Fifth Circuit when similar conditions were complained of at Parchman Unit 32-C. *See Gates v. Cook*, 376 F. 3d 323, 340 (5th Cir., 2004). Before ordering this remedy, the Court noted that "Death Row is primarily not an air-conditioned facility" and thus the use of fans was the only available solution to the same type of extreme heat found at Angola's death row. *Id.* 334.

Page 4

We look forward to continuing to work with you to ensure that constitutional standards are maintained for our clients on Death Row.

Sincerely,



Sarah Ottinger, Executive Director
Mercedes Montagnes, Kaufman Fellow

**The Capital Appeals Project**
636 Baronne Street
New Orleans, LA
70113

cc:    Deputy Warden Norwood
       Secretary James M. LeBlanc