# THE CAPITAL APPEALS PROJECT
A Non-Profit Law Office

www.TheJusticeCenter.org
636 Baronne Street, New Orleans, LA 70113-1004
(Ph.) (504) 529-5955 • (504) 558-0378 (Fx.)

EXECUTIVE DIRECTOR
SARAH OTTINGER

BOARD OF DIRECTORS
JUDGE CALVIN JOHNSON, (RETIRED) CHAIRMAN
ANDREA ARMSTRONG, TREASURER
STEVEN SCHECKMAN, SECRETARY
CHIEF JUSTICE PASCAL CALOGERO (RETIRED)
JOHN HOLDRIDGE
DENISE LEBOEUF
JULIAN MURRAY
WILBERT RIDEAU
MARTIN STERN

May 22, 2012

Warden Burl Cain
Louisiana State Penitentiary
Angola, LA 70712

RE:     Death Row Temperature

Dear Warden Cain:

On April 30, 2012, our office sent you a letter regarding the excessive heat on death row. In light of the rising temperatures, we asked that you respond to the letter by May 15, 2012. As of May 21, 2012, we have not received a response from you or any of your staff.

We continue to be very concerned about the rising level of heat on death row and we ask that you act quickly to address the issue of excessive heat in order to prevent the potential health crises that will emerge this summer.

We look forward to continuing to work with you to ensure that constitutional standards are maintained for our clients on Death Row.

Sincerely,


Sarah Ottinger, Executive Director
Mercedes Montagnes, Kaufman Fellow


cc:     Deputy Warden Norwood
        Secretary James M. LeBlanc