# THE CAPITAL APPEALS PROJECT
A Non-Profit Law Office
www.TheJusticeCenter.org
636 Baronne Street, New Orleans, LA 70113-1004
(Ph.) (504) 529-5955 • (504) 558-0378 (Fx.)

**EXECUTIVE DIRECTOR**
SARAH OTTINGER

**BOARD OF DIRECTORS**
JUDGE CALVIN JOHNSON, (RETIRED) CHAIRM
ANDREA ARMSTRONG, TREASURER
STEVEN SCHECKMAN, SECRETARY
CHIEF JUSTICE PASCAL CALOGERO (RETIRED)
JOHN HOLDRIDGE
DENISE LEBOEUF
JULIAN MURRAY
WILBERT RIDEAU
MARTIN STERN

June 18, 2012

Warden Burl Cain
Louisiana State Penitentiary
Angola, LA 70712

RE:    HEAT AND DEATH ROW CONDITIONS

Dear Warden Cain:

On April 30, 2012 and May 22, 2012, our office sent you letters regarding the excessive heat on death row. In light of the rising temperatures, we asked that you respond to the letter by May 15, 2012. As of June 18, 2012, we have not received a response from you or any of your staff.

We continue to be very concerned about the rising level of heat on death row and we ask that you act quickly to address the issue of excessive heat in order to prevent the potential health crises that will emerge this summer.

We look forward to continuing to work with you to ensure that constitutional standards are maintained for our clients on Death Row.

Sincerely,

Sarah Ottinger, Executive Director
Mercedes Montagnes, Kaufman Fellow
The Capital Appeals Project
636 Baronne Street
New Orleans, LA
70113

cc:    Warden Norwood
       Secretary LeBlanc