

BOBBY JINDAL
GOVERNOR

JAMES M. LE BLANC
SECRETARY

# State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

June 18, 2012

Sara Ottinger, Executive Director
The Capital Appeals Project
636 Baronne Street
New Orleans, LA 70113

RE:    Death Row Temperature

Dear Ms. Ottinger:

Thank you for your letter regarding the temperature at Death Row. We do understand your concern and would like to assure you that the temperature, in all living areas, is closely monitored.

Death Row is well ventilated and has many fans which keep the temperature, for offenders and staff working there, at an acceptable level. Additionally, those offenders taking certain types of medication are evaluated regularly to ensure there are no adverse affects to their health due to rising temperatures.

Thank you for your concern and diligence regarding your clients.

Sincerely,

Burl Cain, CCE
Warden

BC:jkd

cc:    File

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

Office of the Warden
Louisiana State Penitentiary
Angola, LA 70712



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 70712  $ 000.45⁰
02 1W
0001375212 JUN. 20. 2012

Sara Ottinger, Executive Director
The Capital Appeals Project
636 Baronne Street
New Orleans, LA 70113

701133100 4 C010