UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

|  |  |  |
|---|---|---|
| ADVOCACY CENTER | * | |
| PLAINTIFF | * | |
|  | * | CIVIL ACTION NO. 3:12-508 |
| VS. | * | BAJ-SCR |
| BURL CAIN, WARDEN OF THE LOUISIANA STATE PENITENTIARY, ET AL. | * | |
| DEFENDANTS | * | |

## STATUS REPORT

Plaintiff, by its undersigned counsel, submits this status report on negotiations in the above-entitled action as required by this Court's order dated August 27, 2012.

1. On August 17, 2012, Plaintiff filed, among other things, a complaint for injunctive and other relief and a Motion for Preliminary Injunction.

2. In its Motion for Preliminary Injunction, Plaintiff sought an order from this Court requiring Defendants to take the following steps:

    a. Permit Plaintiff's attorneys to visit Death Row at the Louisiana State Penitentiary at Angola and be accompanied by Dr. Susi Vassallo;

    b. Permit Plaintiff's attorneys and Dr. Vassallo to tour the facility and observe and meet prisoners on Death Row on terms and conditions sufficient to determine whether prisoners on Death Row are being subjected to excessive heat conditions that pose risks to their health;

    c. Permit Plaintiff to bring a hydrometer into the prison to measure humidity;

    d. Provide Plaintiff with the records requested in the July 31, 2012 letter; and

1

    e.    Cease and desist from violating Plaintiff's rights and the rights of individuals with disabilities under 42 U.S.C. § 1983 pursuant to the P&A Acts, specifically the Protection and Advocacy for Individuals with Mental Illness Act, 42 U.S.C. §§ 10801 *et seq.*; the Developmental Disabilities Assistance and Bill of Rights Act of 2000, 42 U.S.C. §§ 15001 *et seq.*; the Protection and Advocacy of Individual Rights Program, 29 U.S.C. § 794e.

3. On August 24, 2011, undersigned counsel was contacted by Defendants' attorney to discuss the issues in the case. As a result of such discussions, and in order to address the issues raised in Plaintiff's Motion for Preliminary Injunction, Defendants agreed to the following regarding Dr. Vassallo's visit and the placement of the hydrometer:

    a.  Defendants will permit Dr. Susi Vassallo to visit Death Row and speak with prisoners regarding the heat conditions in that facility.

    b.  Defendants will confer with counsel regarding the placement of a hydrometer within an agreeable area of Death Row that does not pose a safety risk for either the prisoners or the employees of the prison.

    c.  Defendants will also permit Mr. James Balsamo, an environmental expert with extensive experience in addressing heat conditions, to tour the facility to assist in determining the type of hydrometer that would be most effective in measuring humidity in that facility and where such a device might be placed to accurately measure humidity and, at the same time, adequately address Defendants' safety concerns.

4. Defendants also agreed to provide Plaintiff with the following documents:

    a.  Temperature records for the months of June through September of 2011 and 2012.

    b.  Policies regarding the efforts to ameliorate excessive heat on Death Row.

    c.  The names of the prisoners on Death Row from January 1, 2012 to present.

    d.  All records since January 1, 2009 documenting requests by Death Row prisoners for medical assistance related to heat.

  e. All requests for administrative grievances related to heat since January 1, 2009.

5. With respect to visits to the prison agreed to by Defendants, Dr. Vassallo is available to visit Angola on September 19, 2012. Mr. Balsamo is available to visit the prison on September 14, 2012.

6. With respect to the production of requested documents, Defendants' counsel was supposed to send Plaintiff all of the above referenced records, except the temperature logs, by Monday, August 27, 2012.

7. On September 5, 2012, Defendants' counsel notified Plaintiff of the following regarding the production of documents:

> I am sending you today some of the documents that you have requested, specifically the list of the death row offenders and the ARPs concerning heat complaints. Angola is in the process of putting together the temperature records from the summer of 2012, but as I explained earlier, a significant number of items will have to be redacted and will take a great deal of man power to accomplish. However, I hope to provide it to you on a rolling basis so that you are not delayed in getting that information. Angola is likewise getting the policies regarding heat reduction together as well.

8. Plaintiff is optimistic that a fair and reasonable settlement agreement on all issues can be reached in this case.

9. By Friday, September 7, 2012, Plaintiff will provide Defendants with a proposed settlement agreement resolving all claims and issues in this matter.

Respectfully submitted this 6th day of September 2012,

          s/ Ronald K. Lospennato
          _____
          Ronald K. Lospennato, Bar No. 32191
          Advocacy Center
          8325 Oak Street
          New Orleans, LA 70118
          504-208-4679

504-335-2890
rlospennato@advocacyla.org

s/ Miranda Tait
_____
Miranda Tait, T.A., La. Bar No. 28898
Advocacy Center
600 Jefferson Street, Suite 812
Lafayette, Louisiana 70501
337-237-7380, ext. 313
337-237-0486 (fax)
mtait@advocacyla.org