To: Warden Cain
From: Elzie Ball
Date:
Re: EXCESSIVE HEAT ON DEATH ROW (Three Pages)

## THIS IS A REQUEST FOR ADMINISTRATIVE REMEDIES (ARP), STEP ONE

Dear Warden Cain,

    This administrative remedy is filed pursuant La. R.S. 15 .1171-1177 and La. Admin Code 22:I:325 (2012), in accordance with Federal Prisoner Litigation Reform Act and the Louisiana Prison Litigation Reform Act. 42 U.S.C. § 1997e(a) and La. R.S. §1584.

    I am writing because it is extremely hot on death row for a long time now. To get to sleep I usually have to sleep on the floor where it is cooler, or on a wet towel. I can not wear any extra clothing because it is so hot and I spend all day wearing my boxers. I still sweat uncontrollably all of the time. The heat gives me headaches and severe cramps too.

    It was very hot this week. The hottest day was the 17th of July. I sweat at lot that day. I had a headache and more cramps. I did not stop sweating until midnight most nights. When it is also very humid I sweat the entire night. I also often feel dizzy, and like I am going to faint. I have to lie on the floor to keep from feeling sick.

    I have high blood pressure and it has been as high as 190/140 and 220/180. In the past the doctor has given me extra medication to try to bring it down. The heat makes my blood pressure worse.

    I also have diabetes and arthritis. I don't get arthritis medication anymore even though I still have pain in my hands. When it is really humid on the tier the pain in my hands flares up. I try to massage my hands when this happens but doing so is often too painful.

    I am scared that I may have a stroke from the heat. When the heat is bad I have trouble breathing and my heart beats very hard.

    I also have a bad rash now which is also made worse by the heat. I never had skin problems before I came here.

    It is hotter in my cell than where the thermometer is located. The information in the guard logs is not completely accurate. I look at the thermometer on my hour out and sometimes it is over 100 degrees.

    The fans on the tier are not evenly spaced and some cells don't get enough air from them. Some do not get any air at all. When the fans do blow air into the cells it is only more

hot air.  There is no relief from the heat except the cells up front where cold air leaks onto the tier from the lobby.

Taking a shower does not help relieve the heat. The showers are not well ventilated and it gets so hot that I start sweating while I am still in the shower.

The water in the cells smells bad and is barely drinkable. We are not allowed to keep ice in our cells any more so we are dependent on our fellow prisoners to give us ice when they are allowed out of their cell for their hour out. Otherwise we would not have access to the ice. The ice machine often breaks and when it does the ice is kept in coolers.  It takes hours to refill the cooler and sometimes it won't get done until the next day. Drinking ice water is one of the only ways I have to cool down but the ice is dirty and there are a lot of insects and pieces of trash in the ice.

**<u>Requests for Relief</u>**

**I respectfully request the following relief:**

1. Injunctive relief in the form of air conditioning or any other effective cooling system which would bring the temperature and humidity down to reasonable levels.

2. Compensatory damages in the amount of $100/ day for the days I spend in the extreme heat.

3. A Declaratory Judgment that the current conditions violate both the Louisiana and Federal constitutional prohibition against Cruel and Unusual Punishment. U.S. CONST. amend.VIII and LA. CONST. of 1974 § 20 (2012).

4. In an effort to create a complete administrative record, I would like to interview the guards, orderlies, and social workers who work the tiers about the heat to create an affidavit; the names and contact information of any individuals who have visited death row in the last 30 days; the names of the wardens and guards who have visited death row in the last 30 days; and logs of the medical and sick calls from death row for the last 30 days.

5. I also request that prison take no actions of retaliation against me for filing this ARP.

6. I would like to make the following documents part of the records
   - Heat logs for all death row tiers in the last 30 days
   - Unusual Occurrence Reports on death row in the last 30 days
   - Sick and Medical calls from death row for the last 30 days

Submitted by:


_____


CC:
Mercedes Montagnes, Bar No. 33287
636 Baronne St.
New Orleans, La
70113
(504)529-5955