LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: LSP-2012-2480

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: BALL, ELZIE   79472                                       LSP
    Offender Name and Number                                  Living Unit

Response to Request Dated 10/17/2012, Received in this Office on 10/26/2012:

Your request for an Administrative review of ARP # LSP-2012-2480 has been received. A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

We accept staff's position on the matter and can add nothing to make the issue any clearer. It has been determined, after a thorough review of all pertinent documentation, that LSP staff followed proper procedure and policy. You have not provided any evidence that you suffered any adverse affects from the heat, as you stated in your complaint. Therefore, there is no reason for Administrative Intervention.

Your request for relief is denied.

_____12/14/12_____                          _____
        Date                                     Secretary's Signature or His Designee