To: Warden Cain
From: Nathaniel Code (DOC # 81600)
Date: July 24th, 2012
Re: EXCESSIVE HEAT ON DEATH ROW (Two Pages)

## THIS IS A REQUEST FOR ADMINISTRATIVE REMEDIES (ARP), STEP ONE

Dear Warden Cain,

This administrative remedy request is filed pursuant La. R.S. 15.1171-1177 and La. Admin Code 22:I:325 (2012), in accordance with Federal Prisoner Litigation Reform Act and the Louisiana Prison Litigation Reform Act. 42 U.S.C. § 1997e(a) and La. R.S. §1584.

I am writing because it is extremely hot on death row and the conditions here are awful. I sweat uncontrollably. Now, I am having headaches as a result.

On June 26, 2012 it was really hot. I was worried about my health because the doctor warned me that the side effects and dangers of my medication would be worse when it is hot. I have hypertension and one of the pills I take makes me diuretic. The heat made me dizzy and lightheaded. I have to hold onto the bars to steady myself. The bars and bricks are often hot when I grab them. This only happens when it is hot like this. I have not ever felt dizzy in the winter.

It is hotter in my cell than where the thermometer is located. And the thermometer only checks the temperature. It does not check the humidity, which makes the temperature much worse. The humidity is why the fans do not help. They only blow around more hot air. The only shower available to me is very hot and gives me no relief from the heat.

Ice is the thing that helps the most but the ice machine breaks all the time. the ice is kept in coolers and it can take hours before the coolers are refilled with more ice. The only ones who provide us with ice are my fellow prisoners when they are allowed out of their cell for their hour out. I worry about this too because I caught strep throat from a fellow inmate when he brought me ice in his cup. I avoid ice because of this. Sometimes, the ice is not available from 10:30 pm to 7:00 am anyway because the tier is closed.

The water is contaminated and smells bad. The ice smells bad too when it melts. They started selling bottled water because the water is contaminated. I cannot boil water to decontaminate it because everyone else is trying to do it too. Sometimes I can drink tea, but most times I have to drink the tap water. I worry that it makes me sick.

The heat makes it a lot harder to sleep now.

Page 1 of 2 – CODE ARP HEAT

The lights on my tier are also very bright and shine into my cell. They come on every morning at 5 am, and they are not turned off until 10:30 pm. I made a blindfold so that the lights would not shine in my eyes, but now I cannot wear it because of the heat. The blindfold makes me really hot, so I have to choose between that and not getting enough sleep.

**I respectfully request the following relief:**

1. Injunctive relief in the form of air conditioning or any other effective cooling system which would bring the temperature and humidity down to reasonable levels.

2. Compensatory damages in the amount of $100/ day for the days I spend in the extreme heat.

3. A Declaratory Judgment that the current conditions violate both the Louisiana and Federal constitutional prohibition against Cruel and Unusual Punishment. U.S. CONST. amend. VIII and LA. CONST. of 1974 § 20 (2012).

4. In an effort to create a complete administrative record, I would like to interview the guards, orderlies, and social workers who work the tiers about the heat to create an affidavit; the names and contact information of any individuals who have visited death row in the last 30 days; the names of the wardens and guards who have visited death row in the last 30 days; and logs of the medical and sick calls from death row for the last 30 days.

5. I also request that prison take no actions of retaliation against me for filing this ARP.

6. I would like to make the following documents part of the records
   - Heat logs for all death row tiers in the last 30 days
   - Unusual Occurrence Reports on death row in the last 30 days
   - Sick and Medical calls from death row for the last 30 days

Submitted by:

*Nathaniel Code*
Nathaniel Code

CC:
Mercedes Montagnes, Bar No. 33287
636 Baronne St.
New Orleans, La
70113
(504)529-5955