LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: LSP-2012-2481

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: CODE, NATHANIEL   81600                          LSP
Offender Name and Number                             Living Unit

Response to Request Dated 09/13/2012, Received in this Office on 09/28/2012:

Your request for an Administrative review of ARP# LSP-2012-2481 has been received. A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

The response provided is clear and concise, as well as has addressed your request appropriately. Also, as noted in the first step response your medical records were reviewed covering the dates of 2007-present and there is no documentation to support your claims of heat related illnesses. As such, this office concurs with staff and finds no further investigation warranted.

Your request for relief is denied.

_____                              _____
Date                                                 Secretary's Signature or His Designee