To: Warden Cain
From: James Magee
Date:
Re: EXCESSIVE HEAT ON DEATH ROW

## **THIS IS A REQUEST FOR ADMINISTRATIVE REMEDIES (ARP), STEP ONE**

Dear Warden Cain,

This administrative remedy is filed pursuant La. R.S. 15 .1171-1177 and La. Admin Code 22:I:325 (2012), in accordance with Federal Prisoner Litigation Reform Act and the Louisiana Prison Litigation Reform Act. 42 U.S.C. § 1997e(a) and La. R.S. §1584.

I am writing because it has been extremely hot on death row for a long time now. I spend all day laying on the floor of my cell which is the coolest area, but I still sweat uncontrollably all the time. It is even harder to cope with the heat by laying on the floor because there are a lot of bugs on the floor of my cell, including a lot of red ants.

It was very hot this week. The hottest day was the 1st of August, 2012. The News reported that it was 111 degrees with the heat index that day. I sweat at lot that day. High blood pressure and high cholesterol run in my family and the heat makes them much worse for me. I am also on medications which make me more susceptible to the heat

It is hotter in my cell than where the thermometer is located. I can see the thermometer from my cell and I have seen it reach as high as 100 degrees.

The fans on the tier are not evenly spaced and some cells don't get enough air from them. Some do not get any air at all. One fan per cell would make it much better. But when it is really hot out like it has been recently, the fans only blow hot air into the cells and are no relief from the heat because they feel like a hair dryer blowing on me.

Taking a shower does not help relieve the heat. The showers are not well ventilated and it gets so hot that I start sweating while I am still in the shower. The water temperature is so hot that I have to stand to the side when I shower.

When the water in my cell comes out of the faucet it is already hot and you have to put ice in the water to make it drinkable. Drinking ice water is one of the only ways I have to cool down but the ice is dirty and there are a lot of insects in the ice. We are not allowed to keep ice in our cells any more so we are dependent on our fellow prisoners to give us ice when they are allowed out of their cell for their hour out. Otherwise we would not have any ice at all. The ice machine breaks all the time. It is still very hot during the night, but I cannot get ice between 11:00pm and 7:00am because the tier is closed.

## Requests for Relief

**I respectfully request the following relief:**

1. Injunctive relief in the form of air conditioning or any other effective cooling system which would bring the temperature and humidity down to reasonable levels.

2. Compensatory damages in the amount of $100/ day for the days I spend in the extreme heat.

3. A Declaratory Judgment that the current conditions violate both the Louisiana and Federal constitutional prohibition against Cruel and Unusual Punishment. U.S. CONST. amend.VIII and LA. CONST. of 1974 § 20 (2012).

4. In an effort to create a complete administrative record, I would like to interview the guards, orderlies, and social workers who work the tiers about the heat to create an affidavit; the names and contact information of any individuals who have visited death row in the last 30 days; the names of the wardens and guards who have visited death row in the last 30 days; and logs of the medical and sick calls from death row for the last 30 days.

5. I also request that prison take no actions of retaliation against me for filing this ARP.

6. I would like to make the following documents part of the records
   - Heat logs for all death row tiers in the last 30 days
   - Unusual Occurrence Reports  on death row in the last 30 days
   - Sick and Medical calls from death row for the last 30 days

Submitted by:


_____
James Magee


CC:
Mercedes Montagnes, Bar No. 33287
636 Baronne St.
New Orleans, La
70113
(504)529-5955