LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: LSP-2012-2799

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: MCGEE, JAMES  559701                                LSP
    Offender Name and Number                            Living Unit

Response to Request Dated 11/07/2012, Received in this Office on 11/09/2012:

Your request for an Administrative review of ARP # LSP-2012-2799 has been received. A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

We accept staff's position on the matter and can add nothing to make the issue any clearer. It has been determined, after a thorough review of all pertinent documentation, that LSP staff followed proper procedure and policy. There is no evidence that you suffered any adverse affects from the heat. Therefore, there is no reason for Administrative Intervention.

Your request for relief is denied.

01/03/13
Date

Secretary's Signature of His Designee