# LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS



# Annual Report 2009-2010

www.doc.louisiana.gov

# Contents

## Mission, Vision & Goals
Mission, Vision and Goals ..................................................... 4

## Letter From The Secretary
Letter from the Secretary ..................................................... 5

## Agency Overview
Leadership Team/Executive Staff ........................................... 6
Organizational Chart ........................................................... 9
Financial Summary ............................................................ 10
Staff Demographics ............................................................ 11
Prison Demographics .......................................................... 12
Probation and Parole Demographics ............................... 13
FY 2010 Highlights ........................................................... 14

## Offender Management & Supervision
State Prisons ..................................................................... 25
Probation and Parole ......................................................... 38
Local Jails ........................................................................ 64
Facility Monitoring and Review ........................................ 66

## Reentry
Offender Reentry ............................................................... 70

## Support Services
Victim Services .................................................................. 79
Budget Services ................................................................. 81
Communications Office ....................................................... 83
Facility Services ................................................................. 84
Fiscal Services ................................................................... 85
Human Resources .............................................................. 89
Information Technology Services ....................................... 96
Internal Audit Division ....................................................... 98
Investigations Unit ............................................................ 99

Legal Services .................................................................. 101
Medical and Mental Health Division ............................... 102
Policy Development and Review ...................................... 104
Prison Enterprises ........................................................... 107
Procurement and Contractual Review ............................. 112
Staff Development and Training ...................................... 113

## Outreach Activities
Outreach Activities ......................................................... 115

## Charts and Profiles
Time Line of Prison Organization .................................... 118
ACA Accreditation Scores ................................................ 119
Probation & Parole Budget Cost ..................................... 120
Typical Adult Institution Budget ...................................... 121
Adult Institution Budget by Activity ............................... 122
Offender Class Profile ...................................................... 123
Life Sentence Profile ....................................................... 124
Geriatric Population Profile .............................................. 125
Female Population Profile ................................................ 126
Sex Offender Profile ........................................................ 127
Probation & Parole Population .......................................... 128
Recidivism in Adult Corrections ...................................... 129
State Offender Population Charts ..................................... 130

Louisiana Department of Public Safety and Corrections

3

Annual Report  2009-2010

# *Fiscal Services*

Fiscal Services consists of Accounting Services, Accounts Payable, Centralized Offender Banking, Grants Management, and Administrative Services for the Central Office (HQ). Staff from Fiscal Services also participates in performance audits for state prisons and sheriff's transitional work program facilities.

Accounting Services provides centralized accounting support services to the Department. Staff compiles monthly, quarterly, and annual reports from mainframe financial reporting systems on the following: Offender's Canteens, Unit's Inventory, Cash Balances, Revenue Reporting, ISIS Security, Telephone Commissions, and more. Accounting Services ensures that the Department's accounting policies and procedures comply with the requirements of generally accepted accounting principles and those of the Office of Statewide Reporting and Accounting Policy.

Highlights for the Fiscal Year include:

- Due to the BP Deepwater Horizon Oil Spill, the Department incurred costs for salaries, overtime, and other incidental expenses related to the response efforts. Staff worked with GOHSEP to recover all expenditures.



Fiscal Services
P. O. Box 94304
Baton Rouge, LA 70804
225-342-6571
225-342-6568 FAX

Susan Poche
Director of Fiscal Services

- During FY 2010, the inventory system was upgraded from a server-based to a web-based software system. There are approximately 12,800 items listed on the inventory master file, for a cost of approximately $9.36 million.



**Inventory balances at June 30**
(excluding canteen merchandise and pharmaceuticals)
*balances are inflated due to inventory taken in by the Department due damage sustained by Hurricanes Gustav and Ike at Local Housing facilities

| | PCC | LSP | AVC | LCIW | DCI | JLDCC | EHCC | DWCC/FWCC | RCC |
|---|---|---|---|---|---|---|---|---|---|
| FY08 | 516907 | 2582553 | 665710 | 470474 | 745097 | 185272 | 1161624 | 1080453 | 586468 |
| FY09* | 560776 | 4541824 | 948120 | 791009 | 772022 | 343966 | 1334031 | 1353251 | 911927 |
| FY10 | 453252 | 3556471 | 709789 | 752281 | 1004571 | 247798 | 987641 | 831571 | 813332 |

# *Fiscal Services*

Louisiana Department of Public Safety and Corrections

84

Annual Report 2009-2010



**Telephone Commission Revenue**

| | HDQ | PCC | LSP | AVC | LCIW | WNC | ALC | DCI | JLDCC | EHCC | DWCC | RCC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FY08 | $418,190 | $190,932 | $1,022,1 | $325,932 | $163,613 | $91,799 | $72,099 | $306,228 | $108,546 | $414,458 | $321,696 | $220,157 |
| FY09 | $412,117 | $188,159 | $1,007,2 | $321,199 | $161,237 | $90,466 | $71,052 | $301,781 | $106,970 | $408,439 | $317,024 | $216,960 |
| FY10 | $377,882 | $172,528 | $923,606 | $294,516 | $147,842 | $82,951 | $65,149 | $276,712 | $98,084 | $374,510 | $290,689 | $198,937 |

Accounts Payable provides centralized payable services to the Department, which includes remitting payments due for facilities that house those under DOC custody. In addition, staff is responsible for reimbursing the Local Sheriffs' Departments for the housing of state offenders and the operation of Reentry and Day Reporting centers.

Highlights for the Fiscal Year include:

- Staff processed 2,961 payment vouchers to Local Sheriffs' Departments.

- Staff processed 35,743 payment vouchers for goods and services provided to the Department.

- Staff decreased medical payments by 16% (approximately $3.1 million) by negotiating with medical providers by utilizing Louisiana Revised Statute 15:824 B.(1)(c) and Medicaid approvals.

Centralized Offender Banking maintains the centralized offender banking system, which includes a banking module, debt module and canteen/inventory module for offenders housed in DOC facilities. The Banking module houses the reserve, drawing and savings accounts used by offenders to pay for goods purchased from the canteen, funds sent home and payment of debt owed. Staff also maintains the Centralized Offender Welfare Fund used to help maintain the banking system expenses and to provides funds used for Reentry efforts. The staff provides technical and accounting support, and disperses policies and procedures regarding offender banking to unit personnel.

Highlights for the Fiscal Year include:

- Staff issued 40,590 checks totaling $21.088 million.

- Staff processed deposits totaling $19.824 million.

- Staff maintained canteens for offenders' use with total sales of $15.020 million, which generated and paid sales tax to state and parish authorities.

# *Fiscal Services*



**Medical Payments**

| | Total Medical Invoices | Portion covered by Medicaid | Discount due to 110% of Medicare | Other discounts received | Total Paid |
|---|---|---|---|---|---|
| FY08 | 1,608,465.91 | - | - | 548,870.30 | 1,059,595.61 |
| FY09 | 2,268,423.24 | 469,976.47 | 1,084,640.73 | 93,603.37 | 620,202.67 |
| FY10 | 3,455,054.00 | 2,159,892.02 | 770,068.67 | 178,441.34 | 346,651.97 |



**Canteen Sales Revenue**

| | HDQ | PCC | LSP | AVC | LCIW | WNC | ALC | DCI | JLDCC | EHCC | DWCC | RCC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FY08 | $- | $720,291 | $4,237,6 | $1,205,9 | $976,548 | $1,102,7 | $994,418 | $1,179,7 | $457,877 | $1,462,1 | $1,372,3 | $880,058 |
| FY09 | $- | $807,377 | $4,505,2 | $1,254,6 | $1,089,6 | $1,104,9 | $962,379 | $1,205,4 | $496,713 | $1,564,5 | $1,458,3 | $948,594 |
| FY10 | $- | $780,758 | $4,297,3 | $1,217,9 | $1,070,3 | $1,117,5 | $930,339 | $1,279,4 | $486,580 | $1,549,6 | $1,350,0 | $940,649 |

# *Fiscal Services*

Louisiana Department of Public Safety and Corrections

86

Annual Report 2009-2010

Grant Management for the Department is administered by Administrative Services. Grant staff is responsible for monitoring grant development and progress, personnel, reporting requirements, and budget. Staff also assists in purchases and submits performance indicators to the grantor.

Highlights for the Fiscal Year include:

- Staff managed $5.1 million in Federal and Interagency Transfer grant revenue.

- Staff collected and managed the expenditure of $500,000 in H1N1 grant revenue from the Department of Health & Hospitals, which resulted in an overall Departmental savings.

- Over $1.0 million collected from The Commission on Law Enforcement to link Probation & Parole database with other law enforcement agencies and to provide buses for offender transports during emergency situations.

- $752,000 was collected and spent to improve offender education as part of the Reentry effort to reduce recidivism

Administration Services provides Administrative Services to the Department's Central Office. The section provides property control, procurement, vehicle fleet management, mail, and contract-processing services to personnel based at Headquarters.

Highlights for the Fiscal Year include:

- Staff completed the annual LPAA Property Audit Certification

- Vehicle fleet management services managed sixteen vehicles for Headquarters for the fiscal year

- Mail Operations processed approximately 23,000 pieces of mail

- Mail Operations processed approximately 2,200 UPS/FedEx packages





