UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
JULY 2, 2013
JACKSON, C. J.

ELZIE BALL, ET AL

VERSUS

JAMES M. LEBLANC,
SECRETARY OF DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS, ET AL

CIVIL ACTION

NO. 13-368-BAJ

This matter came on this day for hearing on the Motion for Preliminary Injunction filed by plaintiffs Elzie Ball, Nathaniel Code, and James Magee on June 18, 2013 (doc. 12), and the Motion to Strike Exhibits Attached to Plaintiffs' Motion for Preliminary Injunction filed on June 28, 2013 (doc. 16).

> PRESENT: Nilay U. Vora, Esq.
> Mercedes Hardy Montagnes, Esq.
> Elizabeth Compa, Esq.
> Counsel for plaintiffs, Elzie Ball,
>   Nathaniel Code, and James Magee
>
> Edmond Wade Shows, Esq.
> Jacqueline B. Wilson, Esq.
> Counsel for defendants, James M. LeBlanc,
>   Burl Cain, Angie Norwood, and Louisiana Department
>   of Public Safety and Corrections

Counsel presents oral argument to the Court.

The Court will defer ruling on the Motion for Preliminary Injunction filed by plaintiffs Elzie Ball, Nathaniel Code, and James Magee on June 18, 2013 (doc. 12), and the Motion to Strike Exhibits Attached to Plaintiffs' Motion for Preliminary

Injunction filed on June 28, 2013 (doc. 16) until the **evidentiary hearing** of this matter scheduled for **Monday, August 5, 2013 at 2:00 p.m., in Courtroom 2.** Immediately following the evidentiary hearing, the Court will commence the Trial of this matter on the merits.

The parties shall meet, confer, and develop a joint discovery plan.

The proposed joint discovery plan shall include the parties' agreement as to how temperature, humidity levels, and heat index data will be collected and/or calculated in each of the death row tiers, and shall be submitted to the Court no later than 5:00 p.m. on Tuesday, July 9, 2013.

If the Court finds the proposed joint discovery plan acceptable, the Court shall issue an order approving the proposed discovery plan on Wednesday, July 10, 2013.

If the parties fail to reach an agreement, or if the proposed joint discovery plan is not accepted, the Court shall issue a Discovery Order on Wednesday, July 10, 2013.

On Monday, July 15, 2013, the Defendants shall begin collecting data from each of the death row tiers. Such data shall be collected daily for a period of twenty-one (21) days.

This matter will be scheduled for a pretrial conference prior to the August 5, 2013 hearing.

*****

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

C. Smith-Neely/reporter
25a; 2