UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ELZIE BALL, ET AL.                                         CIVIL ACTION

VERSUS

JAMES M. LEBLANC, ET AL.                                   NO.: 13-00368-BAJ-SCR

## SCHEDULING ORDER

Considering the **Proposed Discovery Order (Doc. 26)**, filed by Plaintiffs Elzie Ball, Nathaniel Code, and James Magee ("Plaintiffs"), and Defendants James M. LeBlanc, Burl Cain, Angie Norwood, and the Louisiana Department of Public Safety and Corrections ("Defendants") (collectively the "parties"), the following deadlines are established:

1. Defendants' deadline to file a responsive pleading:     **July 13, 2013**
2. Twenty-one day data collection begins:                  **July 15, 2013**
3. Deadline to serve fact discovery requests:              **July 16, 2013**
4. Deadline to disclose expert witnesses:                  **July 17, 2013**
5. Deadline to disclose rebuttal expert witnesses:         **July 19, 2013**
6. Deadline to complete all fact discovery deadline:       **July 22, 2013**
7. Deadline to disseminate the first week's collected data: **July 22, 2013**

    *Thereafter, the collected data shall be disseminated at least weekly.*

8. Deadline to submit witness lists:                       **July 22, 2013**

9.  Discovery Conference with United States Magistrate Judge Stephen C. Riedlinger, if necessary: **July 23, 2013**

    *The parties shall be responsible for contacting Judge Riedlinger's chambers to set the time and location of the conference.*

10. Deadline to exchange expert reports: **July 24, 2013**

11. Expert depositions shall take place between **July 25 - 31, 2013**.

12. Deadline to submit *Daubert* motions, Motions in Limine (excluding any disputes that may arise during the expert depositions that occur after this date), all other evidentiary objections, and motions reserved: **July 26, 2013**

12. Deadline to submit Proposed Pretrial Order: **July 30, 2013 at 12:00 p.m.**

13. Pretrial Conference in Chambers: **July 31, 2013 at 3:30 p.m. in Chambers**

14. Deadline to submit Bench Book: **August 2, 2013**

15. Last day of data collection: **August 5, 2013**

16. Evidentiary Hearing and Trial: **Begins on August 5, 2013 at 2:00 p.m. in Courtroom 2**

*A Settlement Conference shall be set by the Court in a separate order.*

## JOINT STIPULATIONS

The parties also stipulate to the following:

1.  In light of the abbreviated discovery phase in this expedited matter, the parties stipulate to the waiver of the requirement for an initial disclosures under Federal Rule of Civil Procedure ("Rule") 26 and stipulate that the Parties may seek discovery, consistent with the this Court's Scheduling order, without the need for a Rule 26(f) conference.

2. The parties agree that they will not file dispositive motions prior to the August 5, 2013 trial date, unless the Court's Scheduling order is modified and the date for the trial is delayed.

3. The parties agree that the twenty-one day court-ordered heat and humidity data collection is excluded from the general discovery schedule.

4. Plaintiffs agree to enter into a protective order governing the discovery of sensitive prison facility architecture and/or security measures.

5. The parties agree to accept service of discovery requests via electronic mail.

6. Defendants agree to provide Plaintiffs and counsel for Plaintiffs two telephonic meetings per week via non-monitored, privileged means up until the August 5, 2013 trial.

7. The parties agree that they shall respond to all discovery requests within six days after being served.

8. The Parties agree that the parties, employees of the Department of Corrections, and the parties' respective expert witnesses shall appear at trial and their scheduled depositions, if any, without the formality of issuing subpoenas.

## DATA COLLECTION PROTOCOLS

The parties also agree to the following data collection plan:

1. The parties have agreed to enlist the services of an expert to conduct the data collection beginning on July 15, 2013, in accordance with this Court's prior order. (Doc. 24.) This collection will consist of multiple daily readings for a period of twenty-one days.

2. The parties shall submit the name and contact information of the mutually-agreed upon expert **no later than 5:00 p.m. on Wednesday, July 10, 2013**.

3. Both parties shall allow counsel and one designee from each side to be present at the time of installation of the instrumentation, for the purpose of verifying that it is properly installed.

4.   Both parties agree that the data shall be collected and disseminated to all Parties at least once per week, beginning on July 22, 2013.

5.   The costs of the data collection shall be initially borne by Defendants, who expressly reserve their right to request those costs be assessed as costs at the end of this litigation.

**IT IS FURTHER ORDERED** that Plaintiffs' request that they be permitted to send an identified designee to the Death Row Tiers once per week to verify the temperatures and humidity levels to be taken, and to verify that the instruments in Defendants' possession have not been tampered with is **DENIED**. Rather, **IT IS FURTHER ORDERED** that such weekly monitoring shall be conducted by the above-mentioned mutually-agreed upon expert.

Baton Rouge, Louisiana, this 10th day of July, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA