UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY**:
JULY 12, 2013
JACKSON, C. J.

ELZIE BALL, NATHANIEL CODE,
AND JAMES MAGEE

VERSUS

JAMES M. LEBLANC,
*Secretary of the Louisiana Department of Public Safety and Corrections,*
BURL CAIN,
*Warden of the Louisiana State Penitentiary*,
ANGELA NORWOOD,
*Warden of Death Row,* and
THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS

CIVIL ACTION

NO.13-368-BAJ-DLD

    This matter came this day for telephone status conference on Motion to Appoint Third Party Expert/Proposed Expert Data Collection filed by Plaintiffs (doc. 29) and the Defendants' Submission of Proposed Independent Expert (doc. 31).

        PRESENT:  Nilay U. Vora, Esq.
                      Mitchell Kamin, Esq.
                      Mercedes H. Montagnes, Esq.
                      Elizabeth Compa, Esq.
                      Counsel for plaintiffs

                      Edmond W. Shows, Esq.
                      Amy L. McInnis, Esq.
                      Carlton Jones, III, Esq.
                      Jacqueline B. Wilson, Esq.
                      Counsel for defendants

During the Telephone Conference, counsel for Plaintiffs agreed to Defendants' proposed expert, U.S. Risk Management.

Counsel for Defendants further agreed to confirm with Defendants that they will seek no more than $10,000.00 in related expert costs at the conclusion of this litigation, if permitted.

The parties also agreed to contact United States Magistrate Judge Stephen Riedlinger to schedule a settlement conference.

As a result, the Court issues the following order:

**IT IS ORDERED** that **Defendants' Submission of Proposed Independent Expert (Doc. 31)** is **GRANTED**.

**IT IS FURTHER ORDERED** that **Plaintiffs' Proposed Expert Data Collection (Doc. 29) is DENIED**.

**IT IS FURTHER ORDERED** that Defendants are authorized to retain U.S. Risk Management for the purposes of installing the necessary equipment, collecting the required data, and disseminating such data, as ordered by the Court.  *See* Docs. 24, 28.

**IT IS FURTHER ORDERED** that Defendants shall ensure that the necessary equipment is installed in each of the death row tiers and in multiple locations throughout each tier, including empty inmate cells and/or inmate cells numbered six or higher, so that the most accurate data can be collected.

**IT IS FURTHER ORDERED** that Plaintiffs shall be permitted to retain an own expert to shadow U.S. Risk Management.  Plaintiffs shall identify one

individual, who shall be permitted to shadow U.S. Risk Management during the installation of the necessary equipment, and inspect the equipment at least once per week. However, Plaintiffs shall bear all costs of retaining such expert.

\* \* \* \* \*

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

cv36: 45 min.