UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELZIE BALL, NATHANIEL CODE, AND JAMES MAGEE, | * * * | CIVIL ACTION NO. 13-368 |
| PLAINTIFFS | * * | |
| VS. | * * | |
| JAMES M. LEBLANC, SECRETARY OF THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, BURL CAIN, WARDEN OF THE LOUISIANA STATE PENITENTIARY, ANGELA NORWOOD, WARDEN OF DEATH ROW, AND THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, | * * * * * * * * * * | JUDGE: BAJ<br><br>MAGISTRATE: SCR |
| DEFENDANTS | * | |

**JOINT STIPULATION CONCERNING THE TESTIMONY OF DEFENDANT, SECRETARY JAMES LEBLANC, AND WARDEN RICHARD PEABODY**

NOW INTO COURT, through the undersigned counsel, come the above-named Plaintiffs and the Defendants to jointly stipulate as to the aspects of the testimony of Defendant Secretary James LeBlanc, as described below.

1. Secretary LeBlanc, through his designee, received and denied the Plaintiffs' ARP appeals.

2. Secretary LeBlanc is vested with the authority to promulgate and enforce policies.

3. Secretary LeBlanc is aware of the ongoing Advocacy Center litigation regarding access to death row.

1

The parties agreed to submit the deposition of Warden Richard Peabody, the ADA Coordinator for the Louisiana State Penitentiary, taken on July 25, 2013, in lieu of his live testimony.

**Stipulated and agreed to:**

Date: Aug. 15, 2013

>*For the Plaintiffs*:
>
>>/s/ Mercedes Montagnes
>>Mercedes Montagnes, La. Bar No. 33287 (Lead Counsel)
>>Elizabeth Compa, La. Bar No. 35004
>>The Promise of Justice Initiative
>>636 Baronne Street
>>New Orleans, LA 70113
>>Tel. (504) 529-5955
>>Fax (504) 558-0378
>>Email: mmontagnes@thejusticecenter.org
>>
>>Mitchell A. Kamin, Ca. Bar No. 202788
>>Jessica C. Kornberg, Ca. Bar No. 264490
>>Nilay U. Vora, Ca. Bar No. 268339
>>Bird, Marella, Boxer, Wolpert, Nessim,
>>Drooks & Lincenberg, P.C.
>>1875 Century Park East, 23rd Floor
>>Los Angeles, California 90067-2561
>>Tel. (310) 201- 2100
>>Fax (310) 201- 2110
>>
>>Steven Scheckman, La. Bar No. 08472
>>Schiff, Scheckman, & White LLP
>>829 Baronne Street
>>New Orleans, Louisiana 70113
>>Tel. (504)581-9322
>>Fax (504)581-7651
>>Email: steve@sswethicslaw.com

*For the Defendants:*

   _/s Jacqueline B. Wilson_____
E. Wade Shows, La. Bar Roll No. 7637
Amy L. McInnis, La. Bar Roll No. 29337
Jacqueline B. Wilson, La. Bar Roll No. 31055
**SHOWS, CALI & WALSH, LLP**
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467


**ROEDEL, PARSONS, KOCH, BLACHE,
BALHOFF & MCCOLLISTER**
Thomas E. Balhoff, Bar Roll No. 2716
Judith R. Atkinson, Bar Roll No. 17240
Carlton Jones, III, Bar Roll No. 25732
Special Assistant Attorneys General
8440 Jefferson Highway, Suite 301
Baton Rouge, Louisiana 70809
Telephone: (225) 929-7033
Facsimile: (225) 928-4925


### CERTIFICATE OF SERVICE

   I do hereby certify that on Aug. 16, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/EF system which will send a notice of electronic filing to all CM/ECF participants.


   /s/ Mercedes Montagnes
MERCEDES MONTAGNES, LSBA #33287
Attorney at Law
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955

4