UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELZIE BALL, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **JAMES M. LEBLANC, ET AL.** | **NO.: 13-00368-BAJ-SCR** |

## ORDER SETTING EVIDENTIARY HEARING

**IT IS ORDERED** that Defendants' counsel, Mr. Edward Wade Shows, Ms. Amy L. McInnis, and Ms. Jacqueline B. Wilson **SHOW CAUSE** on <u>**February 20, 2014 at 2:00 p.m. in Courtroom 2**</u> as to why **SANCTIONS** should not be imposed against each personally, pursuant to Federal Rule of Civil Procedure 37(c), the Local Rules of the United States District Court for the Middle District of Louisiana, Louisiana Rules of Professional Conduct, and/or this Court's inherent powers, for their violation of Federal Rules of Civil Procedure 26, 33, and/or 34, Local Rules of the United States District Court for the Middle District of Louisiana 83.2.4 and 83.2.8, and/or Louisiana Rules of Professional Conduct 3.3, 3.4, 4.1, 8.3, and 8.4.  *See* Docs. 87, 88. Possible **SANCTIONS** include, but are not limited to, reprimand, ethics training, suspension, disbarment, and/or the payment of reasonable expenses and attorneys' fees to Plaintiffs' counsel.

Baton Rouge, Louisiana, this 17th day of January, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**