UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ELZIE BALL, NATHANIEL CODE AND JAMES MAGEE | CIVIL ACTION NO. 13-368 |
| | JUDGE BRIAN A. JACKSON |
| VERSUS | |
| | MAGISTRATE JUDGE |
| JAMES M. LEBLANC, SECRETARY OF THE LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL. | STEPHEN C. REIDLINGER |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT Defendants, Burl Cain, Warden, Louisiana State Penitentiary; James LeBlanc, Secretary of the Louisiana Department of Public Safety and Corrections; Angelia Norwood, Assistant Warden, Louisiana State Penitentiary, and the Louisiana Department of Public Safety and Corrections, pursuant to Rule 3 of the Federal Rules of Appellate Procedure, 28 U.S.C. § 1291 and 28 U.S.C. § 1292(a)(1), respectfully appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Ruling and Order ("Ruling and Order") entered December 19, 2013 (Doc. 87).

Defendants submit that the Ruling and Order was issued after a trial on the merits and disposes of all of the plaintiffs' claims, excepting plaintiffs' claims for attorney's fees and any ancillary relief related to the relief granted by the Ruling and Order. Accordingly, Defendants respectfully submit that the Ruling and Order qualifies as a final ruling subject to entry of judgment under Rule 58. To date, no entry of judgment has been made. Therefore, out of an

abundance of caution, Defendants file this Notice of Appeal prior to entry of judgment pursuant to Rule 4(a)(2) of the Federal Rules of Appellate Procedure.

In the alternative, in the event that it is determined that the Ruling and Order is interlocutory or otherwise does not require entry of judgment, Defendants submit this Notice of Appeal pursuant to 28 U.S.C. § 1292(a)(1).

                                                            Respectfully Submitted:

                                                            James D. "Buddy" Caldwell Attorney General

By: **/s/ James L. Hilburn**
     E. Wade Shows, La. Bar Roll No. 7637
     Amy L. McInnis, La. Bar Roll No. 29337
     James L. Hilburn, La. Bar Roll No. 20221
     Jacqueline B. Wilson, La. Bar Roll No. 31055
     **SHOWS, CALI & WALSH, LLP**
     628 St. Louis Street (70802)
     P.O. Drawer 4425
     Baton Rouge, Louisiana 70821
     Telephone: (225) 346-1461
     Facsimile: (225) 346-1467

     and

     Thomas E. Balhoff, Bar Roll No. 2716
     Judith R. Atkinson, Bar Roll No. 17240
     Carlton Jones, III, Bar Roll No. 25732
     Special Assistant Attorneys General
     **ROEDEL, PARSONS, KOCH, BLACHE, BALHOFF & MCCOLLISTER**
     8440 Jefferson Highway, Suite 301
     Baton Rouge, LA 70809
     Telephone: (225) 929-7033
     Facsimile: (225) 928-4925

     *Counsel for defendants*

## CERTIFICATE

I hereby certify that a copy of the foregoing Notice of Appeal was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel participating in the Court's CM/ECF system by operation of the Court's electronic filing system. Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, first class postage prepaid and properly addressed.

Baton Rouge, Louisiana this 21st day of January, 2014.

/s/ **James L. Hilburn**
JAMES L. HILBURN