UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
WEST FELICIANA DIVISION

| | | |
|---|---|---|
| ELZIE BALL, NATHANIEL CODE, AND JAMES MAGEE, | * * * | CIVIL ACTION NO. 13-368 |
| PLAINTIFFS | * * | |
| VS. | * * | |
| JAMES M. LEBLANC, SECRETARY OF THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, BURL CAIN, WARDEN OF THE LOUISIANA STATE PENITENTIARY, ANGELA NORWOOD, WARDEN OF DEATH ROW, AND THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, | * * * * * * * * * * | JUDGE: BAJ

MAGISTRATE: SCR |
| DEFENDANTS | * | |

**PLAINTIFFS' MOTION TO SET ATTORNEYS' FEES AND COSTS REGARDING SANCTIONS PURSUANT TO RULE 37(A)(5)(A) AND THIS COURT'S ORDER**

NOW INTO COURT COME PLAINTIFFS Elzie Ball, Nathaniel Code, and James Magee, through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 54(d) and 42 U.S.C. § 1988, move for an Order setting an award of Attorneys' Fees and Costs with respect to sanctions under Fed. R. Civ. P. 37, under this Court's Ruling and Order of Dec. 19, 2013 (Rec. Doc. 88) in the above-captioned matter, in the amount of $66,576.25 in fees and $5,025.00 in costs. In support of their motion, Plaintiffs submit the accompanying Memorandum of Law, along with accompanying exhibits and attachments, and Proposed Order.

Date: Jan. 21, 2014

Respectfully submitted,

/s/ Mercedes Montagnes

Mercedes Montagnes, La. Bar No. 33287 (Lead Counsel)
Elizabeth Compa, La. Bar No. 35004
The Promise of Justice Initiative
636 Baronne Street
New Orleans, LA 70113
Tel. (504) 529-5955
Fax (504) 558-0378
Email: mmontagnes@thejusticecenter.org

Mitchell A. Kamin, Ca. Bar No. 202788
Jessica C. Kornberg, Ca. Bar No. 264490
Nilay U. Vora, Ca. Bar No. 268339
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks & Lincenberg, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Tel. (310) 201- 2100
Fax (310) 201- 2110

Steven Scheckman, La. Bar No. 08472
Schiff, Scheckman, & White LLP
829 Baronne Street
New Orleans, Louisiana 70113
Tel. (504)581-9322
Fax (504)581-7651
Email: steve@sswethicslaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that on Jan. 21, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Mercedes Montagnes
MERCEDES MONTAGNES, LSBA #33287
Attorney at Law
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955