UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ELZIE BALL, ET AL | CIVIL ACTION NO. 13-CV-368 |
| VERSUS | JUDGE BRIAN A. JACKSON |
| JAMES M. LEBLANC, ET AL | MAGISTRATE JUDGE REIDLINGER |

DEFENDANTS' SUBMISSION OF HEAT REMEDIATION PLAN

NOW INTO COURT, through undersigned counsel, come BURL CAIN, Warden, Louisiana State Penitentiary ("LSP"); JAMES LEBLANC, Secretary of the Louisiana Department of Public Safety and Corrections; ANGELIA NORWOOD, Assistant Warden, Louisiana State Penitentiary and LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; (referred to jointly as "Defendants"), who make the following submission as Defendants' heat remediation plan ("Plan") as ordered by this Court. [Doc. 87, pages 97 and 98.]

A.    PROCEDURAL HISTORY

On December 19, 2013, this Court ordered, among other things, that the Defendants prepare and submit a Plan, which will immediately lower and maintain the heat index in the Angola death row tiers at or below 88 degrees Fahrenheit from April 1 through October 31, monitor, record, and report the temperature, humidity, and heat index in each of the death row tiers every two hours on a daily basis from April 1 through October 31, provide Plaintiffs, and other death row inmates who are at risk of developing heat-related illnesses, with at least one "cold" shower per day, and direct access to clean, uncontaminated ice and/or cold drinking water during their tier time and the remainder of their time in which they are confined to their cells. The last section of that portion of the Order was an omnibus provision to cover "any and all relief that is necessary to comply with the Court's order and the prevailing constitutional

1

standards."   The order dictated that the Plan shall be submitted to the Court no later than 5:00 p.m. on February 17, 2014.

## B.     HEAT AND HUMIDITY REDUCTION AND MONITORING

Defendants have retained Mr. Frank Thompson, P.E., Thompson Luke & Associates, LLC, to promulgate a plan to maintain the heat index in the Angola death row tiers at or below 88 degrees Fahrenheit from April 1 through October 31, and monitor, record, and report the temperature, humidity, and heat index in each of the death row tiers every two hours on a daily basis from April 1 through October 31.   Mr. Thompson's CV is attached hereto as Exhibit "A" and his heat remediation and monitoring plan, with exhibits B1-B4, is attached hereto as Exhibit "B" *in globo*.

In short, Mr. Thompson's calculations show that the death row building would require approximately nine tons of air conditioning system capacity for each of the eight tiers. Mr. Thompson proposes use of a ten ton capacity system for each tier. A ninth ten ton capacity AC unit would be purchased and stored onsite should a unit fail. The AC units would utilize the existing heating, ventilation, and air conditioning ("HVAC") system in the building.  As shown by Mr. Thompson's calculations, the proposed HVAC system would be capable of maintaining the heat index below 88 degrees Fahrenheit for each tier.

In addition, the temperature and humidity would be automatically monitored and recorded by a hard wired climate monitoring system for each tier. The data would be transmitted and stored as part of the LSP computer network system. The heat and humidity sensors will transmit their readings to the building's existing Johnson Control energy management system every 15 minutes. The system is capable of producing graphs showing temperature/humidity

conditions over any time period. The reports can be generated on an as-requested basis, such as daily, for example. The data can be accessed and provided to any parties with an interest in same.

The HVAC temperature and humidity monitoring system does not calculate the heat index using the formula established by the National Weather Service ("NWS"). To determine the heat index used by the NWS simply requires taking the recorded temperature and humidity data and utilizing the NWS heat index calculator found on the NWS website at http://www.hpc.ncep.noaa.gov/html/heatindex.shtml. Inputting those numbers into the formula would provide the NWS heat indices at the relevant time periods. LSP can provide the heat index calculations to the Court and other interested parties.

## C.      ONE "COLD" SHOWER PER DAY

From April 1 through October 31 the Defendants submit that each inmate will receive one "cold" shower per day. The Court did not set a benchmark for what temperature a "cold" shower should be. The water temperature is (and has been) regulated by LSP staff by way of a mixing valve. The mixing valve can adjust the water temperature at the shower head. LSP follows facility standards as established by the American Correctional Association ("ACA"). The relevant ACA standard requires that shower head water temperature range from 100 to 120 degrees Fahrenheit. See Exhibit "C," ACA Standard 4-4139, *Showers*, attached hereto.  LSP staff would just need to know what temperature or temperature range the Court requires.

## D.      ICE AND/OR COLD DRINKING WATER

From April 1 through October 31 the Defendants submit that each inmate will receive an ice chest which will be filled and replenished with clean ice as needed by LSP staff during their regular security rounds through each tier.

**WHEREFORE,** defendants, BURL CAIN, Warden, Louisiana State Penitentiary; JAMES LEBLANC, Secretary of the Louisiana Department of Public Safety and Corrections; ANGELIA NORWOOD, Warden, Death Row and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, respectfully pray that this Plan as required by this Court in its December 19, 2013 order be deemed good and sufficient.

Respectfully Submitted:

s/ James L. Hilburn_____
E. Wade Shows, La. Bar Roll No. 7637
James L. Hilburn, La. Bar Roll No. 20221
Amy L. McInnis, La. Bar Roll No. 29337
Jacqueline B. Wilson, La. Bar Roll No. 31055
**SHOWS, CALI & WALSH, LLP**
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile:  (225) 346-1467


**ROEDEL, PARSONS, KOCH, BLACHE,
BALHOFF & MCCOLLISTER**
Thomas E. Balhoff, Bar Roll No. 2716
Judith R. Atkinson, Bar Roll No. 17240
Carlton Jones, III, Bar Roll No. 25732
Special Assistant Attorneys General
8440 Jefferson Highway, Suite 301
Baton Rouge, Louisiana 70809
Telephone: (225) 929-7033
Facsimile:  (225) 928-4925

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **February 17, 2014** a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and notice will be sent to all counsel for Plaintiffs by operation of the court's electronic filing system.


/s/ James L. Hilburn
JAMES L. HILBURN