

# Thompson Luke & Associates, L.L.C.

3071 Teddy Dr. Baton Rouge, LA 70809
Phone   225-293-9474
Fax      225-293-4171

## MECHANICAL

### PROPOSED MECHANICAL SYSTEMS FOR THE BUILDING

Goal of the Addition:
The existing HVAC system for the four wings will be modified to maintain indoor conditions below an 88 degree heat index in these areas. Attached are the calculations that support the sizing of the new equipment. The calculations call for 17.43 tons for each wing. This will require two 10 ton cooling system to be added to each wing. This solution will exceed the requirement of the mandated maximum heat index.  The ability of monitoring and trending of the conditions in these spaces will be in place after the modifications are complete.

Existing HVAC Air Distribution System for Cellblock Wings:
The wings are currently heated and ventilated only. The heating for each wing is currently accomplished by two air handling units with heat only. These systems utilize the onsite heating hot water that is delivered to each of the eight air handling units. Two air handling units are located in the mechanical room at the end of each of the four wings. Each of these air handling units supplies one half of a wing. Air is distributed to each cell and tier via security type supply air grilles that are fed by externally insulated ductwork in the ceiling space. The existing air distribution ductwork system will be utilized to provide the cooling to the wings. The general exhaust ventilation is provided by two variable speed exhaust fans located above the chase for each wing. Each cell has an exhaust grille at the rear of each cell.

HVAC Modifications to Accomplish for Cooling of the Wings:
The cooling for each wing will be provided by two 10 ton constant volume packaged units with DX coils. One of these units will supply each side of the wing as it is currently divided. Two packaged air conditioning units will be installed on an elevated steel platform located outside of each of the four wing's mechanical room. The condensate from these units will be drained to new exterior wet wells at each location. The air conditioning units will be ducted and tied into each of the existing supply and return air ductwork of each heating unit. The holes in the security wall will be cut by a third party contractor. The existing heating ductwork will be utilized for the cooling system. New isolation dampers will be installed at the existing heating units and the new cooling units to switch from heating to cooling mode. The supply and return air will be fully ducted from the packaged air conditioning units to the occupied space below via low pressure ductwork with internal fiberglass insulation. The air distribution in the cells and tiers will be accomplished by the existing ductwork system that is in place. The new packaged units will be cooling only. The heating will be provided by the existing heating system. The air conditioning units will be controlled by temperature sensors located in the return air ductwork. The sensors will be set by thermostats located in the guard station. The air conditioning units will have dedicated outside air intakes that will provide the required outside air. The fresh air will be at a rate to meet all International Building Code (IBC) requirements. A filter rack with pleated filters will be inside each unit. Refer to the attached schematic sketch of the modification. The owner will purchase and store onsite a ninth spare 10 ton packaged air conditioning unit as backup if one of these units fails.



EXHIBIT
B
in globo

 **Thompson Luke & Associates, L.L.C.**

3071 Teddy Dr. Baton Rouge, LA 70809
Phone  225-293-9474
Fax     .225-293-4171

Building Exhaust System:
The existing building exhaust system will be turned down to meet the exhaust requirements of the International Mechanical Code. The exhaust fans will no longer be necessary for comfort. The exhaust fans can serve as odor and toxin control. The existing exhaust fans are controlled by individual variable frequency drives and can be adjusted to the new exhaust rates.

Testing and Balancing of the New System:
An independent third party Test and Balance contractor will provide a report that verifies the cooling capacity and the performance of the system once all modifications are complete.

Monitoring of Space Temperature and Humidity:
The monitoring of the space temperature and humidity of the cellblock area will be accomplished with three monitors in each space. The building has a Johnson Controls energy management system. This system can be expanded to add temperature and humidity sensors in the wings. Three sensors will be added to each tier. One will be installed at each end on the wall and one will be installed in the center on the ceiling. A new controller will be installed in each mechanical room. This controller will integrate the sensors into the existing energy management system. The cut sheet for the sensors and the controller are attached. These sensors will take temperature and humidity readings in the space every 15 minutes. The Johnson Control energy management system is capable of producing graphs charting the temperature/humidity conditions over any time period. The reports can be generated on an as-requested basis, such as daily, for example. The data can be accessed and provided to any parties with proper security access.

Electrical System:
The power in the existing mechanical rooms will be modified to accommodate these new units. According to the Maintenance staff on site, there is plenty of spare power to feed the new equipment. The department of Corrections will use onsite skilled labor or a third party to perform all of the electrical work.

If you have any questions, do not hesitate to call.

Sincerely,

Frank Thompson, P.E.
Thompson Luke & Associates, LLC
February 17, 2014

*Angola Death Row Tier AC*
*HVAC Load Analysis*

for

Department Of Corrections



Prepared By:

Frank Thompson, PE
Thompson Luke And Associates, LLC
3071 Teddy Drive
Baton Rouge, LA



EXHIBIT

*B1*

| Chvac - Full Commercial HVAC Loads Calculation Program | | Elite Software Development, Inc. |
|---|---|---|
| Thompson Luke & Associates |  | Angola Death Row Tier AC |
| Baton Rouge, LA 70809 | | Page 2 |

## *General Project Data Input*

### General Project Information

| | |
|---|---|
| Project file name: | P:\Active Projects\14-024 STATE_Air Conditioning Angola Death Row\14-024 LOAD\14-024 Tier Angola Death Row HVAC Load.CHV |
| Project title: | Angola Death Row Tier AC |
| Project address: | Louisiana State Penitentiary |
| Project city, state, ZIP: | Angola, Louisiana |
| Designed by: | FST |
| Project date: | Sunday, February 16, 2014 |
| Weather reference city: | BATON ROUGE, LOUISIANA, USA |
| Client name: | Department Of Corrections |
| Company name: | Thompson Luke And Associates, LLC |
| Company representative: | Frank Thompson, PE |
| Company address: | 3071 Teddy Drive |
| Company city: | Baton Rouge, LA |

| | | |
|---|---|---|
| Barometric pressure: | 29.852 | in.Hg. |
| Altitude: | 64 | feet |
| Latitude: | 31 | Degrees |
| Mean daily temperature range: | 20 | Degrees |
| Starting & ending time for HVAC load calculations: | 1am - 12am | |
| Number of unique zones in this project: | 4 | |

### Building Default Values

| | | |
|---|---|---|
| Calculations performed: | Both heating and cooling loads | |
| Lighting requirements: | 2.00 | Watts per square foot |
| Equipment requirements: | 0.00 | Watts per square foot |
| People sensible load multiplier: | 230 | Btuh per person |
| People latent load multiplier: | 190 | Btuh per person |
| Zone sensible safety factor: | 10 | % |
| Zone latent safety factor: | 10 | % |
| Zone heating safety factor: | 10 | % |
| People diversity factor: | 100 | % |
| Lighting profile number: | 1 | |
| Equipment profile number: | 1 | |
| People profile number: | 1 | |
| Building default ceiling height: | 9.50 | feet |
| Building default wall height: | 9.50 | feet |

### Internal Operating Load Profiles (C = 100)

| | hr 1 | hr 2 | hr 3 | hr 4 | hr 5 | hr 6 | hr 7 | hr 8 | hr 9 | hr 10 | hr 11 | hr 12 | hr 13 | hr 14 | hr 15 | hr 16 | hr 17 | hr 18 | hr 19 | hr 20 | hr 21 | hr 22 | hr 23 | hr 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C |
| 2 | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C |
| 3 | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C |
| 4 | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C |
| 5 | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C |
| 6 | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C |
| 7 | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C |
| 8 | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C |
| 9 | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C |
| 10 | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C |

| Chvac - Full Commercial HVAC Loads Calculation Program | Elite Software Development, Inc. |
|---|---|
| Thompson Luke & Associates | Angola Death Row Tier AC |
| Baton Rouge, LA 70809 | Page 3 |

## General Project Data Input (cont'd)

### Building-Level Design Conditions

| Design Month | Outdoor Dry Bulb | Outdoor Wet Bulb | Indoor Rel.Hum | Indoor Dry Bulb | Grains Diff | In/Outdoor Correction |
|---|---|---|---|---|---|---|
| August | 95 | 80 | 50% | 80 | 54.61 | -2 |
| Winter | 25 | | | 75 | | |

### Master Roofs

| Roof No. | ASHRAE Roof# | Roof U-Fac | Dark Color | Susp. Ceil |
|---|---|---|---|---|
| 1 | 1 | 0.100 | No | No |

### Master Walls

| Wall No. | ASHRAE Group | Wall U-Fac | Wall Color |
|---|---|---|---|
| 1 | C | 0.450 | M |

### Master Partitions

| Partition No. | Partition U-Factor | Cool T-D | Heat T-D |
|---|---|---|---|
| 1 | 0.400 | 18 | 25 |

### Master Glass

| Glass No. | Summer U-Factor | Winter U-Factor | Glass Shd.Coef. | Interior Shading | Interior Shd.Coef |
|---|---|---|---|---|---|
| 1 | 1.040 | 1.100 | 0.880 | 2 | 0.000 |

| Chvac - Full Commercial HVAC Loads Calculation Program | Elite Software Development, Inc. |
|---|---|
| Thompson Luke & Associates | Angola Death Row Tier AC |
| Baton Rouge, LA 70809 | Page 4 |



## *Air Handler Input*

### Air Handler Number 1 Input Data

| | |
|---|---|
| Name: | AHU-1 |
| Terminal type: | Constant Volume |
| Method for CV | Sum of Peaks |
| Supply fan type: | Draw-thru fan |
| Calculations performed: | Both heating and cooling loads |
| Excess supply air: | Reheat |
| Occurrences: | 1 |
| People profile number: | 0 |
| Lighting profile number: | 0 |
| Equipment profile number: | 0 |
| Exhaust may not exceed supply air: | Yes |
| Leaving heating coil temp (deg.F): | 95.0 |
| Leaving cooling coil RH (%): | 95 |
| Cooling coil CFM | 0 |
| Misc. Btuh gain - supply side: | 0 |
| Misc. Btuh gain - return side: | 0 |
| Combined fan & motor efficiency: | 70 |
| Static pressure across fan (in.wg.): | 1.50 |
| Summer supply duct temp rise (deg.F): | 1.000 |
| Summer return duct temp rise (deg.F): | 0.250 |
| Winter supply duct temp drop (deg.F): | 2.000 |
| Winter return duct temp drop (deg.F): | 1.000 |
| Chilled water temp difference (deg.F): | 10.000 |
| Hot water temp difference (deg.F): | 20.000 |
| Cooling ventilation: | 800 Direct |
| Cooling infiltration: | 0 Direct |
| Heating ventilation: | 800 Direct |
| Heating infiltration: | 0 Direct |
| Pretreated outside air: | none |
| Pretreated air Summer DB (deg.F): | 0 |
| Pretreated air Summer WB (deg.F): | 0 |
| Pretreated air Winter DB (deg.F): | 0 |

| Design Month | Outdoor Dry Bulb | Outdoor Wet Bulb | Indoor Rel.Hum | Indoor Dry Bulb | Grains Diff | In/Outdoor Correction |
|---|---|---|---|---|---|---|
| August | 95 | 80 | 50% | 80 | 54.61 | -2 |
| Winter | 25 | | | 75 | | |

| Chvac - Full Commercial HVAC Loads Calculation Program | Elite Software Development, Inc. |
|---|---|
| Thompson Luke & Associates | Angola Death Row Tier AC |
| Baton Rouge, LA 70809 | Page 5 |

## Building Envelope Report

### Envelope Report Using Summer U-Factors

| Material Types | | Gross Area | Glass Area | Net Area | -U- Factor | Area x U-Factor | Average U-Factor |
|---|---|---|---|---|---|---|---|
| Roof | 1 | 5,068.1 | 0.0 | 5,068.1 | 0.100 | 506.814 | 0.100 |
| Tot.Roof | | 5,068.1 | 0.0 | 5,068.1 | N/A | 506.814 | 0.100 |
| | | | | | | | |
| Wall | 1 | 2,375.0 | 380.7 | 1,994.3 | 0.450 | 897.435 | 0.450 |
| Tot.Wall | | 2,375.0 | 380.7 | 1,994.3 | N/A | 897.435 | 0.450 |
| | | | | | | | |
| Glass | 1 | 380.7 | N/A | 380.7 | 1.040 | 395.928 | 1.040 |
| Tot.Glass | | 380.7 | N/A | 380.7 | N/A | 395.928 | 1.040 |
| | | | | | | | |
| Totals | | | | 7,443.1 | | 1,800.177 | 0.242 |

| Wall Direction | Wall Area | Glass Area | Wall Net Area | Wall Avg U-Factor | Glass Avg U-Factor | Glass Avg Shd.Coef |
|---|---|---|---|---|---|---|
| N | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 |
| NE | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 |
| E | 1,187.5 | 190.4 | 997.2 | 0.450 | 1.040 | 0.880 |
| SE | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 |
| S | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 |
| SW | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 |
| W | 1,187.5 | 190.4 | 997.2 | 0.450 | 1.040 | 0.880 |
| NW | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 |
| | | | | | | |
| Totals | 2,375.0 | 380.7 | 1,994.3 | 0.450 | 1.040 | 0.880 |

| Chvac - Full Commercial HVAC Loads Calculation Program | Elite Software Development, Inc. |
|---|---|
| Thompson Luke & Associates | Angola Death Row Tier AC |
| Baton Rouge, LA 70809 | Page 6 |



## Building Summary Loads

Building peaks in August at 5pm.

| Bldg Load Descriptions | Area Quan | Sen Loss | %Tot Loss | Lat Gain | Sen Gain | Net Gain | %Net Gain |
|---|---|---|---|---|---|---|---|
| Roof | 5,068 | 27,875 | 15.91 | 0 | 15,087 | 15,087 | 7.21 |
| Wall | 1,994 | 49,359 | 28.17 | 0 | 18,407 | 18,407 | 8.80 |
| Glass | 381 | 23,032 | 13.15 | 0 | 39,494 | 39,494 | 18.88 |
| Floor Slab | 250 | 11,138 | 6.36 | 0 | 0 | 0 | 0.00 |
| Skin Loads | | 111,404 | 63.59 | 0 | 72,988 | 72,988 | 34.89 |
| Lighting | 10,136 | 0 | 0.00 | 0 | 38,045 | 38,045 | 18.19 |
| Equipment | 4,000 | 0 | 0.00 | 0 | 15,013 | 15,013 | 7.18 |
| People | 30 | 0 | 0.00 | 6,270 | 7,590 | 13,860 | 6.63 |
| Partition | 165 | 1,818 | 1.04 | 0 | 1,309 | 1,309 | 0.63 |
| Cool. Pret. | 0 | 0 | 0.00 | 0 | 0 | 0 | 0.00 |
| Heat. Pret. | 0 | 0 | 0.00 | 0 | 0 | 0 | 0.00 |
| Cool. Vent. | 800 | 0 | 0.00 | 31,432 | 11,414 | 42,845 | 20.48 |
| Heat. Vent. | 800 | 43,100 | 24.60 | 0 | 0 | 0 | 0.00 |
| Cool. Infil. | 0 | 0 | 0.00 | 0 | 0 | 0 | 0.00 |
| Heat. Infil. | 0 | 0 | 0.00 | 0 | 0 | 0 | 0.00 |
| Draw-Thru Fan | 0 | 0 | 0.00 | 0 | 6,377 | 6,377 | 3.05 |
| Blow-Thru Fan | 0 | 0 | 0.00 | 0 | 0 | 0 | 0.00 |
| Reserve Cap. | 0 | 0 | 0.00 | 0 | 0 | 0 | 0.00 |
| Reheat Cap. | 0 | 0 | 0.00 | 0 | 8,738 | 8,738 | 4.18 |
| Supply Duct | 0 | 12,580 | 7.18 | 0 | 8,199 | 8,199 | 3.92 |
| Return Duct | 0 | 6,290 | 3.59 | 0 | 1,830 | 1,830 | 0.87 |
| Misc. Supply | 0 | 0 | 0.00 | 0 | 0 | 0 | 0.00 |
| Misc. Return | 0 | 0 | 0.00 | 0 | 0 | 0 | 0.00 |
| Building Totals | | 175,192 | 100.00 | 37,702 | 171,504 | 209,206 | 100.00 |

| Building Summary | Sen Loss | %Tot Loss | Lat Gain | Sen Gain | Net Gain | %Net Gain |
|---|---|---|---|---|---|---|
| Ventilation | 43,100 | 24.60 | 31,432 | 11,414 | 42,845 | 20.48 |
| Infiltration | 0 | 0.00 | 0 | 0 | 0 | 0.00 |
| Pretreated Air | 0 | 0.00 | 0 | 0 | 0 | 0.00 |
| Zone Loads | 113,222 | 64.63 | 6,270 | 143,684 | 149,954 | 71.68 |
| Plenum Loads | 0 | 0.00 | 0 | 0 | 0 | 0.00 |
| Fan & Duct Loads | 18,870 | 10.77 | 0 | 16,406 | 16,406 | 7.84 |
| Building Totals | 175,192 | 100.00 | 37,702 | 171,504 | 209,206 | 100.00 |

### Check Figures

| | | |
|---|---|---|
| Total Building Supply Air (based on a 19° TD): | 7,471 | CFM |
| Total Building Vent. Air (10.71% of Supply): | 800 | CFM |
| Total Conditioned Air Space: | 5,068 | Sq.ft |
| Supply Air Per Unit Area: | 1.4741 | CFM/Sq.ft |
| Area Per Cooling Capacity: | 290.7 | Sq.ft/Ton |
| Cooling Capacity Per Area: | 0.0034 | Tons/Sq.ft |
| Heating Capacity Per Area: | 34.57 | Btuh/Sq.ft |
| Total Heating Required With Outside Air: | 175,192 | Btuh |
| Total Cooling Required With Outside Air: | 17.43 | Tons |

| Chvac - Full Commercial HVAC Loads Calculation Program | Elite Software Development, Inc. |
|---|---|
| Thompson Luke & Associates | Angola Death Row Tier AC |
| Baton Rouge, LA 70809 | Page 7 |

## *Air Handler #1 - AHU-1 - Summary Loads*

| Zn No | Description Zone Peak Time | Area People Volume | Htg.Loss Htg.CFM CFM/Sqft | Sen.Gain Clg.CFM CFM/Sqft | Lat.Gain S.Exh W.Exh | Htg.O.A. Req.CFM Act.CFM | Clg.O.A. Req.CFM Act.CFM |
|---|---|---|---|---|---|---|---|
| 1 | 239 (Tier) 5pm August | 1,184 0 11,249 | 49,186 2,536 2.14 | 55,951 2,909 2.46 | 0 0 0 | Direct 187 348 | Direct 187 312 |
| 2 | West Cells 2pm August | 1,350 15 12,825 | 7,425 383 0.28 | 19,433 1,010 0.75 | 3,135 0 0 | Direct 213 52 | Direct 213 108 |
| 3 | East Cells 2pm August | 1,350 15 12,825 | 7,425 383 0.28 | 19,433 1,010 0.75 | 3,135 0 0 | Direct 213 52 | Direct 213 108 |
| 4 | 219 (Tier) 10am August | 1,184 0 11,249 | 49,186 2,536 2.14 | 48,876 2,541 2.15 | 0 0 0 | Direct 187 348 | Direct 187 272 |
| | Zone Peak Totals: Total Zones: 4 Unique Zones: 4 | 5,068 30 48,147 | 113,222 5,838 1.15 | 143,693 7,471 1.47 | 6,270 0 0 | 800 800 | 800 800 |



| Chvac - Full Commercial HVAC Loads Calculation Program | Elite Software Development, Inc. |
|---|---|
| Thompson Luke & Associates | Angola Death Row Tier AC |
| Baton Rouge, LA 70809 | Page 8 |

## Air Handler #1 - AHU-1 - Total Load Summary

Air Handler Description:   AHU-1 Constant Volume - Sum of Peaks
Supply Air Fan:   Draw-Thru with program estimated horsepower of 2.52 HP
Fan Input:   70% motor and fan efficiency with 1.5 in. water across the fan
Sensible Heat Ratio:   0.96   --- This system occurs 1 time(s) in the building. ---

Air System Peak Time:   5pm in August.
Outdoor Conditions:   Clg: 93° DB, 80° WB, 134.55 grains, Htg: 25° DB
Indoor Conditions:   Clg: 80° DB, 50% RH, Htg: 75° DB

Summer: Ventilation controls outside air, ----- Winter: Ventilation controls outside air.

| | | | | |
|---|---|---|---|---|
| Zone Space sensible loss: | 113,222 | Btuh | | |
| Infiltration sensible loss: | 0 | Btuh | 0 | CFM |
| Outside Air sensible loss: | 43,100 | Btuh | 800 | CFM |
| Supply Duct sensible loss: | 12,580 | Btuh | | |
| Return Duct sensible loss: | 6,290 | Btuh | | |
| Return Plenum sensible loss: | 0 | Btuh | | |
| Total System sensible loss: | | | | 175,192 Btuh |

Heating Supply Air: 125,802 / (.998 X 1.08 X 20) =   5,838 CFM
Winter Vent Outside Air (13.7% of supply) =   800 CFM

| | | | | |
|---|---|---|---|---|
| Zone space sensible gain: | 134,946 | Btuh | | |
| Infiltration sensible gain: | 0 | Btuh | | |
| Draw-thru fan sensible gain: | 6,377 | Btuh | | |
| Supply duct sensible gain: | 8,199 | Btuh | | |
| Reheat sensible gain: | 8,738 | Btuh | | |
| Total sensible gain on supply side of coil: | | | | 158,261 Btuh |

Cooling Supply Air: 158,261 / (.998 X 1.1 X 19) =   7,471 CFM
Summer Vent Outside Air (10.7% of supply) =   800 CFM

| | | | | |
|---|---|---|---|---|
| Return duct sensible gain: | 1,830 | Btuh | | |
| Return plenum sensible gain: | 0 | Btuh | | |
| Outside air sensible gain: | 11,414 | Btuh | 800 | CFM |
| Blow-thru fan sensible gain: | 0 | Btuh | | |
| Total sensible gain on return side of coil: | | | | 13,244 Btuh |
| Total sensible gain on air handling system: | | | | 171,504 Btuh |

| | | | |
|---|---|---|---|
| Zone space latent gain: | 6,270 | Btuh | |
| Infiltration latent gain: | 0 | Btuh | |
| Outside air latent gain: | 31,432 | Btuh | |
| Total latent gain on air handling system: | | | 37,702 Btuh |
| Total system sensible and latent gain: | | | 209,206 Btuh |

## Check Figures

| | | |
|---|---|---|
| Total Air Handler Supply Air (based on a 19° TD): | 7,471 | CFM |
| Total Air Handler Vent. Air (10.71% of Supply): | 800 | CFM |
| | | |
| Total Conditioned Air Space: | 5,068 | Sq.ft |
| Supply Air Per Unit Area: | 1.4741 | CFM/Sq.ft |
| Area Per Cooling Capacity: | 290.7 | Sq.ft/Ton |
| Cooling Capacity Per Area: | 0.0034 | Tons/Sq.ft |
| Heating Capacity Per Area: | 34.57 | Btuh/Sq.ft |
| | | |
| Total Heating Required With Outside Air: | 175,192 | Btuh |
| Total Cooling Required With Outside Air: | 17.43 | Tons |

| Chvac - Full Commercial HVAC Loads Calculation Program | Elite Software Development, Inc. |
|---|---|
| Thompson Luke & Associates | Angola Death Row Tier AC |
| Baton Rouge, LA 70809 | Page 9 |

## Zone Detailed Loads (At Zone Peak Times)

| Load Description | Unit Quan | -SC- CFAC | CLTD SHGF | U.Fac -CLF- | Sen. Gain | Lat. Gain | Htg. Mult. | Htg. Loss |
|---|---|---|---|---|---|---|---|---|
| **Zone 1-239 (Tier) peaks (sensible) in August at 5pm, Air Handler 1 (AHU-1), Group 1, 8.7 x 136.1, Construction Type: 1 (Light)** | | | | | | | | |
| Roof-1-1-No.Clg-L | 1,184 | 0.50 | 27.1 | 0.100 | 3,204 | | 5.000 | 5,920 |
| Wall-1-W-C-M | 997 | 0.83 | 14.5 | 0.450 | 6,505 | | 22.500 | 22,436 |
| Partition-2-1 | 82.65 | | 18/25 | 0.400 | 595 | | 10.000 | 827 |
| Gls-W-1-90-Tran | 190.4 | 1.000 | 11 | 1.040 | 2,178 | | 55.000 | 10,469 |
| 0%S-0-NS-Solar | 190.4 | 0.880 | 219 | 0.640 | 23,478 | | | |
| Lights-Prof=1 | 2,368 | 1.000 | | | 8,080 | | | |
| Equipment-Prof=1 | 2,000 | 1.000 | | | 6,824 | 0 | | |
| Floor slab | 125 | | | | | | 40.500 | 5,063 |
| Sub-total | | | | | 50,864 | 0 | | 44,714 |
| Safety factors: | | | | | +10% | +10% | | +10% |
| | | | | | --------- | --------- | | --------- |
| Total w/ safety factors: | | | | | 55,951 | 0 | | 49,186 |

| **Zone 2-West Cells peaks (sensible) in August at 2pm, Air Handler 1 (AHU-1), Group 1, 135.0 x 10.0, Construction Type: 1 (Light)** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Roof-1-1-No.Clg-L | 1,350 | 0.50 | 37.1 | 0.100 | 5,003 | | 5.000 | 6,750 |
| Lights-Prof=1 | 2,700 | 1.000 | | | 9,213 | | | |
| People-Prof=1 | 15.0 | 1.000 | | | 3,450 | 2,850 | | |
| Sub-total | | | | | 17,666 | 2,850 | | 6,750 |
| Safety factors: | | | | | +10% | +10% | | +10% |
| | | | | | --------- | --------- | | --------- |
| Total w/ safety factors: | | | | | 19,433 | 3,135 | | 7,425 |

| **Zone 3-East Cells peaks (sensible) in August at 2pm, Air Handler 1 (AHU-1), Group 1, 135.0 x 10.0, Construction Type: 1 (Light)** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Roof-1-1-No.Clg-L | 1,350 | 0.50 | 37.1 | 0.100 | 5,003 | | 5.000 | 6,750 |
| Lights-Prof=1 | 2,700 | 1.000 | | | 9,213 | | | |
| People-Prof=1 | 15.0 | 1.000 | | | 3,450 | 2,850 | | |
| Sub-total | | | | | 17,666 | 2,850 | | 6,750 |
| Safety factors: | | | | | +10% | +10% | | +10% |
| | | | | | --------- | --------- | | --------- |
| Total w/ safety factors: | | | | | 19,433 | 3,135 | | 7,425 |

| **Zone 4-219 (Tier) peaks (sensible) in August at 10am, Air Handler 1 (AHU-1), Group 1, 8.7 x 136.1, Construction Type: 1 (Light)** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Roof-1-1-No.Clg-L | 1,184 | 0.50 | 22.1 | 0.100 | 2,612 | | 5.000 | 5,920 |
| Wall-1-E-C-M | 997 | 0.83 | 11.2 | 0.450 | 5,015 | | 22.500 | 22,436 |
| Partition-2-1 | 82.65 | | 18/25 | 0.400 | 595 | | 10.000 | 827 |
| Gls-E-1-90-Tran | 190.4 | 1.000 | 2 | 1.040 | 396 | | 55.000 | 10,469 |
| 0%S-0-NS-Solar | 190.4 | 0.880 | 219 | 0.570 | 20,910 | | | |
| Lights-Prof=1 | 2,368 | 1.000 | | | 8,080 | | | |
| Equipment-Prof=1 | 2,000 | 1.000 | | | 6,824 | 0 | | |
| Floor slab | 125 | | | | | | 40.500 | 5,063 |
| Sub-total | | | | | 44,433 | 0 | | 44,714 |

| Chvac - Full Commercial HVAC Loads Calculation Program | | | | | Elite Software Development, Inc. | | | |
|---|---|---|---|---|---|---|---|---|
| Thompson Luke & Associates | | | | | Angola Death Row Tier AC | | | |
| Baton Rouge, LA  70809 | | | | | Page 10 | | | |

## Zone Detailed Loads (At Zone Peak Times) (cont'd)

| Load Description | Unit Quan | -SC- CFAC | CLTD SHGF | U.Fac -CLF- | Sen. Gain | Lat. Gain | Htg. Mult. | Htg. Loss |
|---|---|---|---|---|---|---|---|---|
| Safety factors: | | | | | +10% | +10% | | +10% |
| | | | | | --------- | --------- | | --------- |
| Total w/ safety factors: | | | | | 48,876 | 0 | | 49,186 |

| Chvac - Full Commercial HVAC Loads Calculation Program | Elite Software Development, Inc. |
|---|---|
| Thompson Luke & Associates | Angola Death Row Tier AC |
| Baton Rouge, LA 70809 | Page 11 |

## Air System #1 (AHU-1) Psychrometric Analysis

| System Load Analysis | Latent | Grains | Sensible | Temp | CFM |
|---|---|---|---|---|---|
| Leaving Coil Condition | | 75.403 | | 60.697 | |
| Draw-Thru Fan | | | 6,377 | 0.778 | 301 |
| Misc Load on Supply Side | | | 0 | 0.000 | 0 |
| Supply Air Duct | | | 8,199 | 1.000 | 387 |
| Zone Loads | 6,270 | 1.237 | 134,946 | 16.459 | 6,370 |
| Reheat | | | 8,738 | 1.066 | 412 |
| | | | | | |
| Zone Condition | 6,270 | 76.640 | 158,261 | 80.000 | 7,471 |
| Return Air Duct | | | 1,830 | 0.250 | |
| Return Air Plenum | | | 0 | 0.000 | |
| Misc Load on Return Side | | | 0 | 0.000 | |
| Vent Air 800 CFM | 31,432 | 6.201 | 11,414 | 1.365 | |
| Blow-Thru Fan | | | 0 | 0.000 | |
| | | | | | |
| Entering Coil Condition | 37,702 | 82.841 | 171,504 | 81.615 | 7,471 |

### General Psychrometric Equations Used In Analysis:

PR   =   (Barometric pressure of site / Standard ASHRAE pressure of 29.921)
TSH   =   PR x   1.10   x CFM x (DB entering - DB leaving)
TLH   =   PR x   0.68   x CFM x (Grains entering - Grains leaving)
GTH   =   PR x   4.50   x CFM x (Enthalpy entering - Enthalpy leaving)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TSH | = | 0.998 | x | 1.10 | x | 7,471 | x ( | 81.615 | - | 60.697 | ) = | 171,504 Btuh |
| TLH | = | 0.998 | x | 0.68 | x | 7,471 | x ( | 82.841 | - | 75.403 | ) = | 37,700 Btuh |
| | | | | | | | | | | | ---------- |
| SUM | = | | | | | | | | | | 209,204 Btuh |
| GTH | = | 0.998 | x | 4.50 | x | 7,471 | x ( | 32.575 | - | 26.289 | ) = | 210,855 Btuh |
| Total System Load | | | | | | | | | | = | 209,206 Btuh |

### Chilled and Hot Water Flow Rates and Steam Requirement

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cooling GPM | = | 210,855 | / ( | 10.00 | x   500 | ) | = | 42.2 GPM |
| Heating GPM | = | 175,192 | / ( | 20.00 | x  500 | ) | = | 17.5 GPM |
| Steam Req. | = | 175,192 | /   970 | | | | = | 180.6 lb./hr |

### Entering Cooling Coil Conditions / Entering Heating Coil Conditions

| Entering Cooling Coil Conditions | | Entering Heating Coil Conditions | |
|---|---|---|---|
| Dry bulb temperature: | 81.62 | Dry bulb temperature: | 67.28 |
| Wet bulb temperature: | 68.35 | | |
| Relative humidity: | 51.20 | | |
| Enthalpy: | 32.58 Btu/lbm | | |

### Leaving Cooling Coil Conditions / Leaving Heating Coil Conditions

| Leaving Cooling Coil Conditions | | Leaving Heating Coil Conditions | |
|---|---|---|---|
| Dry bulb temperature: | 60.70 | Dry bulb temperature: | 95.00 |
| Wet bulb temperature: | 59.79 | | |
| Relative humidity: | 95.00 | | |
| Enthalpy: | 26.29 Btu/lbm | | |



| Chvac - Full Commercial HVAC Loads Calculation Program | Elite Software Development, Inc. |
|---|---|
| Thompson Luke & Associates | Angola Death Row Tier AC |
| Baton Rouge, LA 70809 | Page 12 |

*Air System #1 (AHU-1) Psychrometric Chart*

| ZC | Zone Condition | OC | Outdoor Condition |
|---|---|---|---|
| LC | Leaving Coil Condition | EC | Entering Coil Condition |
| SD | Supply Duct Temperature Rise | RD | Return Duct Temperature Rise |
| DTF | Draw Through Fan Sensible Gain | BTF | Blow Through Fan Sensible Gain |
| RE | Reserve or Reheat Sensible Gain | PL | Return Air Plenum Sensible Gain |
| SM | Supply Side Miscellaneous Sensible Gain | RM | Return Side Miscellaneous Gain |
| PRE | Pretreated Air Condition | HRV | Heat Recovery Ventilator Condition |



M1   Partial Mechanical Floor Plan, Typical Wing

1/8" = 1'-0"     SKM-1

SHEET NO.

STATE OF LOUISIANA

FACILITY PLANNING & CONTROL
DEPARTMENT OF CORRECTIONS

LOUISIANA STATE PENITENTIARY
DEATH ROW COMPLEX

FACILITY PLANNING & CONTROL
SITE I.D. NO.: 2-63-003

THOMPSON LUKE
& ASSOCIATES, L.L.C.
3071 TEDDY DRIVE
BATON ROUGE, LA 70809
PH: 225-293-9474  FX: 225-293-4171  TLA NO. 14-024

SKM1

EXHIBIT
B2

# Input/Output Module (IOM) Series Controllers Catalog Page

**Code No. LIT-1900349**
**Issued November 1, 2013**
*Supersedes January 30, 2013*

Refer to the QuickLIT website for the most up-to-date version of this document.

The Input/Output Module (IOM) Series Controllers are BACnet® Application Specific Controllers (B-ASCs) with integral RS-485 Master-Slave/Token-Passing (MS/TP) communications. IOM controllers integrate into the web-based Metasys® system.

IOMs can serve in one of two capacities, depending on where they are installed in the Metasys system. When installed on the Sensor/Actuator (SA) Bus of an Field Equipment Controller (FEC), Advanced Application Field Equipment Controller (FAC), or VMA controller, the IOMs expand the point count of these controllers. When installed on the Field Controller (FC) Bus, IOMs can be used as I/O point multiplexors to support monitoring and control from an Network Automation Engine (NAE) or Network Control Engine (NCE). The point multiplexor can also be useful for sharing points between other field controllers on the FC Bus using peer-to-peer connectivity.

A full range of FEC models combined with the IOM models can be applied to a wide variety of building applications ranging from simple fan coil or heat pump control to advanced control plant management.

| **Important:** | You cannot purchase a similar third-party device and install it in a UL/ULC Listed smoke control system. Doing so voids the UL/ULC Smoke Control Listing. Third-party devices must be provided and labeled by the factory as described in the UL/ULC Smoke Control Listing. |
|---|---|

| **Important:** | Only those Johnson Controls products identified for use in smoke control applications have been tested and listed by UL for use in a Metasys System UL 864 9th Edition UUKL/ORD-C100-13 UUKLC Smoke Control System. Installation of a product that is not UL/ULC Listed and labeled for this application prevents the entire system from being UL/ULC Listed for smoke control. |
|---|---|

Refer to the *Metasys® System Field Equipment Controllers and Related Products Product Bulletin (LIT-12011042)* for product application details.

## Features

- Standard BACnet® Protocol - Provides interoperability with other Building Automation System (BAS) products that use the widely accepted BACnet standard.
- Standard Hardware and Software Platform - Uses a common hardware design throughout the family line to support standardized wiring practices and installation workflows. Also uses a common software design to support use of a single tool for control applications, commissioning, and troubleshooting to minimize technical training.
- ZigBee™ Wireless FC/SA Bus Interface - Provides a wireless alternative to hard-wired Metasys system counterparts, providing application flexibility and mobility with minimal disruption to building occupants.
- Bluetooth® Wireless Commissioning Interface - Provides an easy-to-use connection to the configuration and commissioning tool.

- Auto Tuned Control Loops - Reduce commissioning time, eliminate change-of-season re-commissioning, and reduce wear and tear on mechanical devices.
- Universal Inputs, Configurable Outputs, and Point Expansion Modules - Allow multiple signal options to provide input/output flexibility.
- Optional Local User Interface Display - Allows convenient monitoring and adjusting capabilities at the local device.
- BACnet Testing Laboratories™ (BTL) Listing - Ensures interoperability with other BTL-listed devices. BTL is a third-party agency which validates that BAS vendor products meet the BACnet industry-standard protocol.
- 32-bit microprocessor ensures optimum performance and meets industry specifications.
- BACnet Automatic Discovery support enables easy controller integration into Metasys BAS.
- Integral end-of-line (EOL) switch enables field controller as a terminating device on the communications bus.
- Pluggable communications bus and supply power terminal blocks expedite installation and troubleshooting.
- Wireless capabilities via a ZFR1800 Series Wireless Field Bus System enable wireless mesh connectivity between Metasys field controllers to WRZ Series Wireless Room Temperature Sensors and to supervisory controllers, facilitating easy initial location and relocation.
- Ability to reside on the FC Bus or SA Bus provides application flexibility.

If the product fails to operate within its specifications, replace the product. For a replacement product, contact the nearest Johnson Controls® representative.

**Figure 1: IOM4711**





EXHIBIT
B3



**Table 1: IOM Series Point Type Counts Per Model**

| Point Types | Signals Accepted | IOM 1711 | IOM 2711 | IOM 2721 | IOM 3711 | IOM 3721 | IOM 3731 | IOM 4711 |
|---|---|---|---|---|---|---|---|---|
| Universal Input (UI) | Analog Input, Voltage Mode, 0–10 VDC<br>Analog Input, Current Mode, 4–20 mA<br>Analog Input, Resistive Mode, 0–2k ohm, RTD (1k NI [Johnson Controls], 1k PT, A99B SI), NTC (10k Type L, 2,252k Type 2)<br>Binary Input, Dry Contact Maintained Mode | | 2 | 8 | 4 | | | 6 |
| Binary Input (BI) | Dry Contact Maintained Mode<br>Pulse Counter/Accumulator Mode (High Speed), 100 Hz | 4 | | | | 16 | 8 | 2 |
| Analog Output (AO) | Analog Output, Voltage Mode, 0–10 VDC<br>Analog Output, Current Mode, 4–20 mA | | | 2 | | | | 2 |
| Binary Output (BO)[1] | 24 VAC Triac | | | | | | 8 | 3 |
| Universal Output (UO) | Analog Output, Voltage Mode, 0–10 VDC<br>Binary Output Mode, 24 VAC/DC FET<br>Analog Output, Current Mode, 4–20 mA | | 2 | | 4 | | | |
| Configurable Output (CO) | Analog Output, Voltage Mode, 0–10 VDC<br>Binary Output Mode, 24 VAC Triac | | | | | | | 4 |
| Relay Output (RO) | 120/240 VAC | | 2 | | 4 | | | |

1 The BOs on the IOM3731-0A model require an external low-voltage power source.

**Table 2: IOM Series Ordering Information**

| Product Code Number | Description |
|---|---|
| MS-IOM1711-0 | 4-Point IOM with 4 BI, FC Bus and SA Bus Support |
| MS-IOM2711-0 | 6-Point IOM with 2 UI, 2 UO, 2 BO, FC Bus, and SA Bus Support |
| MS-IOM2721-0 | 10-Point IOM with 8 UI, 2 AO, FC Bus, and SA Bus Support |
| MS-IOM3711-0 | 12-Point IOM with 4 UI, 4 UO, 4 BO, FC Bus, and SA Bus Support |
| MS-IOM3721-0 | 16-Point IOM with 16 BI, FC Bus, and SA Bus Support |
| MS-IOM3731-0 | 16-Point IOM with 8 BI, 8 BO, FC Bus, and SA Bus Support |
| MS-IOM3731-0A[1] | 16-Point IOM with 8 BI, 8 BO, FC Bus, and SA Bus Support<br><br>**Note:** Binary Outputs (BOs) on MS-IOM3731-0A controllers do not supply power for the outputs; the BOs require external low-voltage (<30 VAC) power sources. |
| MS-IOM4711-0 | 17-Point IOM with 6 UI, 2 BI, 3 BO, 2 AO, 4 CO, FC and SA Bus Support |

1 This model is currently available only in Asia; contact your local Johnson Controls representative for more information.

**Table 3: IOM Series for Smoke Control Ordering Information**

| Product Code Number[1],[2] | Description |
|---|---|
| MS-IOM1710-0U | 4-Point IOM with 4 BI; 24 VAC; FC Bus and SA Bus Support |
| MS-IOM1711-0U | 4-Point IOM with 4 BI; 24 VAC; FC Bus and SA Bus Support |
| MS-IOM2710-0U | 6-Point IOM with 2 UI, 2 UO, 2 BO; 24 VAC; FC Bus and SA Bus Support |
| MS-IOM2711-0U | 6-Point IOM with 2 UI, 2 UO, 2 BO; 24 VAC; FC Bus and SA Bus Support |
| MS-IOM3710-0U | 12-Point IOM with 4 UI, 4 UO, 4 BO; 24 VAC; FC Bus and SA Bus Support |
| MS-IOM3711-0U | 12-Point IOM with 4 UI, 4 UO, 4 BO; 24 VAC; FC Bus and SA Bus Support |
| MS-IOM4710-0U | 17-Point IOM with 6 UI, 2 BI, 3 BO, 2 AO, 4 CO; 24 VAC; FC Bus and SA Bus Support with Mounting Base |
| MS-IOM4711-0U | 17-Point IOM with 6 UI, 2 BI, 3 BO, 2 AO, 4 CO; 24 VAC; FC Bus and SA Bus Support with Mounting Base |

1 These devices are UL/ULc 864 Listed, File S4977, 9th Edition UUKL/ORD-C100-13 UUKLC Smoke Control System.
2 All field controllers in a smoke control system must be mounted in Johnson Controls custom or standard UL 864 panels or in panels that are ordered from Johnson Controls. If these field controllers are used with panels that are not supplied by Johnson Controls, they are not compliant with the UL 864 9th Edition UUKL/ORD-C100-13 UUKLC Smoke Control System listing.

## Accessories

**Table 4: IOM Accessories**

| Product Code Number | Description |
|---|---|
| MS-BTCVT-1 | Wireless Commissioning Converter with Bluetooth® Technology |
| TL-BRTRP-0 | Portable BACnet IP to MS/TP Router |
| MS-ZFR1811-0 | Wireless Field Bus Router, 10 mW Transmission Power. Functions with Metasys BACnet FECs, VMA16s, and WRZ-TTx Series Wireless Mesh Room Temperature Sensors |
| MS-BTCVTCBL-700 | Cable Replacement Set for the MS-BTCVT-1 or the NS-ATV7003-0; Includes One 5 ft (1.5 m) Retractable Cable |
| Y64T15-0 | Transformer, 120/208/240 VAC Primary to 24 VAC Secondary, 92 VA, Foot Mount, 30 in. Primary Leads and 30 in. Secondary Leads, Class 2 |
| Y65A13-0 | Transformer, 120 VAC Primary to 24 VAC Secondary, 40 VA, Foot Mount (Y65AS), 8 in. Primary Leads and 30 in. Secondary Leads, Class 2 |
| Y65T42-0 | Transformer, 120/208/240 VAC Primary to 24 VAC Secondary, 40 VA, Hub Mount (Y65SP+), 8 in. Primary Leads and Secondary Screw Terminals, Class 2 |
| Y65T31-0 | Transformer, 120/208/240 VAC Primary to 24 VAC Secondary, 40 VA, Foot Mount (Y65AR+), 8 in. Primary Leads and Secondary Screw Terminals, Class 2 |
| AP-TBK4SA-0 | Replacement MS/TP SA Bus Terminal, 4-Position Connector, Brown, Bulk Pack |
| AP-TBK4FC-0 | Replacement MS/TP FC Bus Terminal, 4-Position Connector, Blue, Bulk Pack |
| AP-TBK3PW-0 | Replacement Power Terminal, 3-Position Connector, Gray, Bulk Pack |
| ZFR-USBHA-0 | USB Dongle with ZigBee™ Driver provides a wireless connection through CCT to allow wireless commissioning of the wirelessly enabled FEC, Advanced Application Field Equipment Controller (FAC), IOM, and VMA16 controllers. Also allows use of the ZFR Checkout Tool (ZCT) in CCT.<br><br>**Note:** The ZFR-USBHA-0 replaces the IA OEM DAUBI_2400 ZigBee USB dongle. For additional information on the ZFR-USBHA-0 ZigBee dongle, refer to the *ZFR1800 Series Wireless Field Bus System Technical Bulletin (LIT-12011295)* or *ZFR1800 Series Wireless Field Bus System Quick Reference Guide (LIT-12011630)*. |

## IOM Series Technical Specifications

**Table 5: IOM Series**

| Product Code Numbers | **MS-IOM1711-0:** 4-Point IOM with 4 BI, FC Bus and SA Bus Support |
|---|---|
| | **MS-IOM2711-0:** 6-Point IOM with 2 UI, 2 UO, 2 BO, FC Bus, and SA Bus Support |
| | **MS-IOM2721-0:** 10-Point IOM with 8 UI, 2 AO, FC Bus, and SA Bus Support |
| | **MS-IOM3711-0:** 12-Point IOM with 4 UI, 4 UO, 4 BO, FC Bus, and SA Bus Support |
| | **MS-IOM3721-0:** 16-Point IOM with 16 BI, FC Bus, and SA Bus Support |
| | **MS-IOM3731-0:** 16-Point IOM with 8 BI, 8 BO, FC Bus, and SA Bus Support |
| | **MS-IOM3731-0A**[1]**:** 16-Point IOM with 8 BI, 8 BO, FC Bus, and SA Bus Support |
| | **MS-IOM4711-0:** 17-Point IOM with 6 UI, 2 BI, 3 BO, 2 AO, 4 CO, FC and SA Bus Support |
| | **Smoke Control Models:** |
| | **MS-IOM1710-0U:** 4-Point IOM with 4 BI, FC Bus and SA Bus Support |
| | **MS-IOM1711-0U:** 4-Point IOM with 4 BI, FC Bus and SA Bus Support |
| | **MS-IOM2710-0U:** 6-Point IOM with 2 UI, 2 UO, 2 BO, FC Bus, and SA Bus Support |
| | **MS-IOM2711-0U:** 6-Point IOM with 2 UI, 2 UO, 2 BO, FC Bus, and SA Bus Support |
| | **MS-IOM3710-0U:** 12-Point IOM with 4 UI, 4 UO, 4 BO, FC Bus, and SA Bus Support |
| | **MS-IOM3711-0U:** 12-Point IOM with 4 UI, 4 BO, FC Bus, and SA Bus Support |
| | **MS-IOU4710-0U:** 17-Point IOM with 6 UI, 2 BI, 3 BO, 2 AO, 4 CO, FC Bus and SA Bus Support with Mounting |
| | **MS-IOM4711-0U:** 17-Point IOM with 6 UI, 2 BI, 3 BO, 2 AO, 4 CO, FC Bus and SA Bus Support with Mounting |
| Supply Voltage | 24 VAC (nominal, 20 VAC minimum/30 VAC maximum), 50/60 Hz, Power Supply Class 2 (North America), Safety Extra-Low Voltage (SELV) Europe |
| Power Consumption | 14 VA maximum<br><br>**Note:** VA ratings do not include any power supplied to the peripheral devices connected to Binary Outputs (BOs) or Configurable Outputs (COs), which can consume up to 12 VA for each BO or CO, for a possible total consumption of an additional 84 VA (maximum), depending on the IOM model. |
| Ambient Conditions | **Operating:** 0 to 50°C (32 to 122°F); 10 to 90% RH noncondensing<br><br>**Storage:** -40 to 80°C (-40 to 176°F); 5 to 95% RH noncondensing |

---

**Table 5: IOM Series**

| | |
|---|---|
| Addressing | DIP switch set; valid field controller device addresses 4–127 |
| | (Device addresses 0–3 and 128–255 are reserved and not valid IOM addresses). |
| Communications Bus[2] | BACnet MS/TP, RS-485 |
| | 3-wire FC Bus between the supervisory controller and field devices |
| | 4-wire SA Bus between field controller, network sensors, and other sensor/actuator devices. includes a lead source 15 VDC supply power (from field controller) to bus devices. |
| Processor | H8SX/166xR Renesas® 32-bit microcontroller |
| Memory | 512 KB Flash Memory and 128 KB Random Access Memory (RAM) |
| Input and Output Capabilities | **IOM1711:** |
| | 4 - Binary Inputs: Defined as Dry Contact Maintained or Pulse Counter/ Accumulator Mode |
| | **IOM2711:** |
| | 2 - Universal Inputs: Defined as 0–10 VDC, 4–20 mA, 0–600k ohm, or Binary Dry Contact |
| | 2 - Universal Outputs: Analog Output: Voltage Mode, 0-10 VDC; Binary Output Mode: 24 VAC/DC FET; Analog Output: Current Mode, 4-20 mA |
| | 2 - Relay Outputs: (Single-Pole, Double-Throw); UL 916: 1/4 hp 120 VAC, 1/2 hp 240 VAC; 360 VA Pilot Duty at 120/240 VAC (B300); 3 A Non-inductive 24-240 VAC; EN 60730: 6 (4) A N.O. or N.C. only |
| | **IOM2721:** |
| | 8 - Universal Inputs: Defined as 0–10 VDC, 4–20 mA, 0–600k ohm, or Binary Dry Contact |
| | 2 - Analog Outputs: Defined as 0–10 VDC or 4–20 mA |
| | **IOM3711** |
| | 4 - Universal Inputs: Defined as 0–10 VDC, 4–20 mA, 0–600k ohm, or Binary Dry Contact |
| | 4 - Universal Outputs: Analog Output: Voltage Mode, 0-10 VDC; Binary Output Mode: 24 VAC/DC FET; Analog Output: Current Mode, 4-20 mA |
| | 4 - Relay Outputs: (Single-Pole, Double-Throw); UL 916:1/4 hp 120 VAC, 1/2 hp 240 VAC; 360 VA Pilot Duty at 120/240 VAC (B300); 3 A Non-inductive 24-240 VAC; EN 60730: 6 (4) A N.O. or N.C. only |
| | **IOM3721:** |
| | 16 - Binary Inputs: Defined as Dry Contact Maintained or Pulse Counter/Accumulator Mode |
| | **IOM3731** |
| | 8 - Binary Inputs: Defined as Dry Contact Maintained or Pulse Counter/Accumulator Mode |
| | 8 - Binary Outputs: Defined as 24 VAC Triac (Require external low-voltage power source.) |
| | **Note:** Binary Outputs (BOs) on MS-IOM3731-0A controllers do not supply power for the outputs; the BOs require external low-voltage (< 30 VAC) power sources. |
| Input and Output Capabilities (Cont.) | **IOM4711:** |
| | 6 - Universal Inputs: Defined as 0–10 VDC, 4–20 mA, 0–600k ohm, or Binary Dry Contact |
| | 2 - Binary Inputs: Defined as Dry Contact Maintained or Pulse/Counter Accumulator Mode |
| | 3 - Binary Outputs: Defined as 24 VAC Triac (selectable internal or external source power) |
| | 4 - Configurable Outputs: Defined as 0–10 VDC or 24 VAC Triac BO |
| | 2 - Analog Outputs: Defined as 0–10 VDC or 4–20 mA |
| Analog Input/Analog Output Resolution and Accuracy | **Analog Input:** 16-bit resolution |
| | **Analog Output:** 16-bit resolution and ±200 mV in 0–10 VDC applications |
| Terminations | Input/Output: Fixed Screw Terminal Blocks |
| | SA/FC Bus and Supply Power: 4-wire and 3-wire Pluggable Screw Terminal Blocks |
| | SA/FC Bus Port: RJ-12 6-Pin Modular Jacks |
| Mounting | Horizontal on single 35 mm DIN rail mount (preferred), or screw mount on flat surface with three integral mounting clips on controller |
| Housing | Enclosure material: ABS and polycarbonate UL94 5VB; self-extinguishing, Plenum-rated protection class: IP20 (IEC529) |

**Table 5: IOM Series**

| | |
|---|---|
| **Dimensions (Height x Width x Depth)** | **IOM171x-x and IOM271x-x Models:**<br>150 x 120 x 53 mm (5-7/8 x 4-3/4 x 2-1/8 in.) including terminals and mounting clips<br><br>**IOM2721, IOM3721, and IOM3731 Models:**<br>150 x 164 x 53 mm (5-7/8 x 6-7/16 x 2-1/8 in.) including terminals and mounting clips<br><br>**IOM371x-x and IOM471x-x Models:**<br>150 x 190 x 53 mm (5-7/8 x 7-1/2 x 2-1/8 in.) including terminals and mounting clips<br><br>**Note:**  Mounting space for all field controllers requires an additional 50 mm (2 in.) space on top, bottom, and front face of controller for easy cover removal, ventilation, and wire terminations. |
| **Weight** | 0.5 kg (1.1 lb) maximum |
| **Compliance**<br><br> | **United States:** UL Listed, File E107041, CCN PAZX, UL 916, Energy Management Equipment; UL/ULc 864 Listed, File S4977, 9th Edition UUKL/ORD-C100-13 UUKLC Smoke Control System (models with **U** product code suffix only); FCC Compliant to CFR47, Part 15, Subpart B, Class A |
| | **Canada:** UL Listed, File E107041, CCN PAZX7, CAN/CSA C22.2 No. 205, Signal Equipment; Industry Canada Compliant, ICES-003 |
| | **Europe:** CE Mark – Johnson Controls, Inc., declares that this product is in compliance with the essential requirements and other relevant provisions of the EMC Directive 2004/108/EC.<br><br>**Note:**  For **IOM27 and IOM37**, Low Voltage Directive 2006/95/EC. For **IOM47xx Models**, Conducted RF Immunity within EN 61000-6-2 meets performance criteria B. |
| | **Australia and New Zealand:**  C-Tick Mark, Australia/NZ Emissions Compliant |
| | **BACnet International:**  BACnet Testing Laboratories (BTL) Protocol Revision 4 Listed BACnet Application Specific Controller (B-ASC) |

1  This model is currently available only in Asia; contact your local Johnson Controls representative for more information.
2  For more information, refer to the *MS/TP Communications Bus Technical Bulletin (LIT-12011034)*.

*The performance specifications are nominal and conform to acceptable industry standards. For application at conditions beyond these specifications, consult the local Johnson Controls office. Johnson Controls, Inc. shall not be liable for damages resulting from misapplication or misuse of its products.*

**Building Efficiency**
507 E. Michigan Street, Milwaukee, WI 53202

*Metasys® and Johnson Controls® are registered trademarks of Johnson Controls, Inc.*
*All other marks herein are the marks of their respective owners. © 2013 Johnson Controls, Inc.*

Published in U.S.A.

www.johnsoncontrols.com



Johnson Controls

Code No. LIT-1900655
Issued April 12, 2011

HE-6800 Series

# Humidity Transmitters with Temperature Sensor

## Description

The HE-6800 Series Humidity Transmitters with Temperature Sensor provide both humidity and temperature sensing in room wall-mount applications. The transmitter offers local warmer/cooler temperature setpoint adjustment and temporary occupancy override. The humidity sensor provides Relative Humidity (RH) accuracy of ±2% or ±3% RH and measures RH over the entire range of 0 to 100%.

A warmer/cooler dial is included on certain models for minor temperature adjustments from the setpoint. All models feature an occupancy override button that allows the user to override time-of-day scheduling when the space is occupied outside of the normal occupied hours schedule. The transmitter also includes DIP switches to enable or disable override and Light-Emitting Diode (LED) functions. In addition, all models feature a user-selectable 0 to 5 VDC or 0 to 10 VDC humidity output switch, and a power supply selection switch.

The HE-6800 Series Humidity Transmitters include screw terminal block terminations that provide flexibility for field wiring. All models include a 6-pin modular jack access port for connecting accessories to the Zone Bus. This feature allows a technician to commission or service the controller via the transmitter.

## Features

- controller configuration DIP switch — allows users to adjust the room comfort and choose occupancy features that match the application and transmitter
- power supply selection switch — enables transmitter use in high input voltage applications
- user-selectable humidity output — provides either a 0 to 5 VDC or 0 to 10 VDC output for compatibility with various controllers



**HE-6800 Series Humidity Transmitters with Temperature Sensor**

- occupancy Light-Emitting Diode (LED) indicator — displays the current operating mode of the controller (VMA12 and VMA14 Series only)
- manual override pushbutton (PB) — overrides time-of-day scheduling when the space is occupied outside of the normal occupied hours schedule
- warmer/cooler setpoint dial (select models) — allows for minor temperature adjustments from the setpoint

### Repair Information

If the HE-6800 Series Humidity Transmitter fails to operate within its specifications, replace the unit. For a replacement transmitter, contact the nearest Johnson Controls® representative.

## Selection Charts

**HE-6800 Series Humidity Transmitter with Temperature Sensor Product Code Numbers**

| Product Code Number | Temperature Sensing Element | Humidity Accuracy (% RH) | Warmer/Cooler Temperature Setpoint Adjustment Override | Enclosure Dimensions (mm) |
|---|---|---|---|---|
| HE-68N2-0N00WS | Nickel | ±2% | No | 80 x 80 |
| HE-68N3-0N00WS | Nickel | ±3% | No | 80 x 80 |
| HE-68N2-1N00WS | Nickel | ±2% | Yes | 80 x 80 |
| HE-68N3-1N00WS | Nickel | ±3% | Yes | 80 x 80 |
| HE-68P2-0N00WS | Platinum | ±2% | No | 80 x 80 |
| HE-68P3-0N00WS | Platinum | ±3% | No | 80 x 80 |
| HE-68P2-1N00WS | Platinum | ±2% | Yes | 80 x 80 |
| HE-68P3-1N00WS | Platinum | ±3% | Yes | 80 x 80 |

**Optional Accessories**

| Product Code Number | Description |
|---|---|
| ACC-INSL-0[1] | Wallbox Mounting Pad (10 per Bag) |
| ACC-INSL-1[1] | Surface Mounting Pad (10 per Bag) |
| NS-WALLPLATE-0 | Adapts an HE-6800 Series Humidity Transmitter (3-3/16 x 3-3/16 in. [80 x 80 mm]) to a Standard 3-3/16 x 3-3/16 in. (80 x 120 mm) Wallbox |
| T-4000-119 | Allen-Head Adjustment Tool (30 per Bag) |

1. These foam pads help prevent drafts from entering the unit through the wall, and make installation easier when mounting on an uneven surface.



EXHIBIT
B4

The performance specifications are nominal and conform to acceptable industry standards. For applications at conditions beyond these specifications, consult the local Johnson Controls office. Johnson Controls, Inc. shall not be liable for damages resulting from misapplication or misuse of its products. ©2012 Johnson Controls, Inc.   www.johnsoncontrols.com



## HE-6800 Series Humidity Transmitters with Temperature Sensor (Continued)

### Technical Specifications

| HE-6800 Series Humidity Transmitters with Temperature Sensor | | | |
|---|---|---|---|
| Power Requirements | | | 4.5 to 7.5 mA at 14 to 30 VDC and 5K ohm Load, or 18 to 25 mA at 20 to 30 VAC and 5K ohm Load |
| Terminations | | | 9-Position Screw Clamp Terminal Block |
| Wire Size | | | 16 to 24 AWG (1.3 to 0.6 mm Diameter); 18 AWG (1.0 mm Diameter) Recommended |
| Temperature Measurement Range | | | 32 to 131°F (0 to 55°C) |
| Humidity Measurement Range | Full Range | | 0 to 100% RH |
| | Calibrated Range | | 10 to 90% RH |
| Temperature Sensor | Nickel (HE-68Nx Models) | Sensor Type | 1,000 ohm Thin Film Nickel |
| | | Coefficient | Approximately 3 ohm per F° (5.4 ohm per C°) |
| | | Reference Resistance | 1,000 ohm at 70°F (0°C) |
| | | Accuracy | ±0.34F° at 70°F (±0.18C° at 21°C) |
| | Platinum (HE-68Px Models) | Sensor Type | 1,000 ohm Thin Film Platinum |
| | | Coefficient | Approximately 2 ohm per F° (3.9 ohm per C°) |
| | | Reference Resistance | 1,000 ohm at 32°F (0°C) |
| | | Accuracy | ±0.35F° at 70°F (±0.19C° at 21°C) |
| Humidity Sensor Type | | | Capacitive Polymer Sensor |
| Humidity Element Accuracy | HE-68x2 Models | | ±2% RH for 20 to 80% RH at 50 to 95°F (10 to 35°C); ±4% RH for 10 to 20% RH and 80 to 90% RH at 50 to 95°F (10 to 35°C) |
| | HE-68x3 Models | | ±3% RH for 20 to 80% RH at 77°F (25°C); ±6% RH for 10 to 20% RH and 80 to 90% RH at 77°F (25°C) |
| Setpoint Range | | | Warmer/Cooler |
| Temperature Sensor Time Constant | | | 10 Minutes at 10 ft per Minute |
| Manual Override | | | Integral Momentary Pushbutton (DIP Switch Selectable) |
| LED | | | Green LED Indicates Three Modes of Operation (VMA12 and VMA14 Series Controllers Only) |
| Ambient Operating Conditions | | | 32 to 131°F (0 to 55°C), 10 to 95% RH Noncondensing; 86°F (30°C) Maximum Dew Point |
| Ambient Storage Conditions | | | -40 to 140°F (-40 to 60°C), 5 to 95% RH Noncondensing; 86°F (30°C) Maximum Dew Point |
| Materials | | | White Thermoplastic Protection: IP30 (EN 60529) |
| Dimensions (H x W x D) | HE-68xx-0 Models | | 3-3/16 x 3-3/16 x 1-5/16 in. (80 x 80 x 32 mm) |
| | HE-68xx-1 Models | | 3-3/16 x 3-3/16 x 1-7/16 in. (80 x 80 x 35 mm) |
| Shipping Weight | | | 0.44 lb (0.20 kg) |
| Compliance | United States | | UL Listed, File E107041, CCN PAZX, Under UL 916, Energy Management Equipment |
| | Canada | | UL Listed, File E107041, CCN PAZX7, Under CAN/CSA C22.2 No. 205, Signal Equipment |
| | Europe | | CE Mark – Johnson Controls, Inc., declares that this product is in compliance with the essential requirements and other relevant provisions of the EMC Directive 2004/108/EC. WEEE Directive 2002/96/EC RoHS Directive 2002/95/EC |
| | Australia and New Zealand | | C-Tick Mark, Australia/NZ Emissions Compliant |

CE