RECEIVED
FEB 1 8 2014
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 13, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    **No. 14-30067    Elzie Ball, et al v. James LeBlanc, et al**
                      USDC No. 3:13-CV-368

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Sabrina B. Short, Deputy Clerk
                              504-310-7817

Ms. Donna Gregory
Mr. James Leslie Hilburn
Ms. Mercedes Hardy Montagnes
Ms. Cecelia Trenticosta

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

No. 14-30067

---

ELZIE BALL; NATHANIEL CODE; JAMES MAGEE,

    Plaintiffs - Appellees

v.

JAMES M. LEBLANC, SECRETARY, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY; ANGELA NORWOOD, Warden of Death Row; LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,

    Defendants - Appellants

---

Appeal from the United States District Court for the
Middle District of Louisiana, Baton Rouge

---

Before JONES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellants' opposed motion to stay the District Court proceedings is DENIED as premature. The District Court is cautioned that any action requiring implementation of relief beyond the current deadlines for submitting a plan, before the state has a reasonable chance to appeal and seek a stay, will be deemed an appealable final order. Upon entry of such an order, the Defendants may re-urge their stay request in light of *Gates v. Cook*, 376 F.3d 323 (5th Cir. 2004).

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit
By _Sabrina B Short_
    Deputy
New Orleans, Louisiana  FEB 1 3 2014