August 2, 2013

Invoice for Video Deposition taken by Defendants on Friday, August 2, 2013

2.5 hours from 11am to 1:40pm

$500.00 per hour at 2.5 hours

Total $1250.00

Thank you,
Susi Vassallo MD


Please remit to:

Susi Vassallo MD
545 First Avenue #10-C
NYC, NY 10016

Social Sec #



EXHIBIT C