July 22, 2013

Angola Litigation

Compensation for Susi Vassallo M.D.

Report Writing $350 / hour

Testimony $500 / hour



EXHIBIT D