# CONTRACT

Agreement made this the 20th day of April, 2013 between the Promise of Justice Initiative (hereinafter "PJI") and James J. Balsamo, Jr. (hereinafter "Contractor").

1. Contractor agrees to consult with the Promise of Justice Initiative regarding heat conditions at Louisiana State Prison at Angola. As part of his consultation, Contractor will tour the prison and make recommendations regarding the type of hydrometer that would be most effective in measuring humidity in that facility and where such a device might be placed to accurately measure humidity and, at the same time, adequately address safety concerns. Contractor will provide support to PJI in the manner of consultations regarding "Heat Conditions and Health Consequences" within the Contractor's area of expertise regarding heat measurements and temperature and humidity interpretations. Contractor will provide written reports, declarations and other necessary documents in support of this case and respond to questions from PJI. Contractor agrees to act as expert witness for depositions and court testimony at the request of PJI.

2. In consideration of the Contractor's performance of the services specified herein, PJI agrees to pay Contractor $125.00 per hour for inspections, site visits, meetings, travel by automobile (plus mileage at US Government travel reimbursement rate if his personal automobile is required) and report research and preparation. If needed, PJI agrees to pay Contractor at the rate of $ 1500.00 per day for any deposition testimony and $ 2000.00 per day for any court testimony.

3. Contractor will be reimbursed for any reasonable expenses related to carrying out the terms of this contract, including travel, food and hotel costs, if needed.

4. Contractor agrees to submit, once per month, a written invoice documenting his work and work-related expenses on behalf of PJI to PJI through Attorney Beth Compa and Contractor will be paid within fourteen (14) days of submission of the written invoice.

5. This agreement shall commence April 23, 2013 and will end when all necessary reports or work have been completed or the case *Ball v. LeBlanc, Civil Action No. 3-368* has been terminated, whichever occurs first.

6. Either party may terminate this contract with a 10-day notice, in writing, to the other party provided that PJI provide the agreed upon compensation for work done by the Contractor and provided that the Contractor provide any work product completed by the Contractor as of the termination date.

7. The obligation of PJI to make the payments specified above is specifically conditioned upon the following:


EXHIBIT F

(a) Contractor's timely performance of the services provided for in paragraph 2 of this Contract;

(b) Contractor's timely submission of invoices, after the first invoice to cover the time and actions on behalf of this case from April 23, 2013 to July 31, 2013;

(c) Contractor's maintenance, adequate travel and expense records to substantiate expenditures related to consultation, and submission of all requested reports related to work performed.

8. This Contract shall not be assigned by Contractor without the express written consent of PJI.

Date: 7/20/2013           Signed: _____
                          James J. Balsamo, Jr. Environmental
                          Health and Safety Consultant and
                          Expert Witness, and


Date: 7/29/2013           Signed: _____
                          Mercedes Montagnes, Deputy Director
                          of The Promise of Justice Center, 636
                          Barone Street, New Orleans, Louisiana
                          70113, and