Consolidated Balancing Services, Inc.

5000 W. Esplanade Ave., Suite 270
Metairie, LA 70006
Phone: (504) 455-4944 Fax: (504) 779-9115

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/9/2013 | 8228-2 |

| BILL TO |
|---|
| The Promise of Justice Initiative<br>Elizabeth Compa<br>636 Baronne Street<br>New Orleans, LA 70113 |

| PROJECT | P.O. NO. | YOUR JOB NO. |
|---|---|---|
| AngolaStatePen.-Temp&RelativityHumd.Data | | |

| DESCRIPTION | AMOUNT |
|---|---|
| HVAC Testing, Adjusting, Balancing and Analysis | 740.00 |
| 2.5 Hours at $140 per Hour for Deposition        $350.00 | |
| 3.0 Hours at $100 per Hour for Travel            $300.00 | |
| 150 Miles at $0.60 per Mile                      $90.00 | |

TERMS:NET DUE UPON RECEIPT

**Total** $740.00

EXHIBIT
G