# Exhibit H - Schedule of Fees

July 16, 2013

The Promise of Justice Initiative
636 Baronne Street
New Orleans, LA 70113

Attn: Elizabeth Compa

RE: Angola State Penitentiary - Temperature and Relative Humidity Data Collection
  Fee Schedule

Dear Ms. Compa,

  We offer our fee schedule for services rendered as follows:

| Service | Fee |
|---|---|
| Technician Testing and/or System Investigation | $100.00 per hour portal to portal |
| Supervisor Directing Test; system analysis and report preparation | $110.00 per hour portal to portal |
| Company Officer Consulting for Litigation Procedure; court proceedings, trial and depositions including preparation | $140.00 per hour portal to portal |
| Necessary Contract Cost; Architect, Mechanical, Electrical, Structural, Drafting, etc. | Cost plus 15% |
| Vehicle use in excess of 20 miles from office | $0.60 per mile |

Respectfully submitted,

David N. Garon

A member of the "National Environmental Balancing Bureau" (NEBB)


EXHIBIT H