# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ELZIE BALL, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES M. LEBLANC, ET AL. | NO.: 13-00368-BAJ-SCR |

### ORDER APPROVING DEFENDANTS' HEAT REMEDIATION PLAN

Considering Defendants' Submission of Heat Remediation Plan (Doc. 118), and Plaintiffs' Response to Defendants' Submission of Heat Remediation Plan (Doc. 131);

**IT IS ORDERED** that Defendants' Heat Remediation Plan is **APPROVED**.

**IT IS FURTHER ORDERED** that Defendants shall **IMMEDIATELY** implement the approved plan, including installing all necessary equipment.

The Court agrees with Plaintiffs, however, that cold showers may not be necessary once the heat index is lowered and maintained below 88 degrees Fahrenheit. Accordingly, the Court reserves the right to issue further orders regarding this requirement at a later date.

Baton Rouge, Louisiana, this 23rd day of May, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**