UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ELZIE BALL, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES M. LEBLANC, ET AL. | NO.: 13-00368-BAJ-SCR |

## JUDGMENT

IT IS ORDERED that Defendants' **Motion for Entry of Final Judgment Pursuant to FRCP 58(d) (Doc. 91)** is **GRANTED**.[1]

IT IS FURTHER ORDERED that the parties' **Joint Motion and Incorporated Memorandum for Expedited Entry of Final Judgment (Doc. 174)** is **GRANTED**.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that **JUDGMENT** is hereby rendered **IN FAVOR** of Plaintiffs Elzie Ball, Nathaniel Code, and James Magee and **AGAINST** Defendants James M. LeBlanc, Nathan Burl Cain, Angelia Norwood, and the Louisiana Department of Public Safety and Corrections as to Plaintiffs' claims under the Eighth Amendment to the United States Constitution.

---

[1] The Court notes that Plaintiffs initially opposed Defendants' request for a final judgment. (Doc. 99.) However, the parties now jointly request the Court issue a final judgment in the matter. (Doc. 174.)

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** is hereby rendered **IN FAVOR** of Defendants James M. LeBlanc, Nathan Burl Cain, Angelia Norwood, and the Louisiana Department of Public Safety and Corrections and **AGAINST** Plaintiffs Elzie Ball, Nathaniel Code, and James Magee as to Plaintiffs' claims under Title II of the Americans with Disabilities Act, as modified by the Americans with Disabilities Act Amendment Act and Section 504 of the Rehabilitation Act of 1973.

**IT IS FURTHER ORDERED** that Plaintiffs shall file their motion for attorneys' fees **no later than July 14, 2014**.

Baton Rouge, Louisiana, this 2nd day of June, 2014.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**