RECEIVED
JUN 27 2014
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

June 24, 2014

Ms. Donna Gregory  
Middle District of Louisiana, Baton Rouge  
United States District Court  
777 Florida Street  
Room 139  
Baton Rouge, LA 70801

    No. 14-30074    In re: James LeBlanc, et al  
                          USDC No. 3:13-CV-368

Dear Ms. Gregory,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____  
                            Shawn D. Henderson, Deputy Clerk  
                            504-310-7668

cc w/encl:  
    Mr. James Leslie Hilburn  
    Honorable Brian Anthony Jackson  
    Ms. Mercedes Hardy Montagnes  
    Mrs. Cecelia Trenticosta Kappel  
    Mr. Nilay U. Vora

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 14-30074

In re: JAMES M. LEBLANC, SECRETARY, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY; ANGELA NORWOOD, Warden of Death Row; LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,

Petitioners

Petition for a Writ of Mandamus to the
Middle District of Louisiana, Baton Rouge

Before JONES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the petition for writ of mandamus is DENIED.

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
Deputy
New Orleans, Louisiana   24 JUN 2014