# Addendum 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ELZIE BALL, ET AL.                :    CIVIL ACTION NO. 3:13:00368

VERSUS                            :

JAMES M. LEBLANC, ET AL.          :    JUDGE JACKSON

# MINUTES
of
JOINT TELEPHONE CONFERENCE
FRIDAY - MAY 30, 2014

## INTRODUCTIONS

1.  Introduction of participants on call and representation

    For Plaintiffs:                    For Defendants:

    Beth Compa                         Carlton "Trey" Jones
    Jessie Kornberg                    Grant Guillot
    Mercedes Montagnes                 James Hilburn
    Nilay Vora
    Steve Sheckman

2.  Introduction of Renatti Dupont, Paul Hebert's paralegal.

3.  Confirmation of Paul Hebert's appointment as Special Master.

## COURT ORDERS REGARDING REMEDIATION PLAN AND IMPLEMENTATION OF PLAN

1.  Paul Hebert stated he does not have all the history and information on the case.

2.  Ms. Montagne informed Mr. Hebert that the defendants had filed a Motion for Emergency Stay of Judgment Pending Appeal on the afternoon of May 30, 2014.

3. Mr. Hilburn stated:

   a. The request for a stay of the Order was geared toward the mechanical aspects of the Order, i.e., the installation of the air conditioning system.
   b. Mr. McGee has been placed on the heat precautions list and the plaintiffs have individual ice chests.
   c. If the Fifth Circuit grants the stay, certain aspects of the Order would halt for the foreseeable future and monitoring of the mechanical aspects would not be required.

4. Ms. Mercedes stated:

   a. Certain parts of the Order can be done immediately, such as providing all death row inmates with ice chests and cool showers.
   b. Preliminary steps that are low cost can be taken to prepare for the mechanical cooling, such as identifying vendors.
   c. The monitoring should proceed until the Fifth Circuit rules otherwise.

5. Paul Hebert stated:

   a. He has not seen the stay motion.
   b. He would like the parties to discuss those kinds of issues by telephone on Monday, June 2, 2014, and notify him of the status by the end of the week.
   c. The parties will keep him apprised by email.

## PROCEDURES DURING PENDENCY OF SPECIAL MASTER PROCEEDINGS

### EX PARTE COMMUNICATIONS

1. Paul Hebert proposed that any party representative can contact his paralegal, Renatti Dupont; there were no objections.

2. Paul Hebert does not encourage *ex parte* communications between himself and any party representative.

3. Paul Hebert stated that he needs to discuss some issues with Judge Jackson privately and asked if there were any objections; there were no objections.

## PLAN IMPLEMENTATION

1. After the stay/appeal is decided, Paul Hebert would like to keep the process structured and orderly.

2. Calendar docketing will be provided by Renatti Dupont.

3. James Hilburn stated:

    a. The outside air conditioning units are sourced by the state. They just need to be ordered; there is no bid process. Johnson Supply is a contractor with the state who can provide those, so the process is simple.
    b. The labor for the sheet metal and framing work to install the HVAC to the existing HVAC system will be provided by inmate labor under the prison's supervision.
    c. There is an outside contractor in place who will bore holes through the cinderblock walls so the ductwork can be run. Mr. Hillburn can provide the name of the contractor.
    d. The outside contractor should be able to send daily project reports to Paul Hebert.
    e. Mr. Bird at the prison helped develop the plan and will be involved in the project. He could send photos of the work in progress to Paul Hebert.

## SPECIAL MASTER REPORTS

1. Paul Hebert plans to follow the Order as stated.

2. Special Master reports will be provided to all counsel for review. Comments should be directed to the Special Master and not the Court for consideration.

3. Comments or objections on plan actions or status should be directed to the Special Master with copies to all counsel and Renatti Dupont, paralegal.