# Addendum 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELZIE BALL, ET AL.** | : | **CIVIL ACTION NO. 3:13:00368** |
| **VERSUS** | : | |
| **JAMES M. LEBLANC, ET AL.** | : | **JUDGE JACKSON** |

# MINUTES
of
JOINT TELEPHONE CONFERENCE
FRIDAY – JUNE 6, 2014

Mercedes Montagnes sent an email to Special Master Paul Hebert on June 6, 2014 asking for guidance regarding the issue of Defendants' providing ice chests to the inmates. James Hilburn sent a subsequent email requesting a telephone conference between the Special Master and the party representatives on June 6, 2014. The telephone conference took place at 4:00 p.m. on that date.

Mr. Hilburn stated that the State would move the three plaintiffs to air-conditioned cells during the pendency of the appeal. These cells would be located in an adjoining building in the Death Row complex, where inmates go after the death warrant is issued. The three plaintiffs would have access to the same food, medical services, attorney contact, etc. Monitors from Johnson Controls would be installed the following Tuesday or Wednesday to show that the air-conditioned areas were below 88 degrees.

Ms. Montagnes then stated that the Defendants' plan was to provide ice chests to <u>all</u> inmates in each tier.

Mr. Hilburn addressed the issue of providing cool showers to each inmate. There are 83 inmates on Death Row. If each Death Row inmate is given a cleaning shower in the morning and a cooling shower later in the day, it would require 166 showers a day. That would be a lengthy process because each Death Row inmate is shackled. It also would diminish the time available to the inmates for exercising. Mr. Hilburn stated that whatever is done for one inmate must be done for all inmates. Otherwise, it creates a security risk.

Ms. Montagnes noted that the party representatives had been asked [by Special Master Paul Hebert] to confer regarding issues that could be agreed upon during the appeal process.

Mr. Hilburn indicated that the cooling showers and ice were part of the appeal. However, instead of giving the plaintiffs ice and showers, they would be given air-conditioned quarters instead.

Ms. Montagnes stated there is no stay of the provisions pertaining to giving ice to every inmate on Death Row.

Special Master Paul Hebert informed the party representatives that he would make a final ruling on Monday, June 9, 2014, and would set up a conference call to inform them of his ruling. He stated that he believed Ms. Montagnes' comments were appropriate from his review of the Order.

Mr. Hebert stated he had hoped the ice chest and shower issues would be solved by now. His inclination is to order that the showers and ice be provided.

Mr. Hilburn asked if Mr. Hebert wanted the plaintiffs to be moved to air-conditioned cells that day. Ms. Montagnes stated she would have to check with her clients to see if they objected to being moved.

Mr. Hebert asked each side to brief the issue of whether "at risk" inmates means all Death Row inmates or only the three plaintiffs. The briefs should address the language in the Order supporting each party's position and would be due by 2:00 p.m. on Monday, June 9, 2014. Mr. Hebert would make his final ruling based on his review of the Order and briefing by 4:00 p.m. on Monday, June 9, 2014.