# Addendum 3

**RECEIVED**
JUN 11 2014
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
CLERK
DEPUTY CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 06, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-30067    Elzie Ball, et al v. James LeBlanc, et al
                         USDC No. 3:13-CV-368

Enclosed is an order entered in this case.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  */s/ Allison Lopez*

                                By: _____
                                Allison G. Lopez, Deputy Clerk
                                504-310-7702

Ms. Elizabeth Claire O'Kane Compa
Ms. Donna Gregory
Mr. Grant Joseph Guillot
Mr. James Leslie Hilburn
Mr. Carlton Jones III
Ms. Mercedes Hardy Montagnes
Mr. Edmond Wade Shows
Mrs. Cecelia Trenticosta Kappel
Mr. Nilay U. Vora
Chief Judge Brian A. Jackson

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

No. 14-30067

---

ELZIE BALL; NATHANIEL CODE; JAMES MAGEE,

    Plaintiffs - Appellees

v.

JAMES M. LEBLANC, SECRETARY, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY; ANGELA NORWOOD, Warden of Death Row; LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,

    Defendants - Appellants

---

Appeal from the United States District Court for the
Middle District of Louisiana, Baton Rouge

---

Before JONES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellants' motion for stay pending appeal is GRANTED.

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy  6/6/14
New Orleans, Louisiana