UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELZIE BALL, ET AL. | : | CIVIL ACTION NO. 13:-00368-BAJ-SCR |
| VERSUS | : | JUDGE BRIAN A. JACKSON |
| JAMES M. LEBLANC, ET AL. | : | MAGISTRATE JUDGE REIDLINGER |

# REPORT OF SPECIAL MASTER PAUL J. HEBERT
## (AUGUST 29, 2014)

In accordance with the Court's Order of May 23, 2014 the following report is the third report of the Special Master Paul J. Hebert.

Since the first and second Special Master reports, there have been no developments requiring Special Master activity. As noted in the July 1, 2014 Special Master report, the judgment rendered by this Court is on appeal and was stayed by the U.S. Fifth Circuit Court of Appeals. As a result of this stay order, Special Master previously notified all parties that there would be no further action taken on the enforcement of the Court's Remediation Plan approved May 23, 2014 until the appeal had been resolved or the stay lifted.

Respectfully submitted,

PAUL J. HEBERT
Special Master
August 29, 2014