UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELZIE BALL, ET AL. | : | CIVIL ACTION NO. 13:-00368-BAJ-SCR |
| VERSUS | : | JUDGE BRIAN A. JACKSON |
| JAMES M. LEBLANC, ET AL. | : | MAGISTRATE JUDGE REIDLINGER |

# REPORT OF SPECIAL MASTER PAUL J. HEBERT
## (NOVEMBER 21, 2014)

In accordance with the Court's Order of May 23, 2014 the following report is the sixth report of the Special Master Paul J. Hebert.

On October 28 2014, I attended the oral arguments on Plaintiffs' Motion to Maintain the Status Quo as an observer. After the Court granted Plaintiffs' Motion to Maintain the Status Quo, the Court suggested that I visit the death row tiers to educate myself about the facilities and the present status of temperature measurements.

On November 11, 2014, I toured the death row tiers with my paralegal, Renatti Dupont, to gain an understanding of the layout, structures, temperature measurement devices, and current procedures for monitoring temperatures. Also in attendance at the November 11, 2014 tour were Mercedes Montagnes and Beth Compa, representing Plaintiffs, and Grant Guillot and Mary Roper, representing Defendants.

As noted in previous Special Master reports, the judgment rendered by this Court is on appeal and was stayed by the U.S. Fifth Circuit Court of Appeals. As a result of this stay order, Special Master previously notified all parties that there would be no further

action taken on the enforcement of the Court's Remediation Plan approved May 23, 2014 until the appeal had been resolved or the stay lifted.

Respectfully submitted,

PAUL J. HEBERT
Special Master
November 21, 2014