# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELZIE BALL, ET AL. | : | CIVIL ACTION NO. 13:-00368-BAJ-SCR |
| VERSUS | : | JUDGE BRIAN A. JACKSON |
| JAMES M. LEBLANC, ET AL. | : | MAGISTRATE JUDGE REIDLINGER |

## REPORT OF SPECIAL MASTER PAUL J. HEBERT
### (OCTOBER 5, 2015)

In accordance with the Court's Order of May 23, 2014 the following report is the eighth report of the Special Master Paul J. Hebert and the first Special Master report since the United States Fifth Circuit Court of Appeal granted a stay pending appeal.

On July 8, 2015, the Fifth Circuit Court of Appeal issued its ruling affirming the District Court's resolution of the Eighth Amendment and disability claims and remanding the District Court's injunction for reconsideration of the elements of the Plan. Upon request by counsel for the parties, I attended a telephone conference on August 27, 2015 to discuss implementation of heat relief measures in the interim before the District Court issues a new Order. I advised the party representatives that my only authority is to implement the District Court's Order. I expressed support for the Defendants' proposed interim heat relief measures and encouraged the Defendants to implement the measures. However, I advised the party representatives that I would not go further as Special Master until a new ruling is issued by the U.S. District Court.

On September 14, 2015 I attended a hearing before Judge Jackson at which the Court ordered the Defendants to submit a plan addressing the underlying constitution

violation by October 23, 2015 and ordered Plaintiffs to file a response to the Defendants' submitted plan by November 23, 2015. Consequently, Special Master monthly tours of the death row tiers will be postponed until a revised heat remediation plan is adopted by the District Court.

At the September 14, 2015 hearing the Court also denied, without prejudice the Plaintiffs' Motion for Attorney Fees with the understanding that it would be reconsidered. The Court directed that counsel for the Plaintiffs confer with me, as Special Master, regarding reconstruction of their invoice for attorney fees and costs before resubmitting Plaintiffs' Motion for Attorney Fees to the Court by November 2, 2015. As directed by the Court, I have communicated with the party representatives regarding reconstruction of the Plaintiffs' invoices and I met with Plaintiffs' counsel in New Orleans, Louisiana on October 1, 2015 to discuss the issue further.

Respectfully submitted,

PAUL J. HEBERT
Special Master
October 5, 2015