**Ottinger Hebert, L.L.C**
Attorneys at Law
1313 West Pinhook Road
P.O. Drawer 52606
Lafayette, Louisiana 70505-2606

Invoice Number 15-32778
Invoice Date 08/31/2015

Bill To: Mr. James L. Hilburn
10500 Coursey Blvd., Suite 205
Baton Rouge, LA 70816

**Payable Upon Receipt**

**Federal Tax I.D. No.** 72-1479666
**Phone** 337-232-2606

Matter No: PJH-2250-000.1

Reference: Special Master/Paralegal - Ball, et al v James M LeBlanc, et al, Case No.: 13-00368-BAJ-SCR

FOR PROFESSIONAL SERVICES RENDERED, including the following, to-wit:

### FEE DETAIL

| Date | | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 05/27/2014 | RSD | Research PACER to retrieve pleadings related to heat remediation plan for review by Special Master Paul Hebert; review emails from counsel regarding attorneys representing Plaintiffs and Defendants and begin preparing roster of counsel; electronically file Paul Hebert's Affidavit in the case record as ordered by Judge Jackson; analysis of file materials for purposes of organization in preparation for upcoming telephone conference between party representatives and Mr. Hebert. | 4.00 | $60.00 | $240.00 |
| 05/28/2014 | RSD | Exchange several emails with party representatives regarding May 30, 2014 telephone conference with Special Master Paul Hebert and work on telephone conference Agenda; calculate deadlines for monthly reports to the Court as ordered by Judge Jackson; telephone conference with Judge Jackson's law clerk, Danielle Davis, to schedule a meeting between Mr. Hebert and Judge Jackson to discuss issues related to implementation of heat remediation plan; update pleadings index and continued analysis of file materials for purposes of organization. | 5.00 | $60.00 | $300.00 |
| 05/29/2014 | RSD | Prepare docket calendar for monthly reports by Special Master to the court; email correspondence to party representatives transmitting the report docket calendar and telephone conference Agenda in preparation for May 30, 2014 telephone conference with Special Master Paul Hebert; continued work on file organization. | 1.25 | $60.00 | $75.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/30/2014 | RSD | Conference with counsel regarding telephone conference with party representatives; attend telephone conference between Special Master Paul Hebert and party representatives to discuss implementation of heat remediation plan and Emergency Application for Writs filed on behalf of defendants; telephone conference with Judge Jackson's law clerk regarding meeting between Mr. Hebert and Judge Jackson. | 2.00 | $60.00 | $120.00 |
| 06/03/2014 | RSD | Telephone conference with Danielle Davis, law clerk to Judge Jackson, regarding upcoming meeting between Judge Jackson and Special Master Paul Hebert; update pleadings index and organize file materials. | 0.50 | $60.00 | $30.00 |
| 06/04/2014 | RSD | Review notes from May 30, 2014 telephone conference between the party representatives and Special Master Paul Hebert in preparation for drafting Minutes of same; review and revise telephone conference Minutes and prepare email correspondence transmitting same to party representatives; conference with Mr. Hebert regarding materials for upcoming meeting with Judge Jackson. | 2.75 | $60.00 | $165.00 |
| 06/05/2014 | RSD | Update pleadings index and complete roster of counsel in preparation for upcoming meeting between Special Master Paul Hebert and Judge Jackson; compile and organize email communications between Mr. Hebert and party representatives in accordance with the Court's Order. | 1.50 | $60.00 | $90.00 |
| 06/06/2014 | RSD | Review pleadings filed in District Court and Fifth Circuit Court of Appeals in preparation for updating pleadings index and revising roster of counsel; prepare summary of Appellees/Plaintiffs' opposition brief to Appellants/Defendants' Re-Urged Motion for Emergency Stay of Judgment Pending Appeal for review by Special Master Paul Hebert; attend telephone conference between party representatives and Mr. Hebert regarding issues related to implementation of heat remediation plan; prepare email to party representatives regarding deadline for briefs on the issues discussed during telephone conference; research file to locate pertinent pleadings and Orders for review by Mr. Hebert with regard to the issues discussed in telephone conference. | 3.25 | $60.00 | $195.00 |
| 06/09/2014 | RSD | Compile and organize email communications between party representatives and Special Master Paul Hebert; update pleadings index. | 0.75 | $60.00 | $45.00 |
| 06/10/2014 | RSD | Compile and organize email communications between party representatives and Special Master Paul Hebert; update pleadings index; prepare email correspondence to party representatives regarding briefing deadlines and oral argument for 5th Circuit Court of Appeals proceeding. | 0.75 | $60.00 | $45.00 |
| 06/11/2014 | RSD | Compile and organize email communications between party representatives and Special Master Paul Hebert regarding effect of cross-appeal on 5th Circuit Court of Appeal briefing deadline; review several electronic pleadings in preparation for updating pleadings | 0.75 | $60.00 | $45.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | index; organize file materials related to heat remediation plan and appellate proceeding. | | | |
| 06/12/2014 | RSD | Conference with Special Master Paul Hebert regarding protocol for maintaining file materials; prepare email correspondence to Ms. Mercedes Montagnes requesting copy of plaintiffs' cross appeal for review by Mr. Hebert. | 0.50 | $60.00 | $30.00 |
| 06/17/2014 | RSD | Update pleadings index; review notes from June 6, 2014 telephone conference between the party representatives and Special Master Paul Hebert in preparation for drafting Minutes of same; organize file materials in preparation for upcoming report to the Court. | 1.25 | $60.00 | $75.00 |
| 06/27/2014 | RSD | Update pleadings index. | 0.25 | $60.00 | $15.00 |
| 06/30/2014 | RSD | Update pleadings index. | 0.25 | $60.00 | $15.00 |
| 06/30/2014 | RSD | Work on revisions to Minutes of the June 6, 2014 joint telephone conference between party representatives and Special Master Paul Hebert; preliminary work on monthly report to the Court by Special Master Paul Hebert. | 0.50 | $60.00 | $30.00 |
| 07/01/2014 | RSD | Review of file to locate information for inclusion in Special Master Hebert's monthly report to the Court; work on revisions to monthly report and prepare addendums to same; prepare email correspondence to party representatives regarding July 1, 2014 Special Master report; review and respond to email from Ms. Mercedes Montagnes, counsel for plaintiffs, regarding a false report that Special Master Hebert visited Death Row on June 30, 2014; compile communications with the party representatives in accordance with the Court's order. | 2.75 | $60.00 | $165.00 |
| 07/02/2014 | RSD | Research regarding procedure for filing Special Master monthly report with the court, including telephone conference with Ms. Nicole Toups at the USDC MDLA regarding same; electronically file July 1, 2014 Report of Special Master Paul J. Hebert. | 0.75 | $60.00 | $45.00 |
| 07/03/2014 | RSD | Update pleadings index. | 0.25 | $60.00 | $15.00 |
| 07/09/2014 | RSD | Download electronic pleadings, including appeal record, from USDC MDLA and review communication from attorney Grant Guillot transmitting denial by U.S. Supreme Court of request to vacate stay in preparation for updating pleadings index. | 0.75 | $60.00 | $45.00 |
| 07/15/2014 | RSD | Download electronic pleadings with numerous exhibits in preparation for updating pleadings index; conference with attorney Paul Hebert regarding recently filed pleadings and prepare email correspondence to party representatives requesting status update on Fifth Circuit appellate proceeding. | 1.00 | $60.00 | $60.00 |
| 07/16/2014 | RSD | Review email from Mercedes Montagnes regarding appellant briefing | 0.50 | $60.00 | $30.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | deadline for 5th Circuit Court of Appeals proceeding; telephone conference with Danielle Davis at Judge Jackson's office regarding status of research regarding Special Master attorney fees and prepare memo to file regarding same; compile communications with party representatives in accordance with court order. | | | |
| 07/22/2014 | RSD | Download electronic pleadings in preparation for updating pleadings board. | 0.25 | $60.00 | $15.00 |
| 07/23/2014 | RSD | Download electronic pleadings in preparation for updating pleadings board. | 0.25 | $60.00 | $15.00 |
| 07/24/2014 | RSD | Work on preliminary draft of July 31, 2014 Special Master report; download electronic pleadings in preparation for updating pleadings board. | 0.50 | $60.00 | $30.00 |
| 07/28/2014 | RSD | Preliminary review of response filed by defendants/respondents in the U.S. Supreme Court proceeding in preparation for updating pleadings index. | 0.25 | $60.00 | $15.00 |
| 07/31/2014 | RSD | Finalize July 31, 2014 Report of Special Master Paul J. Hebert and electronically file same. | 0.50 | $60.00 | $30.00 |
| 08/01/2014 | RSD | Download electronic pleadings in preparation for updating pleadings index. | 0.25 | $60.00 | $15.00 |
| 08/12/2014 | RSD | Review Judge Jackson's Order regarding Defendants' motion to strike/hold in abeyance Plaintiffs' motion to set attorneys' fees and costs in preparation for conference with Special Master Paul Hebert regarding same. | 0.25 | $60.00 | $15.00 |
| 08/18/2014 | RSD | Download electronic pleadings in preparation for updating pleadings index. | 0.25 | $60.00 | $15.00 |
| 08/26/2014 | RSD | Download electronic pleadings in preparation for updating pleadings index. | 0.25 | $60.00 | $15.00 |
| 08/27/2014 | RSD | Work on third report of Special Master Paul J. Hebert. | 0.25 | $60.00 | $15.00 |
| 08/29/2014 | RSD | Finalize August 29, 2014 Report of Special Master Paul J. Hebert and electronically file same. | 0.25 | $60.00 | $15.00 |
| 09/10/2014 | RSD | Download electronic pleadings in preparation for updating pleadings index. | 0.25 | $60.00 | $15.00 |
| 09/24/2014 | RSD | Work on fourth report of Special Master Paul J. Hebert. | 0.25 | $60.00 | $15.00 |
| 09/29/2014 | RSD | Download electronic pleadings in preparation for updating pleadings index. | 0.25 | $60.00 | $15.00 |
| 10/01/2014 | RSD | Review emails from counsel regarding status of proceedings and update | 0.25 | $60.00 | $15.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | pleadings index with plaintiffs' principal and response brief filed in the Fifth Circuit Court of Appeal. | | | |
| 10/06/2014 | RSD | Compile and organize email communications between party representatives and Special Master Paul Hebert. | 0.25 | $60.00 | $15.00 |
| 10/13/2014 | RSD | Compile and organize email communications between party representatives and Special Master Paul Hebert. | 0.25 | $60.00 | $15.00 |
| 10/15/2014 | RSD | Review pleadings filed in Fifth Circuit Court of Appeal in preparation for updating pleadings index; compile and organize email communications between party representatives. | 0.25 | $60.00 | $15.00 |
| 10/16/2014 | RSD | Download electronic pleadings in preparation for updating pleadings index. | 0.25 | $60.00 | $15.00 |
| 10/22/2014 | RSD | Download electronic pleadings in preparation for updating pleadings index and docketing upcoming hearing on Plaintiffs' Motion to Maintain the Status Quo; review file and prepare preliminary draft of monthly report of Special Master Paul J. Hebert. | 0.50 | $60.00 | $30.00 |
| 10/23/2014 | RSD | Compile and organize email communications between party representatives regarding upcoming hearing on Motion to Maintain Status Quo; conference with Special Master Paul Hebert regarding October 24, 2014 report to the court and upcoming oral argument on October 28, 2014; prepare email correspondence to party representatives regarding Mr. Hebert's attendance at upcoming oral argument. | 0.50 | $60.00 | $30.00 |
| 10/24/2014 | RSD | Download electronic pleadings in preparation for updating pleadings index; electronically file October 24, 2014 report of Special Master Paul Hebert. | 0.50 | $60.00 | $30.00 |
| 10/28/2014 | RSD | Prepare October 28, 2014 hearing binder for Special Master Paul Hebert; download electronic pleadings in preparation for updating pleadings index. | 0.50 | $60.00 | $30.00 |
| 10/29/2014 | RSD | Compile and organize email communications between party representatives and Special Master Paul Hebert in accordance with court's order; preliminary work scheduling inspection of Death Row tiers by Mr. Hebert and prepare email correspondence to party representatives regarding same. | 0.50 | $60.00 | $30.00 |
| 10/30/2014 | RSD | Email correspondence to party representatives regarding proposed inspection of the Death Row tiers by Special Master Paul Hebert. | 0.25 | $60.00 | $15.00 |
| 10/31/2014 | RSD | Download electronic pleadings in preparation for updating pleadings index. | 0.25 | $60.00 | $15.00 |
| 11/07/2014 | RSD | Compile and organize email communications between party representatives and Special Master Paul Hebert in accordance with court's order. | 0.25 | $60.00 | $15.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/10/2014 | RSD | Prepare for November 11, 2011 site inspection by Special Master Paul Hebert. | 0.50 | $60.00 | $30.00 |
| 11/11/2014 | RSD | Round trip travel to Louisiana State Penitentiary at Angola to attend tour of death row tiers with Special Master Paul Hebert. | 7.00 | $60.00 | $420.00 |
| 11/12/2014 | RSD | Update pleadings index. | 0.25 | $60.00 | $15.00 |
| 11/17/2014 | RSD | Work on sixth report of Special Master Paul Hebert; prepare memo to file regarding November 11, 2014 tour of death row tiers by Special Master Paul Hebert. | 1.00 | $60.00 | $60.00 |
| 11/18/2014 | RSD | Download electronic pleadings in preparation for updating pleadings index; continued work on memo to file regarding November 11, 2014 tour of death row tiers. | 0.50 | $60.00 | $30.00 |
| 11/20/2014 | RSD | Revisions to report of Special Master Paul Hebert; download electronic pleadings in preparation for updating pleadings index. | 0.50 | $60.00 | $30.00 |
| 11/21/2014 | RSD | Electronically file November 11, 2014 report of Special Master Paul Hebert. | 0.25 | $60.00 | $15.00 |
| 12/11/2014 | RSD | Download electronic pleadings in preparation for updating pleadings index. | 0.25 | $60.00 | $15.00 |
| 12/16/2014 | RSD | Review Orders issued in district and appellate court proceedings in preparation for drafting report of Special Master Paul Hebert. | 0.50 | $60.00 | $30.00 |
| 12/22/2014 | RSD | Download electronic pleadings in preparation for updating pleadings index. | 0.25 | $60.00 | $15.00 |
| 12/23/2014 | RSD | Download electronic pleadings in preparation for updating pleadings index; electronically file report of Special Master Paul Hebert. | 0.25 | $60.00 | $15.00 |
| 01/06/2015 | RSD | Download electronic pleadings in preparation for updating pleadings index. | 0.25 | $60.00 | $15.00 |
| 03/19/2015 | RSD | Download electronic pleadings in preparation for updating pleadings index. | 0.25 | $60.00 | $15.00 |
| 06/12/2015 | RSD | Download electronic pleadings in preparation for updating pleadings index; conference with Special Master Hebert regarding regarding oral argument at Fifth Circuit Court of Appeal and email correspondence with attorney regarding same; organize file materials related to appellate proceeding. | 0.50 | $60.00 | $30.00 |
| 07/08/2015 | RSD | Update pleadings index with opinion rendered by Fifth Circuit Court of Appeal. | 0.25 | $60.00 | $15.00 |
| 07/10/2015 | RSD | Download electronic pleadings in preparation for updating pleadings index. | 0.50 | $60.00 | $30.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/16/2015 | RSD | Review and begin briefing Fifth Circuit opinion as requested by attorney. | 2.75 | $60.00 | $165.00 |
| 07/17/2015 | RSD | Continued work on case brief of Fifth Circuit opinion as requested by attorney. | 3.00 | $60.00 | $180.00 |
| 07/20/2015 | RSD | Download electronic pleadings in preparation for updating pleadings index. | 0.25 | $60.00 | $15.00 |
| 07/20/2015 | RSD | Review and revise case brief of Fifth Circuit opinion; download several electronic pleadings and related Order in preparation for updating pleadings index. | 2.00 | $60.00 | $120.00 |
| 07/23/2015 | RSD | Download electronic pleadings in preparation for updating pleadings index. | 0.25 | $60.00 | $15.00 |
| 08/26/2015 | RSD | Prepare email correspondence to attorneys in response to request by plaintiffs" counsel for telephone conference with Special Master Hebert. | 0.25 | $60.00 | $15.00 |
| 08/27/2015 | RSD | Prepare materials for review by Special Master Hebert in preparation for telephone conference requested by plaintiffs' counsel; attend telephone conference between Special Master Hebert and counsel for the parties regarding proposed heat remediation measures and transcribe notes from telephone conference; organize communications between the parties in accordance with Judge Jackson's Order. | 1.00 | $60.00 | $60.00 |

|  |  |
|---|---|
| TOTAL FEES | $3,735.00 |

### EXPENSE DETAIL

| Date | Description | Amount |
|---|---|---|
| | Copies: In-House | $18.62 |
| | TOTAL EXPENSES | $18.62 |
| | TOTAL OF THIS INVOICE | $3,753.62 |