UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELZIE BALL, ET AL. | : | CIVIL ACTION NO. 13:-00368-BAJ-SCR |
| VERSUS | : | JUDGE BRIAN A. JACKSON |
| JAMES M. LEBLANC, ET AL. | : | MAGISTRATE JUDGE REIDLINGER |

# REPORT OF SPECIAL MASTER PAUL J. HEBERT
(December 30, 2015)

In accordance with the Court's Order of May 23, 2014 the following report is the tenth report of the Special Master Paul J. Hebert.

I attended a status conference with Judge Jackson and the party representatives on December 1, 2015 regarding the status of the Defendants' Second Heat Remediation Plan (the "Plan") and Plaintiffs' motions regarding additional discovery and to set attorneys' fees and costs.

At that status conference the parties clarified that the temperature and humidity monitoring equipment is installed, but the current sensor must be swapped out before humidity can be monitored. The Court requested that this be done well in advance of the April 1st deadline to ensure that both temperature and humidity are being collected. The parties agreed to coordinate the implementation of the humidity monitoring equipment with me.

After discussing the details of the Defendants' Second Heat Remediation Plan with the party representatives, the Court requested that the party representatives meet with me to try and reach some agreement on the Plan issues discussed at the status conference.

The Court requested that the parties try to resolve the issue of attorneys' fees and costs. If significant disagreements on this issue remain, the Court indicated an inclination to ask me to mediate the issue with the parties.

The Court concluded the status conference with a request that the parties work with me to resolve some of the issues that had been discussed. As a result of the above, I have scheduled a mediation with the parties on Wednesday, January 6, 2016, at the Belle of Baton Rouge Hotel in Baton Rouge, Louisiana, beginning at 10:00 a.m. All parties have confirmed participation. I have requested that each party have a representative in attendance at the mediation or available by telephone with authority to confirm or authorize an agreement on the motion for attorneys' fees and costs and the Defendants' remediation plan.

Respectfully submitted,

PAUL J. HEBERT
Special Master
December 30, 2015