UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| ELZIE BALL, ET AL. | : | CIVIL ACTION NO. 13:-00368-BAJ-EWD |
|---|---|---|
| VERSUS | : | JUDGE BRIAN A. JACKSON |
| JAMES M. LEBLANC, ET AL. | : | MAGISTRATE ERIN WILDER-DOOMES |

# REPORT OF SPECIAL MASTER PAUL J. HEBERT
(February 3, 2016)

In accordance with the Court's Order of May 23, 2014 the following report is the 11th report of the Special Master Paul J. Hebert.

As suggested by the Court at the December 1, 2015 status conference, I scheduled a mediation with the parties on Wednesday, January 6, 2016, at the Belle of Baton Rouge Hotel in Baton Rouge, Louisiana. At the mediation the Plaintiffs were represented by Mercedes Montagnes, Elizabeth Compa and Steven Scheckman and the Defendants were represented by James L. Hilburn and Carlton Jones, III. Marion Ladner-Segwick was also in attendance on behalf of the state. The following issues were mediated:

1. The Plaintiffs' resubmitted Motion to Set Attorneys' Fees and Costs; and
2. The Defendants' Second Heat Remediation Plan.

The representatives for the parties attended the January 6th mediation from 10:00 a.m. until approximately 5:00 p.m. and acted in good faith. However, the parties were unable to reach a compromise agreement on the issues mediated. The Court subsequently granted the Plaintiffs' motion for leave to file a response to the Defendants' Second Heat Remediation Plan, which response will be due on or before February 12, 2016. The Plaintiffs' Motion to Set Attorneys' Fees and Costs has been referred in part to

Magistrate Judge Wilder-Doomes, who will issue a Report and Recommendation as to the reasonable hours expended and the reasonable costs incurred.

At the December 1, 2015 status conference, the Court also requested that I inform the Court on or about February 1, 2016 of any issues regarding the activation of the humidity sensors by April 1st that might require intervention by the Court. James Hilburn, counsel for Defendants, has informed me that the temperature/humidity sensors were installed on January 26, 2016. The Defendants currently are in the process of implementing the automatic monitoring and recording of temperature and humidity in the death row tiers in anticipation of monitoring, recording and reporting the temperature and humidity in each of the death row tiers on a daily basis from April 1 through October 31.

Respectfully submitted,

PAUL J. HEBERT<br>
Special Master<br>
February 3, 2016