UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELZIE BALL, NATHANIEL CODE AND JAMES MAGEE** | **CIVIL ACTION NO. 13-368** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **JAMES M. LEBLANC, SECRETARY OF THE LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.** | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

### NOTICE OF SETTLEMENT

MAY IT PLEASE THE COURT:

In accordance with Local Rule 16.3, the defendants hereby submit this Notice of Settlement to notify the Court that all plaintiffs and all defendants have entered into an agreement to settle and compromise the *Motion to Set Attorneys' Fees and Costs Pursuant to 42 U.S.C. § 1988 and Fed. R. Civ. P. 54(d)* (Doc. 255) currently pending before this Court. All other claims, excepting those raised or included in the motion, remain pending before this Court.

          Respectfully Submitted:

          JEFF LANDRY

          ATTORNEY GENERAL

    By: /s/ Carlton Jones, III
        Carlton Jones, III, Bar Roll No. 25732
        Special Assistant Attorney General
        **ROEDEL, PARSONS, KOCH, BLACHE, BALHOFF & MCCOLLISTER**
        8440 Jefferson Highway, Suite 301
        Baton Rouge, LA 70809
        Telephone: (225) 929-7033
        Facsimile: (225) 928-4925
        Email: CJones@RoedelParsons.com

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELZIE BALL, NATHANIEL CODE AND JAMES MAGEE** | **CIVIL ACTION NO. 13-368** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **JAMES M. LEBLANC, SECRETARY OF THE LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.** | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2016, the foregoing Notice of Settlement filed by the defendants was filed electronically with the Clerk of Court using the CM/ECF system. All counsel will be served through the CM/ECF system. There are no known non-CM/ECF participants.

/s/ Carlton Jones, III
Carlton Jones, III, Bar Roll No. 25732