UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ELZIE BALL, ET AL.**                                CIVIL ACTION

**VERSUS**

**JAMES M. LEBLANC, ET AL.**              NO.: 13-00368-BAJ-EWD

## ORDER

Considering the Joint **Notice of Settlement (Doc. 310)** filed pursuant to LR 16(c):

**IT IS ORDERED** that Plaintiffs' **Motion to Set Attorneys' Fees and Costs Pursuant to 42 U.S.C. § 1988 and Fed. R. Civ. P. 54(d) (Doc. 255)** is **DENIED** as moot.

Baton Rouge, Louisiana, this 26th day of May, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**