UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELZIE BALL, ET AL. | : | CIVIL ACTION NO. 13:-00368-BAJ-EWD |
| VERSUS | : | JUDGE BRIAN A. JACKSON |
| JAMES M. LEBLANC, ET AL. | : | MAGISTRATE ERIN WILDER-DOOMES |

# REPORT OF SPECIAL MASTER PAUL J. HEBERT
(May 25, 2016)

In accordance with the Court's Order of May 23, 2014 the following report is the 14th report of the Special Master Paul J. Hebert.

On May 5, 2016 Defendants' counsel provided the Special Master and Plaintiffs' counsel with an Excel Heat Index Calculator designed to expedite the calculation of the Death Row heat indexes. Initially a discrepancy was noted between the heat indexes calculated with the Excel Heat Index Calculator and those calculated with the National Oceanic and Atmospheric Administration ("NOAA") website calculator, but counsel for both parties have resolved the issue.

The parties agree that the revised Excel Heat Index Calculator now implements the correct formula for calculating the heat index for temperatures and relative humidity that are within the scope of the standard Rothfusz formula (i.e., RH is between 13-85% and H.I. result is >80 degrees). For purposes of monitoring the heat index as it nears, meets and exceeds 88 degrees Fahrenheit, the parties agree the calculation as implemented in the spreadsheet is correct. However, Plaintiffs' position remains that the NOAA calculator is the gold standard for heat index measurement and, in the event there is any future discrepancy between the values output by the NOAA calculator and the

spreadsheet, the NOAA calculator figure should control. A copy of the email communications between counsel is attached hereto as Exhibit "A."

A telephonic hearing was held on May 10, 2016 to address issues related to the temperature and humidity data. After the telephonic hearing, an Order was issued on May 12, 2016 [Doc 314] requiring the installation of Johnson Controls software on a computer designated by Plaintiffs' counsel in their New Orleans office. Since that time, the parties have agreed to extend the deadline set forth in the May 12, 2016 Order to July 1, 2016.

Since the annual monitoring period began on April 1, 2016, the heat indexes in the Death Row tiers have reached or exceeded 88 degrees Fahrenheit on the following dates and times as reflected on Exhibit "B":

| Date | Tier | Heat Index | Time Frame |
| --- | --- | --- | --- |
| 05/12/16 | A | 88 degrees | 8:00 p.m. – 8:45 p.m. |
| 05/12/16 | D | 88-90 degrees | 7:15 p.m. – 10:00 p.m. |
| 05/12/16 | E | 88-89 degrees | 7:45 p.m. – 10:00 p.m. |
| 05/12/16 | F | 88-89 degrees | 7:45 p.m. – 8:45 p.m. |
| 05/12/16 – 05/13/16 | H | 88-90 degrees | 7:30 p.m. – 12:15 a.m. |
| | | | |
| 05/24/16 | F | 88 degrees | 9:15 p.m. – 9:30 p.m. |
| 05/24/16 – 05/25/16 | H | 88-89 degrees | 6:30 p.m. – 2:00 a.m. |
| 05/25/16 | H | 88 degrees | 8:15 a.m. – 8:30 a.m. |
| 05/25/16 | H | 88 degrees | 10:30 a.m. – 12:00 p.m. |

Mr. Colin Clark, counsel for Defendants, confirmed that Plaintiffs are receiving the remedial measures outlined in the Defendants' Second Heat Remediation Plan (Rec. Docs. 251-254 and 299).

As previously noted, I am unable to attend the evidentiary hearing set for June 15, 2016 in person as I will be attending a bank director seminar on "Audit Committee

Compliance" in Chicago, Illinois in connection with my membership on the Board of Directors and Audit Committee of a local bank. That seminar ends at noon and I will be available to call into the court on the afternoon of June 15, 2016, if necessary. Renatti Dupont, the paralegal who has assisted me with the *Ball v. LeBlanc* matter since my appointment as Special Master, will attend the June 15, 2016 hearing. In addition, my paralegal staff will monitor the data up to the hearing date and notify the court of any exceedances or other developments.

The site visit previously scheduled for May 24, 2016 was continued to June 3, 2016.

Respectfully submitted,

PAUL J. HEBERT
Special Master
May 25 2016