**Subject:** RE: Revised Heat Index Calculator
**Date:** Tuesday, May 24, 2016 at 12:00:07 PM Central Daylight Time
**From:** Beth Compa
**To:** White, Winston, Mercedes Montagnes, nilay.vora@ltlattorneys.com, steve@SSWETHICSLAW.COM
**CC:** Clark, Colin, Paul Hebert, Renatti Dupont

Counsel,

We have reviewed the most recent Heat Index spreadsheets (since May 20) and they now appear to implement the correct formula for calculating the heat index for temperatures and RHs that are within the scope of the standard Rothfusz formula (i.e. RH is between 13-85% and H.I. result is >80 degrees).

Plaintiffs do not take a position on the accuracy of the spreadsheet entries that render a H.I. of less than 80 degrees, but we do not feel those entries are of consequence to this matter so we do not think there is any need for us to take a position.

For all intents and purposes of monitoring the heat index as it nears, meets and exceeds 88 degrees, we believe the calculation as implemented in the spreadsheet is correct.

However, Plaintiffs' position remains that the NOAA calculator is the gold standard for heat index measurement and, in the event there is any future discrepancy between the values output by the NOAA calculator and the spreadsheet, the NOAA calculator figure should control.

Best,
Beth

Elizabeth Compa
Staff Attorney
The Promise of Justice Initiative
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955 x727
bcompa@thejusticecenter.org
www.justicespromise.org

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law office and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

**From:** White, Winston [mailto:WhiteW@ag.louisiana.gov]
**Sent:** Friday, May 20, 2016 3:46 PM
**To:** Mercedes Montagnes; Beth Compa; nilay.vora@ltlattorneys.com; steve@SSWETHICSLAW.COM
**Cc:** Clark, Colin; Paul Hebert; Renatti Dupont
**Subject:** Revised Heat Index Calculator

Counsel,



EXHIBIT
A

Please advise whether you believe the Revised Heat Index Calculator is accurate or not. If you believe the Revised Heat Index Calculator is incorrect, please let us know why so we can investigate.

Thank you,



**Winston White**
*Assistant Attorney General*
*Office of Attorney General Jeff Landry*
*Phone: (225) 326-6269  Facsimile: (225) 326-6297*
*www.AGJeffLandry.com*

Follow us on:
  

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to **postmaster@ag.state.la.us**.