UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELZIE BALL, NATHANIEL CODE, AND JAMES MAGEE, | * * * | CIVIL ACTION NO. 13-368 |
| PLAINTIFFS | * * | |
| VS. | * * | |
| JAMES M. LEBLANC, SECRETARY OF THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, BURL CAIN, WARDEN OF THE LOUISIANA STATE PENITENTIARY, JAMES CRUZE, WARDEN OF DEATH ROW, AND THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, | * * * * * * * * * * | JUDGE: BAJ  MAGISTRATE: EWD |
| DEFENDANTS | * | |

## JOINT STIPULATION OF FACTS RELATING TO REMEDY

WHEREAS Plaintiffs Elzie Ball, Nathaniel Code, and James Magee ("Plaintiffs") and Defendants James M. LeBlanc, Secretary of the Louisiana Department of Public Safety and Corrections, Darrel Vannoy, Warden of the Louisiana State Penitentiary, James Cruze, Warden of Death Row, and the Louisiana Department of Public Safety and Corrections (collectively, "Defendants) are scheduled to appear at an evidentiary hearing (the "Evidentiary Hearing") to commence on June 15, 2016 in the above captioned matter,

WHEREAS Plaintiffs and Defendants (the "Parties") share the goal of efficiently conducting discovery in advance of, and presenting evidence at, the Evidentiary Hearing,

1

WHEREAS the Parties believe that stipulating to undisputed facts in advance of the Evidentiary Hearing will permit the Parties to more efficiently conduct discovery and present evidence at the Evidentiary Hearing,

WHEREAS the Parties believe that stipulating to undisputed facts in advance of the Evidentiary Hearing might obviate the need for the Court to conduct a site visit of the Louisiana State Penitentiary in advance of the Evidentiary Hearing,

IT IS HEREBY STIPULATED by and between the Parties that:

1. Any potential remedial order that would require Plaintiffs to be moved to the execution holding cells as part of the remedy located at Camp F at the Louisiana State Penitentiary would be more intrusive and less narrowly-tailored than the First Heat Remediation Plan (Rec. Doc. 118) because of the reasons outlined in the May 18, 2016 letter authored by Warden Cruze and presented to the Court and Plaintiffs at the hearing conducted in this matter on May 20, 2016 (the "May 18, 2016 Letter:").

2. The Parties shall not use this stipulation to bar any party from presenting evidence on the adequacy or effectiveness of the First Heat Remediation Plan or the Second Heat Remediation Plan.

By entering into this Stipulation, the Parties believe that the Court's presently scheduled site visit to be conducted on June 3, 2016 may be obviated.  To the extent that the Court remains interested in conducting the site visit, the Parties are prepared to participate in such a site visit as necessary.

Date: May 27, 2016

Respectfully submitted,

Counsel for Plaintiffs

/s/ Mercedes Montagnes
Mercedes Montagnes, La. Bar No. 33287 (Lead Counsel)
Elizabeth Compa, La. Bar No. 35004
The Promise of Justice Initiative
636 Baronne Street
New Orleans, LA 70113
Tel. (504) 529-5955
Fax (504) 558-0378
Email: mmontagnes@thejusticecenter.org

James M. Lee, Ca. Bar No.192301, *Pro Hac Vice*
Nilay U. Vora, Ca. Bar No. 268339, *Pro Hac Vice*
Lee Tran & Liang LLP
601 S. Figueroa Street, Suite 3900
Los Angeles, California 90017
tel:  213-612-8900
fax: 213-612-3773
Email: nilay.vora@ltlattorneys.com

Steven Scheckman, La. Bar No. 08472
Schiff, Scheckman, & White LLP
829 Baronne Street
New Orleans, Louisiana 70113
Tel. (504)581-9322
Fax (504)581-7651
Email: steve@sswethicslaw.com

Counsel for Defendants

  /s/ Winston White_____
Winston White (La. Bar Roll No. 36080)
Colin Clark (La. Bar Roll No. 33775)
Assistant Attorneys General
Louisiana Department of Justice
1885 North 3rd Street
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6200
Facsimile: (225) 326-6297
Email:  ClarkC@ag.louisiana.gov
           WhiteW@ag.louisiana.gov

CERTIFICATE OF SERVICE

    I do hereby certify that on May 27, 2016, I electronically transmitted the following through the Court's electronic filing system.

<u>/s/ Mercedes Montagnes</u>
Mercedes Montagnes, La. Bar No. 33287 (Lead Counsel)
The Promise of Justice Initiative
636 Baronne Street
New Orleans, LA 70113
Tel. (504) 529-5955
Fax (504) 558-0378
Email: mmontagnes@thejusticecenter.org