UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELZIE BALL, ET AL** | * | CIVIL ACTION 13-368 |
| | * | |
| **VERSUS** | * | |
| | * | JUDGE BRIAN JACKSON |
| **JAMES M. LEBLANC, SECRETARY** | * | |
| **OF THE LOUISIANA DEPARTMENT** | * | |
| **OF PUBLIC SAFETY AND** | * | MAGISTRATE ERIN WILDER-DOOMES |
| **CORRECTIONS, ET AL** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

**NOW INTO COURT,** through undersigned counsel, come Defendants, Louisiana Department of Public Safety and Corrections, James M. LeBlanc, Secretary of Louisiana, Department of Public Safety and Corrections in his official capacity, Darrel Vannoy, Warden of Louisiana State Penitentiary in his official capacity, and James "Jimmy" Cruze, Jr., Assistant Warden of Louisiana State Penitentiary, in his official capacity, who respectfully move this Honorable Court for an Order enrolling E. WADE SHOWS (La. Bar Roll No. 7637), JAMES L. HILBURN (La. Bar Roll No. 20221), and GRANT J. GUILLOT (La. Bar Roll No. 32484) of the law firm Shows, Cali & Walsh, L.L.P., 628 St. Louis St. (70802), P.O. Drawer 4425, Baton Rouge, Louisiana, 70821; telephone (225) 346-1461; facsimile (225) 346 1467, as additional counsel of record for Defendants in the above captioned matter.

WHEREFORE, Defendants pray that this Honorable Court grant their request to enroll E. WADE SHOWS, JAMES L. HILBURN, and GRANT J. GUILLOT as additional counsel of record for Defendants in the above captioned matter.

Respectfully Submitted:

  /s/ Winston White
Winston White (La. Bar Roll No. 36080)
Colin Clark (La. Bar Roll No. 33775)
Assistant Attorneys General
Louisiana Department of Justice
1885 North 3rd Street
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6200
Facsimile: (225) 326-6297
Email: ClarkC@ag.louisiana.gov
         WhiteW@ag.louisiana.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **May 27, 2016**, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice will be sent to all counsel for Plaintiffs by operation of the court's electronic filing system.

Baton Rouge, Louisiana this 27th day of May, 2016.

  /s/ Winston White
Winston White

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELZIE BALL, ET AL** | * | **CIVIL ACTION 13-368** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE BRIAN JACKSON** |
| **JAMES M. LEBLANC, SECRETARY** | * | |
| **OF THE LOUISIANA DEPARTMENT** | * | |
| **OF PUBLIC SAFETY AND** | * | **MAGISTRATE ERIN WILDER-DOOMES** |
| **CORRECTIONS, ET AL** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing *Motion to Enroll Additional Counsel of Record*,

**IT IS ORDERED, that** E. WADE SHOWS, JAMES L. HILBURN, GRANT J. GUILLOT and the law firm of SHOWS, CALI AND WALSH, LLP, are hereby enrolled as additional counsel of record for Defendants, Louisiana Department of Public Safety and Corrections, James M. LeBlanc, Secretary of Louisiana Department of Public Safety and Corrections, Darrel Vannoy, Warden of Louisiana State Penitentiary, and James "Jimmy" Cruze, Jr., Assistant Warden of Louisiana State Penitentiary.

Baton Rouge, Louisiana, on this _____ day of _____, 2016.

_____
HON. BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA