UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
WEST FELICIANA DIVISION

| | | |
|---|---|---|
| ELZIE BALL, NATHANIEL CODE, AND JAMES MAGEE, | * * * | CIVIL ACTION NO. 13-368 |
| PLAINTIFFS | * * | |
| VS. | * * | |
| JAMES M. LEBLANC, SECRETARY OF THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, DARREL VANNOY, WARDEN OF THE LOUISIANA STATE PENITENTIARY, JAMES CRUZ, WARDEN OF DEATH ROW, AND THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, | * * * * * * * * * * | JUDGE: BAJ

MAGISTRATE: EWD |
| DEFENDANTS | * | |

**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES ON CAMP F**

NOW INTO COURT COME PLAINTIFFS, Elzie Ball, Nathaniel Code, and James Magee, through undersigned counsel, and file this Motion to Compel Discovery Responses on Camp F.

On June 3, 2016, this Court visited the Louisiana State Penitentiary. During the course of the visit, the Court specifically inquired about programs and services that Death Row inmates, including Plaintiffs, are able to receive or participate in while incarcerated on the Death Row tiers. The Court also indicated an intention to discuss those matters at the hearing scheduled for June 15, 2016.

Plaintiffs originally served discovery on Defendants seeking information on these topics on May 24, 2016.  See Ex. A.  Following the service of this discovery, Defendants indicated that they believed that such discovery might be unnecessary if the parties could enter into certain stipulations about the possibility of moving Plaintiffs to Camp F holding cells.  The parties executed and filed such a stipulation on May 27, 2016, and Plaintiffs simultaneously withdrew their request because of the entry of the stipulation.

Following the June 3, 2016 site visit by the Court, Plaintiffs advised Defendants in an email of that same date that Plaintiffs wished to reinstate their previously withdrawn discovery requests because the Court was interested in information relating to the programs and services available to Plaintiffs on Death Row and how such availability might be achieved if Plaintiffs were moved to the Camp F holding cells.  Plaintiffs advised Defendants that they would be willing to work with Defendants with respect to the deadline for such responses.

On June 4, 2016, Defendants stated that they would not respond to Plaintiffs' renewed discovery requests because (1) they were withdrawn as part of the "bargain" between the parties in the joint stipulation entered on May 27, 2016 and (2) the reinstatement of the discovery requests was sought on June 3, 2016—after the deadline for service of written discovery per the scheduling order of the Court.  Ex. B.  Defendants stated that they would not respond to the discovery requests at issue "absent an order compelling [Defendants] to do so." *Id.*

Plaintiffs immediately responded by stating that the circumstances had obviously changed, particularly given the Court's desire to learn the information sought in Plaintiffs' discovery requests.  Plaintiffs asked Defendants to reconsider their position and advised Defendants that Plaintiffs would file a motion requesting that the Court require Defendants to respond if Defendants did not advise of a change in position by 12 pm on June 5, 2016.

Having received no indication of a change in position, Plaintiffs bring the instant motion. The discovery requests are plainly relevant and proportional to the needs of the case given the Court's interest in the information sought in the discovery requests.  In order to properly present evidence that is plainly relevant to the upcoming evidentiary hearing, Plaintiffs must be able to seek such discovery.  Without an opportunity to seek such discovery, Plaintiffs will be unable to prevent unfair surprise or test the credibility of Defendants' statements at the evidentiary hearing.

Given the Court's interest in the programs and services available to Plaintiffs on the Death Row tiers, Plaintiffs believe it is appropriate for Defendants to provide Plaintiffs with discovery responses relating to the programs and services that are available on the Death Row tiers, how such programs and services would be provided to Plaintiffs if Plaintiffs were incarcerated in Camp F's holding cells, the security burdens and expenses associated with providing such programs and services to Plaintiffs if Plaintiffs were incarcerated in Camp F's holding cells, and the security burdens and expenses associated with providing alternative relief from the Eighth Amendment violation.

Moreover, even if the discovery requests at issue were served after the deadline imposed in the scheduling order, the Defendants *had advance notice of the requests* and this Court has authority under Rule 16 to modify a discovery schedule where good cause is shown.  Fed. R. Civ. Proc. 16(b)(4).  Plaintiffs respectfully submit that good cause exists given the Court's interest and Defendants' exclusive knowledge of the burdens and expenses associated with the continued provision of normally available programs and services if Plaintiffs are relocated to Camp F.

Plaintiffs, therefore, respectfully request an order requiring Defendants to respond to Plaintiffs' discovery requests no later than June 9, 2016 at 2 pm or some time in advance of the hearing.

Respectfully submitted this 6th day of June, 2016,

ATTORNEYS FOR PLAINTIFFS ELZIE BALL, NATHANIEL CODE and JAMES MAGEE

/s/ Mercedes Montagnes
Mercedes Montagnes, La. Bar No. 33287 (Lead Counsel)
Elizabeth Compa, La. Bar No. 35004
The Promise of Justice Initiative
636 Baronne Street
New Orleans, LA 70113
Tel. (504) 529-5955
Fax (504) 558-0378
Email: mmontagnes@thejusticecenter.org

Steven Scheckman, La. Bar No. 08472
Schiff, Scheckman, & White LLP
829 Baronne Street
New Orleans, Louisiana 70113
Tel. (504)581-9322
Fax (504)581-7651
Email: steve@sswethicslaw.com

Nilay U. Vora, Ca. Bar No. 268339, *admitted pro hac vice*
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Tel. (310) 203-8080
Fax (310) 203-0567
Email: NVora@jmbm.com

CERTIFICATE OF SERVICE

I do hereby certify that on June 6, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/EF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Mercedes Montagnes

MERCEDES MONTAGNES, LSBA #33287
Attorney at Law
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
Local Counsel