## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELZIE BALL, ET AL** | * | **CIVIL ACTION 13-368** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE BRIAN JACKSON** |
| **JAMES M. LEBLANC, SECRETARY** | * | |
| **OF THE LOUISIANA DEPARTMENT** | * | |
| **OF PUBLIC SAFETY AND** | * | **MAGISTRATE ERIN WILDER-DOOMES** |
| **CORRECTIONS, ET AL** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### <u>DEFENDANTS' EXHIBIT LIST FOR JUNE 15, 2016 EVIDENTIARY HEARING</u>

Defendants, Louisiana Department of Public Safety and Corrections, James M. LeBlanc, Secretary of Louisiana, Department of Public Safety and Corrections, Darrel Vannoy, Warden of Louisiana State Penitentiary, and James "Jimmy" Cruze, Jr., Assistant Warden of Louisiana State Penitentiary, submit the following exhibit list that may be used at the June 15, 2016, evidentiary hearing in the above captioned matter.

1. Defendants' Second Heat Remediation Plan and attachments.
2. Defendants' Revised Second Heat Remediation Plan and attachments.
3. Expert Report of Frank Thompson.
4. Any and all documents necessary for impeachment and/or rebuttal purposes.
5. Any exhibit listed or used by any other party.

Respectfully Submitted:

/s/ James L. Hilburn_____
E. Wade Shows, La. Bar Roll No. 7637
James L. Hilburn, La. Bar Roll No. 20221
Grant J. Guillot, La. Bar Roll No. 32484
**SHOWS, CALI & WALSH, LLP**
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile:  (225) 346-1467
wade@scwllp.com
jamesh@scwllp.com
grantg@scwllp.com

Winston White (La. Bar Roll No. 36080)
Colin Clark (La. Bar Roll No. 33775)
Assistant Attorneys General
Louisiana Department of Justice
1885 North 3rd Street
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6200
Facsimile: (225) 326-6297
Email: ClarkC@ag.louisiana.gov
         WhiteW@ag.louisiana.gov

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on **June 10, 2016**, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and notice will be sent to all counsel for Plaintiffs by operation of the court's electronic filing system.

                                            __/s/ James L. Hilburn___
                                                James L. Hilburn