UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELZIE BALL, ET AL. | : | CIVIL ACTION NO. 13:-00368-BAJ-EWD |
| VERSUS | : | JUDGE BRIAN A. JACKSON |
| JAMES M. LEBLANC, ET AL. | : | MAGISTRATE ERIN WILDER-DOOMES |

## REPORT OF SPECIAL MASTER PAUL J. HEBERT
(July 8, 2016)

In accordance with the Court's Order of May 23, 2014 the following report is the 16th report of the Special Master Paul J. Hebert.

In anticipation of the evidentiary hearing before Chief Judge Brian A. Jackson on June 15, 2016, my paralegal staff provided the Court and the party representatives with the second series of highlighted spreadsheets reflecting excessive heat indexes on the Death Row tiers for the period beginning June 2, 2016 at 12:00 p.m. through June 14, 2016 at 12:00 p.m.

At the June 15, 2016 hearing the parties stipulated that Defendants had implemented their Revised Second Heat Remediation Plan (the "Second Plan"). Plaintiffs testified that they have not run out of ice since they received a personal three-gallon ice chest in connection with the Second Plan. The Plaintiffs also testified regarding the additional fans installed across from their cells and the shower valves installed to give Plaintiffs the option of taking a cool shower. At the conclusion of the hearing, Judge Jackson gave the parties until July 11, 2016 to submit post-hearing briefs on whether the Second Plan has corrected the violation of the Plaintiffs' Eighth Amendment rights.

Because the daily Excel Heat Index Calculator spreadsheets prepared by Defendants' counsel provide the information necessary to monitor the heat indexes on the Death Row tiers, I have elected to return the Special Master laptop to Defendants' counsel. This was completed Thursday, June 30, 2016. However, Plaintiffs' counsel will be given such information and the Defendants are implementing that arrangement.

Since the last Special Master Report to the Court [DOC 339], the heat indexes in the Death Row tiers have reached or exceeded 88 degrees Fahrenheit on the dates and times reflected on Exhibits A-H attached to this report. The temperature and humidity data was not available for Tier C from 12:15 p.m. on June 23, 2016 through 11:45 a.m. on June 24, 2016 because of work being performed on the Tier C sensor system during that time frame. None of the Plaintiffs were located in Tier C during this period. However, it is my understanding that Plaintiffs have now been relocated to Tier C.

Respectfully submitted,

PAUL J. HEBERT
Special Master
July 8, 2016