UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ELZIE BALL, ET AL.                                          CIVIL ACTION

VERSUS

JAMES M. LEBLANC, ET AL.                        NO.: 13-00368-BAJ-EWD

## ORDER

Considering Plaintiffs' **Second Motion to Maintain the Status Quo (Doc. 410)**, the Court's continuing jurisdiction over the enforcement of its previous Ruling and Order (Doc. 379), *Farmhand, Inc. v. Anel Eng'g Indus., Inc.*, 693 F.2d 1140, 1146 (5th Cir. 1982), and the Court's authority under Federal Rule of Civil Procedure 53:

**IT IS ORDERED** that the Special Master, Paul J. Hebert, in addition to the duties outlined in the Court's Order Conditionally Appointing Special Master (Doc. 171), shall ensure that Defendants are complying with all aspects of this Court's Ruling and Order (Doc. 379) and are maintaining the status quo, (*see* Doc. 214).

**IT IS FURTHER ORDERED** that the Special Master shall expeditiously investigate complaints of Defendants' noncompliance with this Court's Ruling and Order (Doc. 379) or of Defendants' failure to maintain the status quo, (*see* Doc. 214).

**IT IS FURTHER ORDERED** that as part of the duty to ensure that Defendants are complying with all aspects of this Court's Ruling and Order (Doc. 379) and are maintaining the status quo, (*see* Doc. 214), the Special Master shall "take all appropriate measures" to enforce this Court's Ruling and Order (Doc. 379) and to maintain the status quo, (*see* Doc. 214). Fed. R. Civ. P. 53(c)(1)(B).

**IT IS FURTHER ORDERED** that the Special Master shall report to the Court his findings regarding Defendants' alleged failure to comply with this Court's Ruling and Order (Doc. 379) or to maintain the status quo, (*see* Doc. 214), as well as any enforcement action taken in relation thereto.

**IT IS FURTHER ORDERED** that if he finds that Defendants have failed to comply with this Court's Ruling and Order (Doc. 379) or to maintain the status quo, (*see* Doc. 214), the Special Master may recommend that contempt sanctions be imposed, and such recommendation shall be contained in the Special Master's report on the matter. Fed. R. Civ. P. 53(c)(2).

**IT IS FURTHER ORDERED** that Plaintiffs' **Second Motion to Maintain the Status Quo (Doc. 410)** is **DEFERRED**, pending a report from the Special Master.

**IT IS FURTHER ORDERED** that Plaintiffs' **Motion for Expedited Consideration of Plaintiffs' Second Motion to Maintain the Status Quo (Doc. 411)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' **Motion for Leave to Supplement Plaintiffs' Second Motion to Maintain the Status Quo (Doc. 412)** is **GRANTED**.

Baton Rouge, Louisiana, this 5th day of May, 2017.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2