UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELZIE BALL, NATHANIEL CODE, AND JAMES MAGEE, | * * * | CIVIL ACTION NO. 13-368 |
| PLAINTIFFS | * * | |
| VS. | * * | |
| JAMES M. LEBLANC, SECRETARY OF THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, BURL CAIN, WARDEN OF THE LOUISIANA STATE PENITENTIARY, JAMES CRUZE, WARDEN OF DEATH ROW, AND THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, | * * * * * * * * * * | JUDGE: BAJ  MAGISTRATE: EWD |
| DEFENDANTS | * * | |

**JOINT MOTION FOR CONDITIONAL DISMISSAL**

NOW INTO COURT COME THE PARTIES, through undersigned counsel, who, having entered into a settlement agreement,[1] jointly move this Court for entry of an Order conditionally dismissing this action pursuant to Fed. R. Civ. P. 41(a)(2). Final dismissal of this action shall be conditional upon the parties remaining in substantial compliance with the terms of the agreement for a period of one year from the date on which the agreement was signed. At such time, the parties will jointly move the Court for entry of a Final Order dismissing the action pursuant to Fed. R. Civ. P. 41(a)(2). Until that time, the parties request that the case be placed on the Court's inactive docket. The parties further request that the Court retain jurisdiction for all purposes, including to enforce the terms of the agreement reached by the parties. *See Kokkonen v.*

---

[1] The agreement is attached to this Motion as Exhibit 1.

1

*Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).


Date: November _5_, 2018

    Jeff Landry, Attorney General

| | |
|---|---|
| /s/Colin Clark | /s/ Mercedes Montagnes |
| Colin Clark, Bar No. 33775 | Mercedes Montagnes, Bar No. 33287 |
| Assistant Solicitor General | The Promise of Justice Initiative |
| Assistant Attorney General | 1024 Elysian Fields Avenue |
| Louisiana Department of Justice | New Orleans, Louisiana 70117 |
| 1885 North 3rd Street, P.O. Box 94005 | Telephone: (504) 529-5955 |
| Baton Rouge, Louisiana 70804-9005 | Facsimile: (504) 595-8006 |
| Telephone: (225) 326-6200 | Mmontagnes@thejusticecenter.org |
| Facsimile: (225) 326-6297 | |
| Clarkc@ag.louisiana.gov | Nilay U. Vora, Ca. Bar No. 268339, *admitted pro hac vice* |
| Mary E. Roper, Bar No. 22146 | The Vora Law Firm, P.C. |
| Jeffrey K. Cody, Bar No. 28536 | 201 Santa Monica Blvd., Suite 300 |
| SHOWS, CALI & WALSH, LLP | Santa Monica, California 90401 |
| 628 St. Louis Street (70802) | Telephone: (424) 258-5190 |
| P.O. Drawer 4425 | Nvora@voralaw.com |
| Baton Rouge, LA 70821 | |
| Telephone: (225) 346-1461 | Steven Scheckman, Bar No. 08472 |
| Facsimile: (225) 346-1467 | Schiff, Scheckman & White LLP |
| Maryr@scwllp.com | 650 Poydras Street, Suite 2760 |
| Jeffreyc@scwllp.com | New Orleans, Louisiana 70130 |
| | Telephone: (504) 309-7888 |
| *On behalf of Defendants* | Facsimile: (504) 518-4831 |
| | Steve@sswethicslaw.com |
| | *On behalf of Plaintiffs* |

CERTIFICATE OF SERVICE

    I do hereby certify that on November 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

                                      /s/ Mercedes Montagnes
                                      MERCEDES MONTAGNES, La. Bar No. 33287
                                      1024 Elysian Fields Avenue
                                      New Orleans, LA 70117
                                      (504) 529-5955