UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ELZIE BALL, NATHANIEL CODE,
AND JAMES MAGEE

CIVIL ACTION

VS.

JAMES M. LEBLANC, SECRETARY OF         NO.: 13-00368-BAJ-EWD
THE LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS,
BURL CAIN, WARDEN OF THE
LOUISIANA STATE PENITENTIARY,
JAMES CRUZE, WARDEN    OF DEATH
ROW, AND THE LOUISIANA
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS

## ORDER OF CONDITIONAL DISMISSAL

The parties, having entered into a settlement agreement, have jointly moved this Court for entry of an Order conditionally dismissing this action, pursuant to Fed. R. Civ. P. 41(a)(2), conditioned upon the parties remaining in substantial compliance with the terms of the agreement for a period of one year from the date on which the agreement was signed;

**IT IS HEREBY ORDERED** that the Joint Motion for Conditional Dismissal (doc. 475) is **GRANTED** and that this case is conditionally dismissed and shall be placed on the inactive docket pending substantial compliance with the agreement for a period of one year from the date on which the agreement was signed (doc. 475-1). The Court retains jurisdiction over the case for all purposes, including to enforce the terms of the agreement reached by the parties. *See Kokkonen v.*

*Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

Baton Rouge, Louisiana, this 18th day of April, 2019.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA