## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELZIE BALL, ET AL.** | **CIVIL ACTION NO. 13-CV-368** |
| **VERSUS** | **CHIEF JUDGE BRIAN A. JACKSON** |
| **JAMES M. LEBLANC, ET AL.** | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

## ADDENDUM TO SETTLEMENT AGREEMENT

The parties to *Ball v. LeBlanc*, 13-cv-368, United States District Court for the Middle District of Louisiana (the "Court") enter into this Addendum to the Settlement Agreement executed on November 5, 2018 (Rec. Doc. 475-1), pursuant to which the Court conditionally dismissed the above-captioned matter on April 18, 2019 (Rec. Doc. 486).

The parties hereby agree that Defendants will not alter the size of the hole in the door separating the air-conditioned Guard's Pod from Tier C, which currently measures 27 inches by 34 inches. The first sentence of Section G of the Settlement Agreement, which requires Defendants to maintain a hole measuring no less than 26 inches by 27 inches, shall no longer have effect. In return, the Plaintiffs agree to forego the July 2019 opt-out period described in the third full paragraph of the fourth page of the Settlement Agreement. All other provisions of the Settlement Agreement shall retain full force and effect. The dispute resolution and termination provisions set forth in the Settlement Agreement shall govern any disputes arising out of the parties' compliance with the substantive provisions of this Addendum.

Within five days of the execution of this Addendum, the parties shall jointly file a copy of the Addendum in the record of this matter. The parties agree that this Addendum is enforceable in federal court and that dismissal of this case will be conditional upon Defendants' Substantial Compliance with the terms of both the Settlement Agreement and this Addendum. This Addendum may not be altered or amended, except in writing signed by all parties or their representatives, and shall be binding on all successors, assigns, employees, agents, and all others working on behalf of Plaintiffs and Defendants.

1

Executed this 30th day of May, 2019, in Baton Rouge, Louisiana.

Jeff Landry, Attorney General

_____
Colin Clark, Bar No. 33775
Chief of Criminal Appeals
Louisiana Department of Justice
1885 North 3rd Street, P.O. Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6200
Facsimile: (225) 326-6297
Clarkc@ag.louisiana.gov

Jeffrey K. Cody, Bar No. 28536
SHOWS, CALI & WALSH, LLP
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467
Maryr@scwllp.com
Jeffreyc@scwllp.com

*On behalf of Defendants*

_____
Mercedes Montagnes, Bar No. 33287
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, Louisiana 70117
Telephone: (504) 529-5955
Facsimile: (504) 595-8006
Mmontagnes@defendla.org

Nilay U. Vora, Ca. Bar No. 268339,
*admitted pro hac vice*
The Vora Law Firm, P.C.
201 Santa Monica Blvd., Suite 300
Santa Monica, California 90401
Telephone: (424) 258-5190
Nvora@voralaw.com

Steven Scheckman, Bar No. 08472
Schiff, Scheckman & White LLP
650 Poydras Street, Suite 2760
New Orleans, Louisiana 70130
Telephone: (504) 309-7888
Facsimile: (504) 518-4831
Steve@sswethicslaw.com

*On behalf of Plaintiffs*

2