UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELZIE BALL, ET AL.** | **CIVIL ACTION NO. 13-CV-368** |
| **VERSUS** | **CHIEF JUDGE BRIAN A. JACKSON** |
| **JAMES M. LEBLANC, ET AL.** | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

### JOINT MOTION TO DISMISS SPECIAL MASTER

NOW INTO COURT, through undersigned counsel, come the Plaintiffs, Elzie Ball, Nathaniel Code, and James Magee; and the Defendants, Louisiana Department of Public Safety and Corrections, James M. LeBlanc, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections, Darrell Vannoy, in his official capacity as Warden for the Louisiana State Penitentiary, and James "Jimmy" Cruze, Jr., in his official capacity as Assistant Warden for the Louisiana State Penitentiary, who move the Court to dismiss Paul J. Hebert ("Mr. Hebert") of Ottinger Hebert, L.L.C. as the Special Master in this proceeding and show that:

1.

Mr. Hebert was previously appointed as the Special Master in this proceeding pursuant to Fed.R.Civ.P. 53, by virtue of this Court's order dated May 23, 2014 (Rec. Doc. 171).

2.

The parties have since reached a resolution of all remaining claims in this proceeding as reflected by the *Settlement Agreement* executed on November 5, 2018 (Rec. Doc. 475-1), pursuant to which the Court conditionally dismissed this matter on April 18, 2019 (Rec. Doc. 486). The parties thereafter filed an *Addendum to Settlement Agreement* on May 30, 2019 (Rec. Doc. 487).

3.

In light of the settlement, there is presently no controversy requiring the continued appointment of the Special Master in this matter.

WHEREFORE, for the reasons stated, Plaintiffs and Defendants pray that the Court grant this *Joint Motion to Dismiss Special Master*.

Respectfully Submitted:

Jeff Landry, Attorney General

__s/ Colin Clark_____
Colin Clark, Bar No. 33775
Chief of Criminal Appeals
Louisiana Department of Justice
1885 North 3rd Street, P.O. Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6200
Facsimile: (225) 326-6297
Clarkc@ag.louisiana.gov

Jeffrey K. Cody, Bar No. 28536
SHOWS, CALI & WALSH, LLP
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467
Jeffreyc@scwllp.com

*On behalf of Defendants*

__s/ Mercedes Montagnes__
Mercedes Montagnes, Bar No. 33287
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, Louisiana 70117
Telephone: (504) 529-5955
Facsimile: (504) 595-8006
Mmontagnes@defendla.org

Nilay U. Vora, Ca. Bar No. 268339,
*admitted pro hac vice*
The Vora Law Firm, P.C.
201 Santa Monica Blvd., Suite 300
Santa Monica, California 90401
Telephone: (424) 258-5190
Nvora@voralaw.com

Steven Scheckman, Bar No. 08472
Schiff, Scheckman & White LLP
650 Poydras Street, Suite 2760
New Orleans, Louisiana 70130
Telephone: (504) 309-7888
Facsimile: (504) 518-4831
Steve@sswethicslaw.com

*On behalf of Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 5, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to CM/ECF participants by operation of this court's electronic filing system.

                                 */s/* **Jeffrey K. Cody**
                                 JEFFREY K. CODY