UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ELZIE BALL ET AL.                                          CIVIL ACTION

VERSUS

JAMES M. LEBLANC ET AL.                          NO.: 13-00368-BAJ-EWD

ORDER

IT IS ORDERED that the **Joint Motion to Dismiss Special Master** (Doc. 488) is **GRANTED**.

Baton Rouge, Louisiana, this 13th day of June, 2019.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA